UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2019

MARTIN S. GOTTESFELD,

              Plaintiff,

- against -

HUGH J. HURWITZ, et al.,

              Defendants.

**NOTICE OF
PRETRIAL CONFERENCE**

18 Civ. 10836 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This action has been assigned to District Judge Paul G. Gardephe for all purposes. An initial pretrial conference in this matter will take place in Courtroom 705 at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York on **Thursday, April 11, 2019, at 10:15 a.m.** The purpose of the conference is to discuss whether settlement is possible and to fix a discovery schedule.

        If you are proceeding pro se (without an attorney), you are required to appear personally at this conference. If any party is incarcerated and does not have an attorney, they will be permitted to participate in the conference by telephone.

        All counsel and pro se parties are further directed to confer with each other prior to the conference regarding all of the subjects to be considered pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and to **file a written report outlining their discovery plan pursuant to that Rule. The parties must also submit a joint letter addressing the following in separate paragraphs**: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties must set forth the conference's date and time in the joint letter's opening paragraph. The Court directs the parties to consult its Individual

Practices and model Case Management Plan and Scheduling Order, both of which are available on the Court's web site. The written report outlining discovery and the joint letter must be filed at least seven (7) days prior to the initial pretrial conference with the Court. The parties shall fax or send courtesy copies of that report and joint letter to the United States Courthouse, Chambers 2204, 40 Foley Square, New York, New York 10007. The Chambers' fax number is (212) 805-7986.

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is received by Chambers prior to the date of the conference.

All conferences with the Court are scheduled for a specific time. There is no other matter scheduled for that time, and the parties are directed to appear promptly. Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must: (a) specify the reasons for the adjournment; (b) state whether the other parties have consented; and (c) indicate times and dates when all parties are available. Unless the parties are notified that the conference has been adjourned, it will be held as scheduled.

This Court reminds the parties that the Pro Se Office is a valuable resource in assisting litigants who proceed in federal court without the assistance of counsel. The Pro Se Office may be reached at:

Pro Se Clerk's Office
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0175

The Clerk of Court is directed to mail a copy of this order to:

Martin S. Gottesfeld
ID No. 71225
FBOP ID No. 12982-104
The Plymouth County Correctional Facility (PCCF)
26 Long Pond Road
Plymouth, MA 02360

Dated: New York, New York
February 6, 2019

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge