# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Martin S. Gottesfeld
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Horwitz et al.

(List the full name(s) of the defendant(s)/respondent(s).)

18 CV 10836 ( )( )

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

3/5/19
**Date**

/MG.
**Signature**

Gottesfeld, Martin, S
**Name (Last, First, MI)**

12982-104
**Prison Identification # (if incarcerated)**

80 29th St.
**Address**

Brooklyn
**City**

NY
**State**

11232
**Zip Code**

**Telephone Number**

Dana Gottesfeld @ gmail.com (wife)
**E-mail Address (if available)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-8-19

Rev. 8/15/14

David Martin Gottesfeld
26 Albion St. Apt 1
Somerville, MA 02143

Pro Se Intake Unit (Room 200)
500 Pearl St.
NY, NY 10007