UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN S. GOTTESFELD,

                Petitioner,

- against -

HUGH J. HURWITZ, et al.,

                Respondents.

**ORDER TO SHOW CAUSE**

18 Civ. 10836 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Upon the affidavit of Martin S. Gottesfeld, filed with the Court on March 15, 2019, and the exhibit and motion annexed thereto, it is hereby ORDERED that Respondents, HUGH J. HURWITZ, ANTHONY BUSSONICH, ESKER L. TATUM, and DAVID ANDERSON, or their attorneys, show cause before this Court on **March 25, 2019** at **10:30 a.m.**, why an order should not be granted pursuant to Fed. R. Civ. P. 65(b), compelling Respondents to release Petitioner from the Special Housing Unit and sent to general population and such other relief as further requested in Petitioner's motion.

        It is further ORDERED that a copy of this order, together with the Petitioner's supporting affidavits and supporting motion, shall be served by overnight mail on the Respondents on or before 5:00 P.M. on **March 19, 2019**. The Court directs the Clerk of Court to effectuate overnight service on Defendants Hugh J. Hurwitz, David Anderson, Esker Tatum, and Anthony Bussonich, and deliver all documents necessary to effectuate service on the defendants and the United States of America.

        It is further ORDERED that any response by Respondents is to be served and filed by 5:00 P.M. on **March 22, 2019**.

It is further ORDERED that the Clerk of Court mail a copy of this order to pro se Plaintiff at Martin S. Gottesfeld, Reg. No. 12982-104, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

Dated: New York, New York
      March 18, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge