UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN S. GOTTESFELD,

                Petitioner,

    - against -

HUGH J. HURWITZ, et al.,

                Respondents.

**AMENDED ORDER TO SHOW CAUSE**

18 Civ. 10836 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Upon the affidavit of Martin S. Gottesfeld, filed with the Court on March 15, 2019, and the exhibit and motion annexed thereto, it is hereby ORDERED that Respondents, HUGH J. HURWITZ, ANTHONY BUSSONICH, ESKER L. TATUM, and DAVID ANDERSON, or their attorneys, show cause before this Court on **March 25, 2019** at **10:30 a.m.**, why an order should not be granted pursuant to Fed. R. Civ. P. 65(b), compelling Respondents to release Petitioner from the Special Housing Unit and sent to general population and such other relief as further requested in Petitioner's motion.

        It is further ORDERED that a copy of this order, together with the Petitioner's supporting affidavits and supporting motion (Dkt. Nos. 12-14), shall be served by overnight mail on the Respondents on or before 5:00 P.M. on **March 19, 2019**.  The Court directs the Clerk of Court to effectuate overnight service on Defendants Hugh J. Hurwitz, David Anderson, Esker Tatum, and Anthony Bussonich, and deliver this order and the relevant documents (Dkt Nos. 12-14) on the defendants, whose addresses are listed in the attached appendix.

        It is further ORDERED that any response by Respondents is to be served and filed by 5:00 P.M. on **March 22, 2019**.

It is further ORDERED that the Clerk of Court mail a copy of this order to <u>pro se</u> Plaintiff at Martin S. Gottesfeld, Reg. No. 12982-104, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

Dated: New York, New York
March 18, 2019

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Hugh J. Hurwitz
   Acting Director, Federal Bureau of Prisons
   320 First St. NW
   Washington, DC 20534

2. David Anderson
   Acting Deputy Director, United States Marshals Service
   121 S. Clark St.
   Arlington, Virginia 22202

3. Esker Tatum
   Warden, MCC New York
   150 Park Row
   New York, NY 10007

4. Anthony Bussonish
   Medical Director, MCC New York
   150 Park Row
   New York, NY 10007