*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 20, 2019

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Gottesfeld v. Hurwitz*, 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

    Your Honor has requested that Martin Gottesfeld, an inmate incarcerated at the Metropolitan Detention Center in Brooklyn, be presented for the hearing currently scheduled in this action on March 25, 2019. To do so, the United States Marshal Service requires a *writ* for Gottesfeld's production. I attach here, as Exhibit A, a proposed *writ*, which I respectfully request you execute.

    Sincerely,

    GEOFFREY S. BERMAN
    United States Attorney of the
    Southern District of New York

By:    /s/ Alexander J. Hogan
    ALEXANDER J. HOGAN
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2799
    Fax: (212) 637-2686
    E-mail: alexander.hogan@usdoj.gov