AUSA:   Alexander J. Hogan
                                                Tel. No.:   212-637-2799

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    HERMAN QUAY
         METROPOLITAN DETENTION CENTER
         80 29TH STREET
         BROOKLYN, NEW YORK 11232
                       and
         U.S. MARSHAL FOR THE SOUTHERN DISTRICT OF NEW YORK

Greetings:

YOU ARE HEREBY COMMANDED to have the body of inmate **MARTIN S. GOTTESFELD** (**ID # 12982-104**) incarcerated in the above-stated correctional facility, under your custody as it is said, released into the custody of the United States Marshals Service, so that said inmate may be transported under safe and secure conduct to be available for a hearing before the Hon. Paul G. Gardephe in the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 705, New York, New York 10007, on March 25, 2019 at 10:30 a.m. in the case *Gottesfeld v. Hurwitz*, No. 18-cv-10836 (PGG) (S.D.N.Y. 2018).

WITNESS the Honorable Paul G. Gardephe, Judge of the United States District Court for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, this ___ day of March, 2019.

_____
Clerk, United States District Court
Southern District of New York

The foregoing writ is hereby allowed.

_____
Hon. Paul G. Gardephe
United States District Judge