UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

MARTIN S. GOTTESFELD,

                Petitioner,

- against -

HUGH J. HURWITZ, et al.,

                Respondents.

**ORDER**

18 Civ. 10836 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The government is hereby ORDERED to provide Martin Gottesfeld's date of transfer to the Federal Correctional Institution in Terre Haute, Indiana, in an ex parte submission.

        The Clerk of Court is directed to mail a copy of this order to pro se Plaintiff at Martin S. Gottesfeld, Reg. No. 12982-104, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

Dated: New York, New York
       March 21, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge