UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN S. GOTTESFELD,

                 Petitioner,

- against -

HUGH J. HURWITZ, et al.,

                 Respondents.

**ORDER**

18 Civ. 10836 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the show cause hearing scheduled before this Court on March 25, 2019 at 10:30 a.m. is adjourned sine die. The government is directed to inform the Court if Martin Gottesfeld has not left the Metropolitan Detention Center by the date submitted to the Court ex parte within **twenty-four (24) hours** of that date.

       The Clerk of Court is directed to mail a copy of this order to pro se Plaintiff at Martin S. Gottesfeld, Reg. No. 12982-104, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

Dated: New York, New York
       March 21, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge