March 24, 2019

Honorable Paul G. Gardephe
United States District Judge Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square New York, New York 10007

Re: Gottesfeld v. Hurwitz, 18 Civ. 10836 (PGG)

Dear Judge Gardephe,

I am the wife of plaintiff Mr. Martin Gottesfeld in case Gottesfeld v. Hurwitz, 18 Civ. 10836 (PGG). I appreciate your graciousness while considering this letter as I am not a lawyer nor often write letters to judges, however given the urgency, I feel it is appropriate for me to submit this correspondence on my own accord. I saw The Court's order on March 21st that the show cause hearing is adjourned sine die unless Mr. Gottesfeld is not transferred to the Communications Management Unit in Terra Haute, Indiana by a date unknown to the public.

I would like to draw The Honorable Court's attention to, in addition to a request for relief from the Special Housing Unit, Mr. Gottesfeld has requested that The Court require the relevant parties to not place the plaintiff in a Communications Management Unit or similar setting distinct from the general inmate population without first making a credible and sufficient showing that despite the staggering evidence which he's amassed to the contrary the plaintiff nonetheless represents the type of "threat to the continuing operation of the institution" which such units are truly supposed to mitigate.

If the government has successfully made the argument that a show cause hearing for removal from the SHU and into general population is moot because of an imminent transfer, that argument also underscores the necessity for the plaintiff to get the opportunity to address This Honorable Court with his valid concerns regarding transfer to the CMU before that same date.

Sincerely,

s/Dana Gottesfeld
Plaintiff's spouse

28 Albion St., Apt 1
Somerville, MA 02143
DanaGottesfeld@gmail.com

2019 MAR 25  AM 9:59
SDNY PRO SE OFFICE
RECEIVED

Pro Se Intake Unit
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 105
New York, New York 10007

Dana Gottesfeld
28 Albion St.
Apt 1
Somerville, MA 02143

RECEIVED
SDNY PRO SE OFFICE
2019 MAR 25  AM 9:59