**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 26, 2019

<u>BY ECF</u>

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Gottesfeld v. Hurwitz*, 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

    The Government writes to inform the Court that on March 26, 2019 at approximately 5:50 a.m., Martin Gottesfeld ("Gottesfeld') left the Metropolitan Detention Center en route to his designated institution. His transfer to his designated institution will occur as described in the Government's March 21, 2019 *ex parte* submission to the Court. As stated in the Government's March 20, 2019 letter to the Court (Dkt. No. 19), the proper venue for Gottesfeld to challenge any future conditions of confinement (including the type of detention he is subject to at his designated institution) is the jurisdiction in which he is confined. *See Jiminian v. Nash*, 245 F.3d 144, 146 (2d Cir. 2001) (a motion pursuant to § 2241 generally challenges, *inter alia*, type of detention and prison conditions); *Jabarah v. Garcia*, No. 08-cv-3592 (DC), 2010 WL 3834663, at *4 (S.D.N.Y. Sept. 30, 2010) ("The proper venue to bring a § 2241 challenge is the district of confinement.").

Sincerely,

GEOFFREY S. BERMAN
United States Attorney of the
Southern District of New York


By:   /s/ Alexander J. Hogan
ALEXANDER J. HOGAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2799
Fax: (212) 637-2686
E-mail: alexander.hogan@usdoj.gov