# United States District Court
## Southern District of New York

| | |
|---|---|
| Martin S. Gottesfeld, pro se Petitioner<br>- against -<br>Hugh J. Hurwitz, et al. | Civil Action No.: 18-cv-10836-PGG |

## Notice of Non-Receipt of Response From Respondents

Petitioner Martin S. Gottesfeld (herein "petitioner"), acting pro se, wishes hereby to notify, respectfully, The Honorable Court, that as of 6:00 P.M. on Friday, March 22nd, 2019, he has not yet had delivered to his cell (nor to his knowledge to any other location) any response whatsoever from the Respondents in regards to The Honorable Court's Order to Show Cause (D.E. 16). Petitioner has sworn an affidavit to this effect (please see Petitioner's Exhibit 1 hereto).

Petitioner also wishes to notify The Honorable Court that he was given a feeling of relief by its just, prudent, and prompt Order to Show Cause and he further wishes to thank The Honorable Court and the Clerk of Court for effectuating overnight service on the Respondents.

Respectfully mailed on March 22nd, 2019,

Martin S. Gottesfeld, pro se, Reg. No.: 12982-104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

USDC
DOC
ELECTRONICALLY FILED
DOC
DATE FILED: 3-28-19

# Affidavit of Martin S. Gottesfeld

I, Martin S. Gottesfeld, do hereby affirm that the following is true and accurate to the best of my knowledge, information, and belief at 6:00 P.M. on this 22nd day of March, 2019:

1. My name is Martin S. Gottesfeld. I am a federal inmate in the West Special Housing Unit (SHU) of MDC Brooklyn. My federal registration number is 12982-104.

2. My postal address was properly and accurately specified by The Honorable Court in its Order to Show Cause, dated Monday, March 18th, 2019 (1:18-cv-10836-PGG D.E. 16).

3. The Honorable Court therein ordered "that any response by Respondents is to be served and filed by 5:00 P.M. on March 22, 2019." (Emphasis in original.)

4. I have not yet had delivered to my cell (nor to my knowledge to any other location) any response whatsoever from the Respondents.

Signed under penalty of perjury,

Martin S. Gottesfeld, Reg. No. 12982-104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232





Martin Gottesfeld, Reg. No.: 12982-104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

Pro Se Clerk's Office
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007