RECEIVED
SDNY PRO SE OFFICE
2019 APR -2 PM 12:34
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martin S. Gottesfeld, pro se
Plaintiff
- against -
Hugh J. Hurwitz, et al.

Civil Action No.: 18-cv-10836-PGG

4-2-19

NOTICE OF FILING OF ADDITIONAL AFFIDAVIT IN SUPPORT OF FIRST EMERGENCY MOTION FOR A TEMPORARY INJUNCTION

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, wishes hereby to notify, respectfully, The Honorable Court of the filing of an additional affidavit in support of his Emergency Motion For a Temporary Injunction, mailed Monday, March 11th, 2019 and docketed Friday, March 15th, 2019.

This new affidavit, dated the 24th day of March, 2019, shows that the plaintiff was still allowed to use a networked computer service at MDC Brooklyn and to make a financial transaction therewith even after The Honorable Court's service of its Order To Show Cause on Tuesday, March 19th, 2019.

The plaintiff also wishes to note that he anticipates being able to effectuate service of this notice and the attached affidavit on the defendants and The United States of America in the days after this filing first appears on the public docket and that the plaintiff and/or his designee will notify The Honorable Court after such service has

been completed.

Respectfully mailed on March 25th, 2019,

*/s/ MSG*

Martin S. Gottesfeld, pro se, Reg. No.: 12982-104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

# Affidavit of Martin S. Gottesfeld

I, Martin S. Gottesfeld, do hereby affirm that the following is true and accurate to the best of my knowledge, information, and belief on this 24th day of March, 2019:

1. I am Martin S. Gottesfeld. I am a federal inmate in the West Special Housing Unit (SHU) of MDC Brooklyn. My federal registration number is 12982-104.

2. This morning, Sunday, March 24th, 2019, I used the electronic law library (ELL) here in the West SHU for nearly 2 hours without incident, and without supervision.

3. I purchased TRU units while on the ELL machine.

4. The ELL is a networked computer service.

Signed under penalty of perjury,

_____
Martin S. Gottesfeld, Reg. No.: 12982-104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232