UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN S. GOTTESFELD,

                Plaintiff,

- against -

HUGH J. HURWITZ, et al.,

                Defendants.

**ORDER**

18 Civ. 10836 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action previously scheduled for April 11, 2019 will now take place on **May 23, 2019, at 12:30 p.m.**

        It is further ORDERED that Defendants' time to answer or otherwise move with respect to the Complaint is extended until **May 20, 2019**.

        The Clerk of Court is directed to terminate Defendants' letter motion (Dkt. No. 29) and to mail a copy of this order to:

    Martin S. Gottesfeld, Register Number 12982-104
    FCI Terre Haute
    Federal Correctional Institution
    P.O. Box 33
    Terre Haute, IN 47808

Dated:  New York, New York
          April 5, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge