UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN S. GOTTESFELD,

                Petitioner,

- against -

HUGH J. HURWITZ, et al.,

                Respondents.

**ORDER**

18 Civ. 10836 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On April 2, 2019, Petitioner filed a Motion for a Temporary Injunction. (Dkt. No. 30)  The Court hereby ORDERS Defendants to file a response by **5:00 P.M. on April 9, 2019**.

        The Clerk of Court is directed to mail a copy of this order to:

    Martin S. Gottesfeld, Register Number 12982-104
    FCI Terre Haute
    Federal Correctional Institution
    P.O. Box 33
    Terre Haute, IN 47808

Dated:  New York, New York
         April 5, 2019

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge