To:

The Honorable U.S. District Court for
The Southern District of New York
500 Pearl St.
New York, NY 10007

From:
Martin S. Gottesfeld, Pro Se, Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Re: <u>18-cv-10836-PGG (Gottesfeld v. Hurwitz, et al.)</u> Change of Address

To Whom It May Concern:

 I would like to notify The Honorable Court that my address has changed. I am the sole plaintiff in the matter of <u>18-cv-10836-PGG (Gottesfeld v. Hurwitz, et al.)</u>.

 My new address is:

Martin S. Gottesfeld
Registration Number: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

 Please let me know if there is anything else that I need to do in order to update the docket and/or if this presents any issues.

Respectfully mailed on ~~Wednesday~~ (MSG) Thursday, April ~~3rd~~ 4th (MSG), 2019,

_____
Martin S. Gottesfeld, Pro Se, Reg. No. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

RECEIVED SDNY PRO SE OFFICE 2019 APR 12 PM 12:43 S.D. OF N.Y.

**NAME:** Martin S. Gottesfeld
**NUMBER:** 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

RECEIVED
SDNY PRO SE OFFICE
2019 APR 12 PM 12: 27
S.D. OF N.Y.

USMP3
NY



⇧ 12982-104 ⇩
Clerk Of The Court
500 Pearl ST
NEW YORK, NY 10007
United States

RECEIVED
2019 APR 11 PM 2: 35
CLERK'S OFFICE
S.D.N.Y.

Pro Se
EL








