UNITED STATES DISTRICT COURT For:
THE SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, Pro Se, Plaintiff - against - Hugh J. Hurtwitz, et al. | Civil No.: 18-cv-10836-PGG |
|---|---|

## NOTICE OF FILING OF AFFIDAVIT

    Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, wishes, respectfully, to notify The Honorable Court of his filing of the accompanying affidavit in order to supplement the record. He believes that it will be relevant to future motions and/or proceedings.

    At the current time, the plaintiff brings no additional motion before The Honorable Court herewith.

Respectfully mailed on Friday, April 5th, 2019,

Martin S. Gottesfeld, Pro Se, Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

- Page 1 of 1 -

Affidavit of Martin S. Gottesfeld:

    I, Martin S. Gottesfeld, do hereby affirm that the following is true and accurate to the best of my knowledge, information, and belief on this 4th day of April, 2019:

    1. My name is Martin S. Gottesfeld. I am a federal inmate in the Communications Management Unit (CMU) of the Federal Correctional Institution (FCI) Terre Haute. My federal registration number is 12982-104.

    2. This morning I spoke with the current Intelligence Research Officer (IRO) for the FCI Terre Haute CMU, Ms. E. Keller.

    3. Ms. Keller notified me that she had sent a digital copy of the LexisNexis print-out of the case <u>McGowan v. U.S., 825 F.3d 118 (2d Cir. 2016)</u>, which I had provided to her yesterday, along to the appropriate legal department employee at FCI Terre Haute.

    4. Ms. Keller returned to me the physical print-out, noting that inmates pay for legal print-outs and that she did not want to remain in possession of a print-out for which I had paid.

    5. I showed Ms. Keller the affidavit memorializing our conversation from the previous day, dated the "3rd day of April, 2019," and containing five (5) numbered paragraphs. I asked Ms. Keller if there was anything which she would have liked for me to add or clarify.

    6. Ms. Keller read the affidavit from yesterday in my presence before it was mailed to The Honorable U.S. District Court for The District of Southern New York.

    7. Ms. Keller did not express any concerns regarding the accuracy of yesterday's affidavit and she did not request any changes to it.

Signed under penalty of perjury,

_____
Martin S. Gottesfeld, Reg. No.: 12982-104

**NAME:** Martin S. Gottesfeld
**NUMBER:** 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
11 APR 2019 PM 3 L

RECEIVED
SDNY PRO SE OFFICE
2019 APR 16 AM 11: 44
S.D. OF N.Y.

⇔ 12982-104 ⇔
Clerk Of The Court
500 Pearl ST
NEW YORK, NY 10007
United States

10007-131699

RECEIVED
SDNY
CLERK'S OFFICE
S.D.N.Y.
2019 APR 15 PM 3: 39