

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, Plaintiff - against - Hugh J. Hurwitz, et al. |
|---|

Civil No.: 18-cv-10836-PGG

SECOND SUPPLEMENTAL MOTION FOR TEMPORARY INJUNCTIONS

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby supplements his previous motions for temporary injunctions (D.E. 12 and 30), as well as his previous SUPPLEMENTAL MOTION FOR TEMPORARY INJUNCTIONS mailed (and therefore filed in accordance with Houston v. Lack, 487 U.S. 266 (1988)) on Tuesday, April 16th, 2019 (if not earlier through his previous, unsuccessful, attempt to do so on the night of Sunday, March 31st, 2019).

In support of his motions, the plaintiff wishes to direct, respectfully, The Honorable Court's attention to Exhibit 1 provided herewith (Affidavit of Martin S. Gottesfeld) as well as to D.E. 40 at 7 ¶ 5.

The plaintiff further wishes to highlight D.E. 41 at 1, showing that he handed that filing to prison authorities on Friday, April 5th, 2019, while examining D.E. 41 at 3 reveals that it was not postmarked until the following Thursday--some 6 days later.

Also, the plaintiff notes that he is once again in possession of the evidence described in D.E. 31 at 6 ¶ 7 and in Exhibit 1 ¶ 23 to his previous SUPPLEMENTAL MOTION FOR TEMPORARY INJUNCTIONS. He has provided facsimilies thereof as Exhibit 2 hereto.

For the reasons detailed in the aforementioned materials, the plaintiff prays that The Honorable Court will grant him the relief requested, including an order allowing him to send sealed mail to The Honorable Court without pre-screening and discretionary review by another branch of government.

- Page 1 of 2 -

The plaintiff explicitly requests that any resulting order set forth by The Honorable Court specifically and explicitly require that prison officials expediently mail the plaintiff's filings to The Honorable Court without undue delay, as well as that prison officials promptly deliver to the plaintiff and open in his presence--without reading--mail to him sent by The Honorable Court.

Respectfully mailed (and filed pursuant to <u>Houston v. Lack, Lack, 487 U.S. 266 (1988)</u>) on Monday, April 29th, 2019,

_____

Martin S. Gottesfeld, pro se

Reg. No.: 12982-104

Federal Correctional Institution

P.O. Box 33

Terre Haute, IN 47808

Houston v. Lack, USPS Tracking # 9114 9023 0722 4072 3904 52

<u>CERTIFICATE OF SERVICE</u>

I, Martin S. Gottesfeld, hereby certify that on Monday, April 29th, 2019, I mailed a copy of the foregoing document to the attorney for the defendants and also caused a copy to be delivered to the government through its pre-screening of all of my mail to and from any and all courts in the land.

Signed,

_____

Martin S. Gottesfeld, pro se

Houston v. Lack USPS Tracking # 9114 9014 9645 1762 0788 33

Affidavit of   Martin S. Gottesfeld                    :

    I,   Martin S. Gottesfeld                    , do hereby affirm
that the following is true and accurate to the best of my
knowledge, information, and belief on this

  27th  day of   April           ,  2019    :

    1. My name is      Martin S. Gottesfeld
and I am inmate in the communications management unit (CMU) at
the Federal Correctional Institution (FCI) Terre Haute, Indiana.

    2. My federal registration number is: 12982-104          .

    3. It has come to my attention and I believe in good faith
that prison authorities may prevent the timely filing of my court
documents through deliberate actions and inactions.

    4. Notwithstanding the well-known, unambiguous, and binding
U.S. Supreme Court precedents of Ex parte Hull, 312 U.S. 546; 85
L. Ed. 1034; 61 S. Ct. 640 (1941) and Cochran v. Kansas, 316 U.S.
255; 866 L. Ed. 1453; 62 S. Ct. 1068 (1942), prison authorities
pre-screen any and all inmate filings to any and all courts in
the land before they are mailed from the Terre Haute CMU.

