```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
| Martin S. Gottesfeld, pro se, Plaintiff - against - Hugh J. Hurwitz, et al. | Civil No.: 18-cv-10836-PGG |
|---|---|

## NOTICE OF FILINGS

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby notifies The Honorable Court of his mailing and filing (pursuant to <u>Houston v. Lack, 487 U.S. 266 (1988)</u>) of the documents enumerated below in the instant case on the date of <u>Monday, April 29th, 2019</u>. Plaintiff has also sworn an affidavit provided <u>therewith</u> that despite the well-known, unambiguous, and binding precedents of <u>Ex parte Hull, 312 U.S. 546; 85 L. Ed. 1034; 61 S. Ct. 640 (1941)</u> and <u>Cochran v. Kansas, 316 U.S. 255; 866 L. Ed. 1453; 62 S. Ct. 1068 (1942)</u>, he has good-faith reason to doubt that prison authorities will allow these documents to be timely filed:

1) <u>NOTICE OF FILING OF SWORN STATEMENT [REDACTED]</u> (2 pages)

2) URGENT: STATEMENT FRIDAY APRIL 26TH, 2019, date and time stamped "04/26/2019 09:00:18 PM" and sworn on April 28th, 2019 (2 pages)

3) <u>SECOND SUPPLEMENTAL MOTION FOR TEMPORARY INJUNCTIONS</u> (2 pages)

4) Affidavit of Martin S. Gottesfeld, dated April 27th, 2019, and containing 12 paragraphs (2 pages)

5) <u>MOTION FOR DECLARATORY JUDGEMENT</u> (2 pages)

6) Affidavit of Martin S. Gottesfeld, dated April 28th, 2019, and containing 22 paragraphs (3 pages)

7) <u>EMERGENCY EX-PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER</u> (6 pages) filed in another case and exhibits thereto (Affidavit of [redacted] (1 page), Notification of Electronic Mail Rejection (1 page), excerpt of electronic message (1 page), Affidavit of Martin S. Gottesfeld (4 pages), BP-A0288 Incident Report (1 page), and BP-8 of Martin S. Gottesfeld (1 page) - totalling to 15 pages

8) <u>EX-PARTE MOTION FOR DECLARATORY JUDGEMENT</u> (2 pages) filed in another case

9) <u>SUPPLEMENTAL EX-PARTE MOTION FOR DECLARATORY JUDGEMENT</u> (2 pages) filed in another case and exhibits thereto (Affidavit of Martin S. Gottesfeld (6 paragraphs, 1 page), Inmate Request to Staff dated "Friday, April 26th, 2019" (1 page), BP-A0288 Incident Report (1 page), and electronic message date and time stamped "04/19/2019 08:20:25 AM" (1 page)

10) Facsimiles of envelopes (Exhibit 2 of item 3 above) (2 page)

The aforementioned were sent in envelopes with the following USPS tracking numbers:
1) 9114 9023 0722 4072 3904 38
2) 9114 9023 0722 4072 3904 52
3) 9114 9023 0722 4072 4447 11

Service Tracking #: 9114 9014 9645 1762 0788 33 for the above.

RECEIVED
SDNY PRO SE OFFICE

2019 MAY -7 PM 12: 51

S.D. OF N.Y.

Respectfully mailed in accordance with Houston v. Lack, 487 U.S. 266 (1988) on  Monday, April 29th, 2019             ,

_____
Martin S. Gottesfeld, pro se

Reg. No.: 12982-104

Federal Correctional Institution

P.O. Box 33

Terre Haute, IN 47808

### CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, hereby certify that on Monday April 29th, 2019, I mailed a copy of the foregoing papers to Alexander Hogan and also caused a copy to be delivered to the government by way of its pre-screening of all of my mail to and from any and all courts in the land.

Signed,

_____
Martin S. Gottesfeld, pro se

Houston v. Lack Tracking # 9114 9014 9645 1762 0788 33

- Page 3 of 3 -

**NAME:** Martin S. Gottesfeld
**NUMBER:** 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

⇔ 12982-104 ⇔
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

Houston v. Lack, 487 U.S. (1988)

RECEIVED
SDNY PRO SE OFFICE
2019 MAY -7 PM 12:51
S.D. OF N.Y.


