*Dana Gottesfeld in reference to Martin Gottesfeld*
Martin Gottesfeld, Register Number 12982-104
FCI Terre Haute Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

May 10, 2019

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Gottesfeld v. Hurwitz,* 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

On Wednesday, May 8th the wife of the defendant saw that Mr. Gottesfeld's Second Supplemental Motion for Temporary Injunctions was filed on the docket. The motion was signed on Monday, April 29th, three days after he was last heard from. While Mr. Gottesfeld has still not been able to contact his family, if he is able to contact The Honorable Court, his spouse wishes to withdraw her letter filed Thursday, May 9th (docket entry 47). She apologizes for any inconvenience.

                        Sincerely,

                        DANA GOTTESFELD
                        Spouse of the plaintiff

            By:    /s/ Dana E. Gottesfeld
                  *Dana Gottesfeld in reference to Martin Gottesfeld*
                  Martin Gottesfeld, Register Number 12982-104
                  FCI Terre Haute Federal Correctional Institution
                  P.O. Box 33
                  Terre Haute, IN 47808

cc:    Alexander J. Hogan
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007

Nana Gottesfeld in reference to motion Gottesfeld
Martin Gottesfeld, Register Number 12982-104
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33 Terre Haute, IN 47808

RECEIVED
SDNY PRO SE OFFICE
2019 MAY 10 AM 11: 14

of the Southern District of New York
United States District Court
Pro Se Intake Unit
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 105
New York, New York 10007