UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martin S. Gottesfeld, pro se,
   Plaintiff
   - against -
Hugh J. Hurwitz, et al.

DOC #: _____
DATE FILED: 5-13-19
Civil No.: 18-cv-10836-PGG

## NOTICE OF FILING OF SWORN STATEMENT REGARDING COVER-UP OF ISIS-INSPIRED MURDER AT FCI TERRE HAUTE CMU

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby notifies The Honorable Court of his filing of the accompanying sworn statement regarding the Federal Bureau of Prisons (FBOP) cover-up of an ISIS-inspired murder inside the communications management unit (CMU) at the Federal Correctional Institution (FCI) Terre Haute, Indiana.

The plaintiff has come to understand that the name of the murder victim is Robert David Neal and that he was approximately 68 years old at the time of his death last November.

The plaintiff has also come to understand that another victim, Mr. Richard Warren, survived multiple stab wounds in the same spree.

It is unclear to the plaintiff if the FBI has been able to speak to Mr. Warren.

The plaintiff has come to understand that the alleged killer, Mr. Rodney Hamrick, was a U.S. Army soldier prior to converting to Islam inside of the FCI Terre Haute CMU.

The plaintiff has also come to understand that the FCI Terre Haute CMU unfortunately functions largely as a "radicalize-and-release program" due to its sequestered nature and its concentrated demographics.

The plaintiff has further come to understand that the public was not told that this murder occured inside the FCI Terre Haute

CMU, but rather was led to believe that it occured in general population. The plaintiff does not lend credence to the FBOP's dubious assertion that the FCI Terre Haute CMU is a "general-population" unit.

The plaintiff also has heard what he considers to be credible accounts from multiple witnesses that there was a concerted and organized effort by FBOP personnel, including Mr. Clint Swift and the FBOP's "counter-terrorism unit," or "CTU," to cover-up.

Respectfully mailed (and filed in accordance with <u>Houston v. Lack, 487 U.S. 266 (1988)</u>) on Monday, April 29th, 2019,

_____
Martin S. Gottesfeld, pro se

Reg. No.: 12982-104

Federal Correctional Institution

P.O. Box 33

Terre Haute, IN 47808

Houston v. Lack USPS Tracking # 9114 9023 0722 4072 4447 11

<u>CERTIFICATE OF SERVICE</u>

I, Martin S. Gottesfeld, hereby certify that on Monday, April 29th, 2019, I mailed a copy of the foregoing documents to the defendants as well as caused a copy to be delivered to the government through its pre-screening of all of my mail to and from any and all courts in the land.

Signed,

_____
Martin S. Gottesfeld, pro se

Houston v. Lack USPS Tracking # 9114 9014 9645 1762 0788 33

I, Martin S. Gottesfeld, do hereby affirm that the foregoing message is true and accurate to the best of my knowledge, information, and belief on this 28th day of April, 2019.

TRULINCS 12982104 - GOTTESFELD, MARTIN - Unit: THA-D-A

---

FROM: 12982104
TO: Brown, Benjamin; Camp, Frank; Fortin, Lori; Gosztola, Kevin; Gottesfeld, Dana; Green, Jeremy; Grim, Ryan; Kiriakou, John; Mcbreen, Kelen; Newman, Alex; Petrovskaya, Elmira; Shaw, Carey M; Thornton, Ian; Villa, Virginia
SUBJECT: URGENT: STATEMENT FRIDAY APRIL 26TH, 2019
DATE: 04/26/2019 09:00:18 PM

Hi Elmira, Kelen, Ryan, Frank, John, Kevin, Alex, Mitchell, Dana, Lori, Ian, Ben, Jeremy, and Virginia,

I am sending this message at approximately 8:59 P.M. on Friday, April 26th, 2019.

I hereby make the following statement available under the latest Creative Commons, share-alike, commercial-use-permitted, no-derivatives, by-attribution license:

I believe that the Justice Department's Office of the Inspector General (OIG) needs to send agents to interview inmates and staff here at the communications management unit (CMU) of the Federal Correctional Institution (FCI) Terre Haute in Indiana because the BOP's CTU, which calls the shots in the facility, is covering up an ISIS-inspired murder which occurred here in November. I cannot name the victim for fear of retaliation from the BOP's CTU. But I would gladly discuss the matter with the OIG.

