UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN S. GOTTESFELD,<br><br>                    Plaintiff,<br><br>     v.<br><br>HUGH J. HURWITZ, *et al.*,<br><br>                    Defendants. | 18 Civ. 10836 (PGG) |

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated May 16, 2019, Defendants David Anderson, Esker Tatum, Anthony Bussonich, and Hugh Hurwitz (collectively, "Defendants"), by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court, before the Honorable Paul G. Gardephe, United States District Judge, in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for dismissal of the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), or, in the alternative, pursuant to Federal Rule of Civil Procedure 56.

Dated: New York, New York
       May 16, 2019

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney for the
                Southern District of New York

By:   */s/ Alexander J. Hogan*
                ALEXANDER J. HOGAN
                Assistant United States Attorney
                86 Chambers Street, 3rd Floor
                New York, New York 10007
                Tel:    (212) 637-2799
                Fax:   (212) 637-2686
                Email: alexander.hogan@usdoj.gov