```
NYMB2           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        05-08-2019
PAGE 001 OF 001                                                        09:43:04
        FUNCTION: L-P SCOPE: REG    EQ 12982-104     OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM [____] THRU [____]  DT STS: FROM [____] THRU [____]
DT STS: FROM [__] TO [__] DAYS BEFORE "OR" FROM [__] TO [__] DAYS AFTER DT RDU
DT TDU: FROM [__] TO [__] DAYS BEFORE "OR" FROM [__] TO [__] DAYS AFTER DT TRT
STS/REAS: ...
SUBJECTS: ...
EXTENDED: [_] REMEDY LEVEL: [__]         RECEIPT: [___] "OR" EXTENSION: [___]
RCV OFC: EQ
TRACK: DEPT:
       PERSON:
         TYPE:
EVNT FACL: EQ
RCV FACL.: EQ
RCV UN/LC: EQ
RCV QTR..: EQ
ORIG FACL: EQ
ORG UN/LC: EQ
ORIG QTR.: EQ


G5152        NO REMEDY DATA EXISTS FOR THIS INMATE
```