AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Gottesfeld | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-10836 |
| Hurwitz | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Hurwitz, Anderson, Tatum, and Bussonich.

Date: 05/16/2019

/s/ Alexander J. Hogan
*Attorney's signature*

Alexander J. Hogan
*Printed name and bar number*
U.S. Attorney's Office
86 Chambers Street
New York, NY 10007

*Address*

alexander.hogan@usdoj.gov
*E-mail address*

(212) 637-2799
*Telephone number*

(212) 637-2686
*FAX number*