UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN S. GOTTESFELD,

        Plaintiff,

- against -

HUGH J. HURWITZ, et al.,

        Defendants.

**ORDER**

18 Civ. 10836 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss:

1. Plaintiff's opposition is due on **June 20, 2019**; and

2. Defendants' reply, if any, is due on **July 5, 2019**.

It is further ORDERED that the conference scheduled for May 23, 2019 is adjourned sine die.

The Clerk of Court is directed to mail a copy of this order to:

Martin S. Gottesfeld, Register Number 12982-104
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Dated: New York, New York
      May 21, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge