RECEIVED
SDNY PRO SE OFFICE
Federal Correctional Institution
2019 JUN -6 PM 12: 30
S.D. OF N.Y.

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

To:
The Office of the United States Postmaster General
475 L'Enfant Plaza SW
Washington, DC 20260

CC:
The Office of the Inspector General
United States Department of Justice
950 Pennsylvania Ave. NW, Room 4322
Washington, DC 20530

The Honorable Paul G. Gardephe
United States District Judge
500 Pearl St.
New York, NY 10007

The Honorable Marcia Krieger
Chief United States District Judge
901 19th St., Room A-105
Denver, CO 80294

Wednesday, May 29th, 2019

In Re: <u>Strange Occurences Affecting Mail to Federal Courts</u>

To Whom It May Concern:

    I hope that this letter finds you well. My name is Martin S. Gottesfeld and I am an inmate in the communications management unit (CMU) of the Federal Correctional Institution (FCI) Terre Haute, Indiana. My federal registration number is 12982-104.

    I am writing because I have noticed odd happenings with United States Postal Service (USPS) mail between the FCI Terre Haute CMU and U.S. federal courthouses. In multiple instances, these have affected the filing of important legal documents. So, this is obviously a very serious issue.

    Thus, may I inquire as to whether or not it is a practice of the USPS to cancel postage stamps on flat (Manila) envelopes by having a person manually mark across them using a black permanent marker? I do not believe such to be the case due to the heavy volume of mail which is efficiently handled by the USPS and the time-consuming, labor-intensive, and monotonous nature of such a practice. If I am correct that the USPS does not do such, then I believe that the Office of the United States Postmaster General may be quite interested to see some of the documents which are available on PACER in the case of <u>Gottesfeld v. Hurwitz, et al.</u>, (S. D. NY 1:18-cv-10836-PGG). Specifically, docket entry (D.E.) 40 at page 19, D.E. 49 at page 5, and D.E. 50 at page 29 each show flat (Manila) envelopes as they were received at the U.S. District Court in Manhatten, and in each instance it is obvious that somebody manually marked across the postage stamps with a black permanent marker.

    These can be compared to, ibid., D.E. 2 at page 18 (mailed from a different facility), D.E. 43 at page 21 (a much-less-sensitive filing from the perspective of the Federal Bureau of Prisons (FBOP)), and D.E. 45 at page 7 (also a much-less-sensitive filing from the FBOP's perspective).

    A similar document, also showing the manual cancellation of U.S. postage stamps with a black permanent marker, is available on PACER in the docket of the case of <u>Cox v. Dodd, et al.</u>, (D. Colo. 1:18-cv-02328-CMA-NYW). Please see D.E. 9-4 at page 10 therein.

Additionally, I have witnessed such mail, which was properly addressed to the U.S. District Court at 901 19th St., Room A-105, Denver, CO 80294-3589, be returned here to the FCI Terre Haute CMU recently with stamps cancelled in precisely the same fashion and with "Postage Due $1.16" (emphasis in original) handwritten on the envelope in black permanent marker without the usual ink stamp from the USPS.

Inmates here at the FCI Terre Haute CMU do not have such black permanent markers. Also, it is worth noting that inmates here in the FCI Terre Haute CMU cannot seal their own mail to U.S. federal courts like inmates elsewhere in the FBOP system (please see Gottesfeld v. Hurwitz, et al. D.E. 45 at page 3 ¶8). Instead, we must rely on FBOP staff to do that for us (please see ibid. ¶9). And, perhaps not too surprisingly, our mailings regularly arrive to courts and attorneys unsealed, empty, or not at all (please see ibid. ¶10).

Now, in this letter I am prevented from disclosing to your office the various national political publications for which I write due to a former FBOP policy which was struck down by The Honorable U.S. District Court for The District of Colorado as unconstitutional (please see Jordan v. Pugh, 504 F. Supp. 2d 1109 (D. Colo. 2007)) and later rescinded by the FBOP (please see McGowan v. United States, 825 F. 3d 118 (2d Cir. 2016)). I believe that this unconstitutional and rescinded former policy is still being enforced in order to undermine my ability to have issues like those mentioned above taken seriously by offices such as that of the U.S. Postmaster General and the Inspector General of the U.S. Department of Justice. However, I do believe that I am permitted to ask you to Google my name, and that if you were to do so, you would find the results illuminating.

Similarly, I am told that I may not inquire with your office for comment prior to publication due to the same unconstitutional and rescinded former FBOP policy. I believe that I can say, though, that a great many Americans may be very interested to know what is happening with these mailings and to see the Office of the United States Postmaster General get to the bottom of this matter expeditiously, as I am sure that it is more than able to do.

If you have any questions for me, then please do let me know. I would be happy to be of assistance in resolving this problem.

Finally, may I ask that your office kindly acknowledge this message so that I can be sure that it arrived intact? I believe this to be a prudent precaution given the nature of the events in controversy.

Sincerely,

Martin S. Gottesfeld
Rolling-Stone--Featured Human Rights Activist

Martin S. Gottesfeld<br>
Reg. No.: 12982-104<br>
Federal Correctional Institution<br>
P.O. Box 33<br>
Terre Haute, IN 47808

Clerk of the Court: Pro Se Intake
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Wednesday, May 29th, 2019

In Re: <u>1:18-cv-10836-PGG Letter Non-Motion</u>

To Whom It May Concern:

    May I please ask that the enclosed be filed on the docket of <u>1:18-cv-10836-PGG</u> as a Letter (Non-Motion), and for the Clerk of Court to kindly use the SASE provided to mail me the PACER receipt?

    My thanks in advance,

*/s/ MSG*

Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

2019 JUN -6 PM [...]
S.D. OF N.Y.

MAIL FROM FEDERAL CORRECTIONAL INSTITUTION

USM P3
SDNY



Horston v. Lock, 487 U.S. 266 (1988)

May 29th, 2019

⇨ 12982-104 ⇨
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States



US TRACKING #
4 9645 1828 1182 82
Label 400 Jan. 2013
7690-16-000-7948




FOREVER USA — PURPLE HEART

[...]ttestield
[...]2982-104
[...]rrectional Institution
[...]83
[...]e, IN 47808