Martin S. Gottesfeld, Pro Se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Office of the Pro Se Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Monday, June 10th, 2019

In Re: Filing of Motion For Extension of Time ~~to File~~ in 18-cv-10836-PGG

To Whom It May Concern,

I hope that this letter finds you well.

Please file the enclosed MOTION FOR EXTENSION OF TIME TO FILE on the docket of case number 18-cv-10836-PGG and please include the enclosed 1-page affidavit as Exhibit 1 thereto on the docket.

May I also please ask for a copy of the PACER receipt to be returned to me using the enclosed self-addressed stamped envelope (SASE)?

My thanks in advance,

Martin S. Gottesfeld, pro se

RECEIVED SDNY PRO SE OFFICE 2019 JUL -2 PM 1:15 S.D. OF N.Y.

USPS TRACKING #

9114 9014 9645 1828 1183 05

12982-104
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

June 10th, 2019, Houston v. Lack, 487 U.S. 266 (1988)

USMP3
SDNY