

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 2, 2019

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Gottesfeld v. Hurwitz*, 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

  On May 16, 2019, Defendants moved to dismiss the complaint in the above-captioned action. On June 19, 2019, Plaintiff's wife—Dana Gottesfeld—wrote a letter to the Court seeking an extension of Plaintiff's time to respond to the Complaint. *See* Dkt. No. 58. On June 21, 2019, the Court granted this request and provided Plaintiff until July 11, 2019, to submit his opposition and provided Defendants until July 25, 2019, to submit their reply. On July 2, 2019, Plaintiff filed a request for an extension seeking until August 31, 2019, to file his opposition. *See* Dkt. No. 59.

  Defendants do not object to this application, but respectfully request that Defendants be provided until September 24, 2019, to submit their reply papers in light of defense counsel's anticipated unavailability in early September.[1]

  I thank the Court for its attention to this matter.

---

[1] Because August 31, 2019, is a Saturday and Monday, September 2 is Labor Day, Defendants respectfully request that Plaintiff be provided until September 3, 2019, to submit his opposition and that Defendants be provided until September 24, 2019, to submit their reply.

           Sincerely,

           GEOFFREY S. BERMAN
           United States Attorney of the
           Southern District of New York


       By: /s/ Alexander J. Hogan
           ALEXANDER J. HOGAN
           Assistant United States Attorney
           86 Chambers Street, Third Floor
           New York, New York 10007
           Tel.: (212) 637-2799
           Fax: (212) 637-2686
           E-mail: alexander.hogan@usdoj.gov

cc: Martin Gottesfeld, Register Number 12982-104
   FCI Terre Haute
   Federal Correctional Institution
   P.O. Box 33
   Terre Haute, IN  47808