

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 21, 2019

BY E-mail

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Gottesfeld v. Hurwitz*, 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

    By order dated March 21, 2019, your Honor directed the government to provide, through an *ex parte* submission, the date of Martin Gottesfeld's transfer to the Federal Correctional Institution in Terre Haute, Indiana ("Terre Haute").

    The Federal Bureau of Prisons has informed the government that Gottesfeld will leave the Metropolitan Detention Center ("MDC") on March 26, 2019, en route to his designated institution—Terre Haute. Because his movement is coordinated through the schedule of the Justice Prisoner and Alien Transportation System ("JPATS"), Gottesfeld may be held at the Federal Transfer Center in Oklahoma City ("FTC Oklahoma") and potentially other BOP facilities for short durations before arriving at Terre Haute. In any event, Gottesfeld will be transferred out of MDC on March 26, 2019.

Sincerely,

GEOFFREY S. BERMAN
United States Attorney of the
Southern District of New York

By: /s/ Alexander J. Hogan
ALEXANDER J. HOGAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2799
Fax: (212) 637-2686
E-mail: alexander.hogan@usdoj.gov