UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, |
| Plaintiff |
| - against - |
| Hugh J. Hurwitz, et al. |

Civil No.: <u>18-cv-10836-PGG</u>

<u>MOTION FOR EXTENSION OF TIME TO FILE</u>

Plaintiff Martin S. Gottesfeld (herein "Plaintiff"), acting pro se, hereby moves The Honorable Court for an extension of time in which to file his opposition to the defendants' motion to dismiss, filed on May 16th, 2019 (please see <u>D.E. 51</u>). The current deadline is August 31st, 2019 (please see <u>D.E. 62 at 2</u>).

The plaintiff seeks an additional forty-five (45) days in which to file his opposition to <u>D.E. 51</u> for the following reasons. As the plaintiff has been preparing his opposition he has encountered limitations in the FCI Terre Haute CMU, specifically the law-library database in the CMU does not contain New York state-court case law, the plaintiff does not have access to the full FCI institutional law library as a result of defendants' designation of him to the CMU, and his lawful communications to gather such information are blocked, endangered, and inordinately delayed, as is plainly visible on the docket of the instant case (please see <u>D.E. 59</u>, mailed from the CMU to The Court on June 10th, 2019, but not received and filed by The Court until July 2nd, 2019, some three weeks later).



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-12-19

Respectfully mailed on Monday, August 5th, 2019, and filed thereupon in accordance with Houston v. Lack, 487 U.S. 266 (1988), in an envelope bearing U.S. Postal Service tracking number 9114 9023 0722 4293 0876 98 with sufficient pre-paid first-class U.S. postage affixed, handed to Ms. J. Wheeler for mailing to The Court in her official capacity as an agent of the defendants and member of the FCI Terre Haute CMU unit team,

_____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that on Monday, August 5th, 2019, I mailed a copy of the foregoing document to counsel for the defendants in the abovecaptioned case by handing such copy to Ms. J. Wheeler for placement in the mail in her official capacity as an agent of the defendants and member of the FCI Terre Haute CMU unit team. See Houston v. Lack, 487 U.S. 266 (1988).

_____
Martin S. Gottesfeld, pro se

ttesteid
2982-104
ectional Institution
, IN 47808

STATES
SERVICE

S TRACKING #

3 0722 4293 0876 98

12982-104
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

August 5th, 2019, Houston v. Lack 487 U.S. 266. (1988)

Priority Mail Flat Rate.

Martin S. Gottesfeld<br>
Reg. No.: 12982-104<br>
Federal Correctional Institution<br>
P.O. Box 33<br>
Terre Haute, IN 47808

Pro Se Clerk's Office
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Monday, August 5th, 2019

To Whom It May Concern:

    I hope that this letter finds you well.

    Please find enclosed for filing in the case of <u>Gottesfeld v. Hurwitz, el al., 18-cv-10836-PGG</u> the following three (3) motions: plaintiff's <u>MOTION FOR EXTENSION OF TIME TO FILE</u>, plaintiff's <u>MOTION FOR A TEMPORARY RESTRAINING ORDER PROTECTING PLAINTIFF'S RIGHT TO PUBLISH</u> with 1 Exhibit thereto, and plaintiff's <u>MOTION FOR A DECLARATORY JUDGMENT PROTECTING PLAINTIFF'S RIGHT TO PUBLISH</u> with 3 Exhibits thereto.

    Each Exhibit is prefaced with a blank white cover page marked, "Exhibit 1," "Exhibit 2," or "Exhibit 3." The body of one exhibit includes pages previously-exhibited in other motions, so there is one page with a pre-existing PACER header from the same case, docket entry 63, page 19 of 26, marked "Exhibit 7." This exhibit marking can be ignored.

    May I also ask that the scanned image of the envelope bearing these 3 motions to the court appear in each of the 3 docket entries for those motions for the purpose of the prison-mailbox rule?

    Finally, may I please ask the Pro Se Clerk's Office to use the enclosed self-addressed stamped envelope to mail me the PACER receipts from these motions? I very much appreciated the docket report that the Pro Se Clerk's Office recently sent to me. While I would happily accept a full docket sheet again, all I am requesting is the PACER receipt(s) from these motions.

    With gratitude,

*[signature]*

Martin S. Gottesfeld, pro se

2019 AUG 12 PM 3:53   S.D. OF N.Y.   RECEIVED PRO SE OFFICE