UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, |
| - Plaintiff - |
| v. |
| Hugh J. Hurwitz, et al. |

Case No.: 18-cv-10836-PGG

2019 AUG 13 PM 3:57

S.D. OF N.Y.

## NOTICE OF FILING

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby notifies The Honorable Court of his simultaneous filing of his MOTION FOR A TEMPORARY RESTRAINING ORDER PROTECTING HIS RIGHT TO PUBLISH and his MOTION FOR A DECLARATORY JUDGMENT PROTECTING PLAINTIFF'S RIGHT TO PUBLISH. Both the abovereferenced motions were given to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the defendants in the instant case for mailing to the court in an envelope bearing sufficient U.S. first-class postage pre-paid properly affixed and U.S. Postal Service tracking number 9114 9023 0722 4293 0876 98 on Monday, August 5th, 2019, and filed thereon in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), please see Exhibit 1 hereto (Affidavit of Martin S. Gottesfeld) and Exhibit 2 hereto (photocopy of envelope bearing the abovereferenced motions in the condition it was in when the plaintiff provided it to the CMU unit team).

The plaintiff hereby respectfully notifies The Honorable Court that he would, if able to do so, move The Court to compel the defendants to provide the abovereferenced motions and all exhibits thereto should they fail to arrive in a timely manner as publication is a time-sensitive procedure and his previous filings have taken weeks to be allowed into the mail by the defendants in violation of the Federal Bureau of Prisons (FBOP) own Program Statement 5800.10, "Mail Management Manual," §306, "IN/OUT PROCESSING REQUIREMENTS FOR SPECIAL AND LEGAL MAIL," please see Exhibit 3 hereto (Marked excerpts of FBOP Program Statement 5800.10) and docket entry (D.E.)

- Page 1 of 3 -

59 at 2, showing that docket entry 59 was handed to prison authorities on Monday, June 10th, 2019, but that it was not received by U.S. District Court until approximately July 2nd, 2019, more than 3 weeks later. See also docket entry (D.E.) 63 at 3, showing plaintiff provided docket entry 63 to prison authorities on Monday, July 1st, 2019, and ibid. at 26, showing that docket entry 63 wasn't received by U.S. District Court until July 16th, 2019, more than 2 weeks later.

The plaintiff respectfully requests The Honorable Court take judicial notice of this filing and the exhibits hereto pursuant to Fed. R. Evid. 201 201(c)(2).

Respectfully mailed with sufficient first-class postage affixed pre-paid on Monday, August 5th, 2019, in a separate envelope from the abovereferenced motions, bearing U.S. Postal Service tracking number 9114 9023 0722 4293 0879 26, and handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the defendants, and therefore filed thereupon pursuant to Houston v. Lack, 487 U.S. 266 (1988), see Exhibit 1.

_____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

\* The plaintiff apologizes for the poor quality of the type on this document. He has notified the FCI Terre Haute Education Department of the breakdown of the unit's typewriters and they have been working for some weeks to remedy the issue.

- Page 2 of 3 -

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, hereby certify that I mailed a copy of the foregoing document to counsel for the defendants by providing such copy in an envelope bearing sufficient first-class postage pre-paid to Ms. J. Wheeler of the FCI Terre Haute CMU unit team for mailing in her official capacity as an agent for the defendants, on Monday, August 5th, 2019.

_____
Martin S. Gottesfeld, pro se

Exhibit 1

## Affidavit of Martin S. Gottesfeld:

I, Martin S. Gottesfeld, do hereby affirm that the following is true and accurate to the best of my knowledge, information, and belief on this 5th day of August, 2019, and I do so declare the following pursuant to 28 U.S.C. §1746 (see LeBoeuf, Lamb, Greene & MacRae, L.L.P. v. Worsham, 185 F.3d 61, 65-66 (2d Cir. 1999)):

1. My name is Martin S. Gottesfeld and I am a federal inmate in the communications management unit (CMU) at the Federal Correctional Institution (FCI) in Terre Haute, Indiana.

2. My federal registration number is 12982-104.

3. I am the sole plaintiff in the case of 18-cv-10836 in U.S. District Court for the Southern District of New York (hereafter "the case").

