*Dana Gottesfeld in reference to Martin Gottesfeld*
Martin Gottesfeld, Register Number 12982-104
FCI Terre Haute Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

August 13, 2019

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Gottesfeld v. Hurwitz,* 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

I hope this letter finds you well. I'd like to submit the following exhibit in support of plaintiff's motion for a Temporary Restraining Order (D.E. 68) filed today. World renowned author and media personality Michelle Malkin would like the judge to know that she is ready and willing to publish the plaintiff's journalism should she be able to receive it.

        Sincerely,

        /s/ Dana E. Gottesfeld
        *Dana Gottesfeld in reference to Martin Gottesfeld*
        Martin Gottesfeld, Register Number 12982-104
        FCI Terre Haute Federal Correctional Institution
        P.O. Box 33
        Terre Haute, IN 47808

cc:    Alexander J. Hogan
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007



Dana Gottesfeld <danagottesfeld@gmail.com>

## MCC NY (Epstein's prison) details

**Michelle Malkin** <writemalkin@gmail.com>  Tue, Aug 13, 2019 at 2:37 PM
To: Dana Gottesfeld <danagottesfeld@gmail.com>

August 13, 2019

Dear Judge Gardephe,

My name is Michelle Malkin. I am a nationally syndicated newspaper columnist, author of six books, and investigative journalist/documentarian. I have featured Martin "Marty" Gottesfeld in both my print and broadcast work. I would like to be able to publish Marty's writing on my website at michellemalkin.com and quote him for future newspaper columns and/or blog posts. My contact information and digital signature are attached to this e-mail I am sending via Dana Gottesfeld.

Sincerely,
Michelle Malkin
13395 Voyager Parkway
Suite 130
Colorado Springs CO 80921
719 447 7278
writemalkin@gmail.com

[Quoted text hidden]
--
Michelle Malkin
www.michellemalkin.com

**scanned signature (1) (1).tif**
10K

On behalf of:
Martin Gottesfeld
Reg No. 12982-104
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

BOSTON MA 021
13 AUG 2019 PM 8 L

U.S. District Court of SDNY
Pro Se Intake Unit
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 105
New York, NY 10007

10007-150729