UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, Plaintiff - against - Hugh J. Hurwitz, et al. | Civil No.: 18-cv-10836-PGG |
|---|---|

## NOTICE OF FILINGS

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby notifies The Honorable Court of his filing of the following. If any of the below are yet to arrive to the Pro Se Clerk's Office, then the plaintiff would suspect foul play.

- NOTICE OF LIKELY SHENANIGANS (2 pages) and Exhibit 1 therewith (1 page) and Exhibit 2 therewith (3 pages), total 6 pages, mailed on Wednesday, September 4th, 2019, bearing U.S. Postal Service (USPS) tracking number 9114 9023 0722 4072 3901 79 (please see Exhibit 1 hereto)

- Letter Declaration (non-motion) (87 pages) mailed on Thursday, September 12th, 2019, bearing U.S. Postal Service tracking number 9114 9023 0722 4072 3908 58 (please see Exhibit 2 hereto)

Respectfully mailed on Thursday, September 12th, 2019, and filed thereat in accordance with Houston v. Lack, 487 U.S. 266 (1988) in an envelope bearing U.S. Postal Service tracking number 9114 9023 0722 4072 3908 10 with sufficient pre-paid first-class U.S. postage affixed, handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team for mailing to the Court in her official capacity as an agent of the defendants,

Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



RECEIVED SEP 24 2019 PRO SE OFFICE

- Page 1 of 2 -

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, hereby certify that on Thursday, September 12th, 2019, I mailed a copy of the foregoing document to counsel for the defendants in the above-captioned case pursuant to Houston v. Lack, 487 U.S. 266 (1988) by handing such copy in an envelope bearing sufficient pre-paid first-class U.S. postage affixed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team for mailing in her official capacity as an agent of the defendants,

_____
Martin S. Gottesfeld, pro se

Exhibit 1

Martin S. Gottesfeld
Reg No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



USPS TRACKING #
9114 9023 0722 4072 3901 79



⇔12982-104⇔
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States



Wednesday, September 4th, 2019, Houston v. Lack, 487 U.S. 266 (1988)

NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

⇔12982-104⇔
U S Attorneys Office
Southern District of NY
1 Saint Andrews PLZ
NEW YORK, NY 10007
United States



Exhibit 2

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

  

**UNITED STATES POSTAL SERVICE**

**USPS TRACKING #**

9114 9023 0722 4072 3908 58

⇔12982-104⇔
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

 

Thursday, September 12th, 2019, Houston v. Lack, 487 U.S. 266 (1988)



Priority Mail - Flat Rate


 

NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

 

⇔12982-104⇔
U S Attorneys Office
Southern District of NY
1 Saint Andrews PLZ
NEW YORK, NY 10007
United States