    5. The Terre Haute CMU claims to derive this authority from
28 CFR § 540.203, which the Terre Haute CMU claims overrides 28
CFR §§ 540.19 and 540.18-540.20 (inclusive), as well as the
precedents cited in paragraph 4 directly above.

    6. Among other things, 28 CFR § 540.203 purports to give
the Executive branch the authority to limit the volume of pages
which CMU inmates may mail to U.S. courts.

    7. It has also come to my attention that prison authorities,
as a matter of standard policy and modus operandi, undertake a
qualitative and discretionary review of inmate court filings
prior to allowing those filings to be mailed and I believe that
this violates the U.S. Constitution.

    8. By claiming adherence to 28 CFR § 540.203, prison
authorities at the Terre Haute CMU deprive inmates of the ability
to seal their own mail to U.S. courts, as such CMU inmates would
otherwise be allowed to do under 28 CFR § 540.19.

    9. FCI Terre Haute CMU inmates must therefore rely on prison
authorities to seal their mail to U.S. courts after those
authorities have read, scanned, and preserved copies of such
filings (even those made ex parte and/or under seal) and
exercised their discretionary review upon those filings prior to
their mailing to U.S. courts.

    10. It has come to my attention that filings mailed by
inmates in the FCI Terre Haute CMU to U.S. courts often do not
arrive at all, or arrive altered and/or untimely, and that in
other common instances the envelopes which should have borne such
filings arrive empty to the courts.

    11. FCI Terre Haute CMU inmates, including myself, are not
given any notice whatsoever regarding the policies which

govern the discretionary review conducted of our potential U.S. court filings prior to their eventual mailing and, indeed, there may not exist any such policies at all.

12. It has come to my attention that mail which FCI Terre Haute CMU inmates receive from U.S. courts are similarly pre-screened and subject to Executive discretionary review outside of our presence after such papers are opened, read, scanned, and preserved, also outside of our presence, regardless of any markings made by U.S. courts on envelopes requiring confidentiality.

Signed under penalty of perjury,

Martin S. Gottesfeld

- Page 2 of 2 -

CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
OFFICIAL BUSINESS

202

EMERY CELLI BRINCKERHOFF & ABADY LLP
600 FIFTH AVENUE, 10th FL. • NEW YORK, NEW YORK 10020

Marty Gottesfeld, 12982-104
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

THIS MAIL DOES NOT MEET LEGAL
MAIL REQUIREMENTS
PER BOP P.S. 5800.16

11232-900202

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007
OFFICIAL BUSINESS

CONFIDENTIAL

THIS MAIL DOES NOT QUALIFY
AS SPECIAL/LEGAL MAIL
DERIVED BY BOP PS 5265.1
CORRESPONDENCE

Martin S. Gottesfeld
Register Number 12982-104
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

AFTER FIVE DAYS RETURN TO
MICHAEL A. SULLIVAN, ESQ.
CLERK OF THE COURTS
MIDDLESEX SUPERIOR COURT
200 TRADE CENTER - 2ND FLOOR
WOBURN, MA 01801

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET - NEW YORK, NY 10007-1312
OFFICIAL BUSINESS

THIS MAIL DOES NOT MEET LEGAL
MAIL REQUIREMENTS
PER BOP P.S. 5800.16

Martin S. Gottesfeld
Reg. No. 12982-104
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

11232-900202

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET - NEW YORK, NY 10007-1312
OFFICIAL BUSINESS

THIS MAIL DOES NOT MEET LEGAL
MAIL REQUIREMENTS
PER BOP P.S. 5800.16

Martin S Gottesfeld
Metropolitan Detention Center
ID No. 12982-104
P.O. Box 329002
Brooklyn, NY 11232

11232-900202





**NAME:** Martin S. Gottesfeld
**NUMBER:** 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

USMP3
SDNY

RECEIVED
SDNY PRO SE OFFICE

2019 MAY -7 PH 12: 28

S.D. OF N.Y.

Houston v. Lack, 487 U.S. 266 (1988)

⟨⟩ 12982-104 ⟨⟩
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4072 3904 52

Label 400  Jan. 2013
7690-16-000-7948