The BOP's CTU also unlawfully interferes with legal filings to both federal and local courts as well as with attorney-client privileged mail. Important documents should soon be docketed with The Honorable U.S. District Court for The District of Colorado on case number 1:18-cv-02328 and in The Honorable U.S. District Court for The Southern District of New York on case number 18-cv-10836-PGG. Should those documents fail to appear, then I would suspect foul play.

There is a former unit manager from the Terre Haute CMU named Clint Swift who I believe was a part of the cover up of the murder in November and for other blatant and corrupt obstructions of justice. I believe that agents from the DOJ's OIG need to interview inmates and staff regarding their experiences with Mr. Swift.

In the wake of the murder last November, the FBI was blocked from conducting a full investigation. They were not able to conduct all of the interviews that should have been carried out due to unlawful interference by The Federal Bureau of Prisons (FBOP) and its CTU. Ironically, the FBOP's "counter-terrorism unit" appears to have covered for terrorists because doing otherwise would have exposed its own negligence and deliberate indifference in the run up to the attack as well as its conspiracy to obstruct justice in its wake. In addition to the one inmate who was killed, another was stabbed multiple times but survived. It is unclear to me if the FBI has ever spoken to the surviving victim.

The FCI Terre Haute CMU has its own distinct punishment zone, called a "special housing unit," or "SHU." This SHU is separate and different from the SHUs elsewhere in the vast prison complex which are used to punish other inmates. The CMU's SHU is physically located in the CMU itself. So, if one has never been inside the Terre Haute CMU, then they have never been inside the CMU's own, separate, and distinct SHU.

The FCI Terre Haute CMU SHU is located directly over a steam pipe. Inmates can (and have) cooked burritos on the floor--it is that hot. Inmates are often unable to stand on the floor in the CMU's SHU.

Additionally, the FCI Terre Haute CMU SHU is poorly ventilated. So there is no escape from the oppressive heat. During inspections, the steam pipe is shut off, so that inspectors, like those from the American Correctional Association (ACA) who are currently auditing the facility, can look the other way. The ACA's former leader is himself currently serving a 19+-year federal prison sentence for bribery, after bragging about himself as "the tallest hog at the trough." Yet, the ACA continues rubber-stamping atrocity in America.

The drinking water in the FCI Terre Haute CMU SHU is contaminated and causes convulsive vomiting and extreme diarrhea. Unlike inmates placed in other SHUs, inmates placed in the Terre Haute CMU SHU are routinely denied access to their legal work despite imminent court deadlines, as well as access to writing implements, paper, and stamps, so that they cannot reach the courts.

These alleged conditions violate the 6th and 8th Amendment of the U.S. Constitution, as well as duly-ratified and binding international humanitarian accords, such as The United Nations Convention Against Torture.

CMU inmates who are charged with inmate disciplinary infractions, as I have now been by FBOP employee Richard Blythe, for helping another inmate attempt serve process in a civil case against likely government agents who infiltrated his legal defense fund and siphoned money away from it, are denied true Due Process and found guilty no matter how clear and irrefutably the law and the evidence speak in their favor.

I was handed an unnumbered and rushed FBOP "incident report" dated more than a year ago, prior to even my arrival at FCI Terre Haute. It was issued by Mr. Blythe in blatant retaliation for the help I was prevented from providing to another inmate who needed (and still needs) to access the federal court in Colorado.

This impunity and lack of Due Process as well as access to the courts, means that current and former administrators like Mr. Clint Swift can effectively intimidate and coerce inmates against even trying to file with the courts or speak with investigators. Civil cases against the FBOP and the CMU have been dropped due to such coercive measures.

Again, I would welcome an opportunity to discuss these matters with The Office of The Inspector General, as well as the

TRULINCS 12982104 - GOTTESFELD, MARTIN - Unit: THA-D-A

---

opportunity to call witnesses before The Honorable U.S. District Court for The District of Colorado and The Honorable U.S. District Court for The Southern District of New York.
--Martin "MartyG" Gottesfeld from a DOJ black-site prison

Signed under penalty of perjury,

*MSG*

Martin S. Gottesfeld

NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

USMS SDNY

☗12982-104☗
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

Houston v. Lack, 487 U.S. 266 (1988)

RECEIVED
SDNY PRO SE OFFICE
2019 MAY 13 PM 2:24
S.D. OF N.Y.

MAIL FROM FEDERAL
CORRECTIONAL INSTITUTION

USPS TRACKING #
9114 9023 0722 4072 4447 11