4. Today I handed my MOTION FOR A TEMPORARY RESTRAINING ORDER PROTECTING PLAINTIFF'S RIGHT TO PUBLISH with one (1) exhibit thereto and my MOTION FOR A DECLARATORY JUDGMENT PROTECTING PLAINTIFF'S RIGHT TO PUBLISH with three (3) exhibits thereto to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent for the defendants in the case for mailing to U.S. District Court for The Southern District of New York, located at 500 Pearl St., New York, NY 10007, in an envelope with sufficient first-class U.S. postage affixed pre-paid, bearing U.S. postal service tracking number 9114 9023 0722 4293 0876 98.

5. At or around the same time, I handed my NOTICE OF FILING with three (3) exhibits thereto to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent for the defendants in the case for mailing to U.S. District Court for The Southern District of New York, located at 500 Pearl St., New York, NY 10007, in an envelope with sufficient first-class U.S. Postage affixed pre-paid, bearing U.S. Postal Service tracking number 9114 9023 0722 4293 0879 26.

6. Both motions mentioned in paragraph 4 above and the notice mentioned in paragraph 5 above were dated today, Monday, August 5th, 2019.

7. Other than file the abovereferenced simultaneous notice, there is nothing that I can do as an inmate that I have not already attempted to do in order to ensure the prompt delivery of my mail to the courts, including The Honorable U.S. District Court for The Southern District of New York (please see Houston v. Lack, 487 U.S. 266 (1988)).

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on Monday, August 5th, 2019.

Martin S. Gottesfeld

- Page 1 of 1 -

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



USPS TRACKING #
9114 9023 0722 4293 0876 98

⇔ 12982-104 ⇔
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

  

Monday, August 5th, 2019, Houston v. Lack  487 U.S. 266 (1988)



Exhibit 3



**U.S. Department of Justice**
Federal Bureau of Prisons

# Program Statement

**OPI:** CPD

**NUMBER:** 5800.10

**DATE:** November 3, 1995

**SUBJECT:** Mail Management Manual

proj

1

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

### 306.   IN/OUT PROCESSING REQUIREMENTS FOR SPECIAL AND LEGAL MAIL

Inmate correspondence shall ordinarily be processed and delivered within 24 hours.  Special and legal mail is afforded priority and every reasonable effort shall be made to assure delivery of special mail within 24 hours.  Delivery time is essential in the filing of court documents or other legal papers, therefore, mail room staff, as well as staff making the actual delivery to the inmate (usually unit staff), must adhere to delivery time frames for special mail.

Staff shall open inmate special mail in the inmate's presence. Staff are to check for contraband and funds at this time.  A receipt shall be issued for funds and delivered to mail room staff or the night depository, as appropriate, usually by unit staff.

Mail room staff shall maintain a log detailing receipt and delivery of special mail.  Additionally, special/legal mail shall be time-stamped, or a handwritten note shall be made on the envelope, to show date and time received in the mail room. Although inmates may be asked to sign for this mail, they are not required to do so.

Correspondence that meets the conditions of outgoing special mail that is subsequently returned by the USPS, shall be processed to the inmate (open only in presence, etc.) as incoming special

mail.  Unit staff should consider logging this mail in their unit log book.

Inmate Systems Managers shall periodically review the special/ legal mail delivery process to ensure that policy requirements are met.  ISM's shall specifically consult with unit staff and review requisite record keeping to ensure that delivery time frames are being met.

When an inmate is not at the institution, the special mail remains sealed and is forwarded to the inmate regardless of the

30-day forwarding period of general mail.  Staff shall use all means practicable to locate inmates for the purposes of forwarding special mail (e.g., SENTRY, card files, telephone calls).  If the inmate has been transferred, the mail will be forwarded to the inmate at the final transfer destination.

proj

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

If the inmate is out on writ, staff shall use all means practicable to forward special mail. When forwarding special mail, mail room staff shall note forwarding details in the log. If an address is not available at the end of 30 days, each piece of mail shall be returned to the sender with an explicit letter

of explanation from the Inmate Systems Manager of the attempts to forward the mail along with an offer of additional assistance.

If the inmate has been released to the community, forward the mail to the forwarding address provided by the inmate. If a forwarding address is not available, forward the mail to the U.S. Probation Office in the release district, provided the inmate is, or was, under supervision.

If the inmate was released by expiration of sentence and a forwarding address is not available, return the correspondence to the sender with a notation of the date and type of release and a statement that no forwarding address is available.

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, |
| Plaintiff |
| - against - |
| Hugh J. Hurwitz, et al. |

Civil No.: <u>18-cv-10836-PGG</u>

## NOTICE OF FILING

Plaintiff Martin S. Gottesfeld (herein "Plaintiff"), acting pro se, hereby notifies The Honorable Court of his filing of his <u>MOTION FOR AN EXTENSION OF TIME TO FILE</u>, given to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent for the defendants in the instant case for mailing to the Court in an envelope bearing sufficient pre-paid first-class U.S. postage properly affixed and U.S. Postal Service tracking number 9114 9023 0722 4293 0876 98 on Monday, August 5th, 2019, and filed thereupon in accordance with the prison-mailbox rule of <u>Houston v. Lack, 487 U.S. 266 (1988)</u>, please see <u>Exhibit 1</u> and <u>Exhibit 2</u> to the plaintiff's accompanying <u>NOTICE OF FILING</u> from this same date, August 5th, 2019, of his <u>MOTION FOR A TEMPORARY RESTRAINING ORDER PROTECTING PLAINTIFF'S RIGHT TO PUBLISH</u> and his <u>MOTION FOR A DECLARATORY JUDGMENT PROTECTING PLAINTIFF'S RIGHT TO PUBLISH</u>. Please also see <u>Exhibit 1</u> hereto, Affidavit of Martin S. Gottesfeld.

Respectfully mailed with sufficient first-class U.S. postage affixed pre-paid on Monday, August 5th, 2019, in a separate envelope from the aforementioned motions, bearing U.S. Postal Service tracking number 9114 9023 0722 4293 0879 26 and handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the defendants, and therefore filed thereupon pursuant to Houston v. Lack, 487 U.S. 266 (1988), see Exhibit 1 hereto,

_____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, hereby certify that I mailed a copy of the foregoing document to counsel for the defendants by providing such copy in an envelope bearing sufficient pre-paid first-class U.S. postage affixed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team for mailing in her official capacity as an agent for the defendants on Monday, August 5th, 2019.

_____
Martin S. Gottesfeld, pro se

Exhibit 1

## Affidavit of Martin S. Gottesfeld:

I, Martin S. Gottesfeld, do hereby affirm that the following is true and accurate to the best of my knowledge, information, and belief on this 5th day of August, 2019, and I do so declare the following pursuant to 28 U.S.C. §1746 (see LeBoeuf, Lamb, Greene & MacRae, L.L.P. v. Worsham, 185 F.3d 61, 65-66 (2d Cir. 1999)):

1. My name is Martin S. Gottesfeld and I am a federal inmate in the communications management unit (CMU) at the Federal Correctional Institution (FCI) in Terre Haute, Indiana.

2. My federal registration number is 12982-104.

3. I am the sole plaintiff in the case of 18-cv-10836 in U.S. District Court for The Southern District of New York (hereafter "the case").

4. Today I handed my second NOTICE OF FILING with one (1) exhibit thereto regarding my MOTION FOR EXTENSION OF TIME TO FILE dated today to Ms. J. Wheeler of the FCI Terre Haute CMU unit team for mailing to U.S. District Court for The Southern District of New York, 500 Pearl St., New York, NY 10007, in an envelope bearing sufficient pre-paid first-class U.S. postage properly affixed and U.S. Postal Service tracking number 9114 9023 0722 4293 0879 26.

5. Ms. J. Wheeler was acting in her official capacity as an agent of the defendants in the case and as an employee of the FCI Terre Haute CMU unit team at the time I handed her the abovereferenced mail.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on Monday, August 5th, 2019.

Martin S. Gottesfeld

- Page 1 of 1 -

MAIL FROM FEDERAL
CORRECTIONAL INSTITUTION

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

9114 9023 0722 4293 0879 26

USPS TRACKING #

UNITED STATES POSTAL SERVICE

Label 400 Jan. 2013
7690-16-000-7948

Monday, August 5th, 2019, Houston v. Lack, 487 U.S. 266 (1988)

⇔12982-104⇔
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

USM P3
SDN



