**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

October 16, 2019

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Gottesfeld v. Hurwitz*, 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

    On May 16, 2019, Defendants moved to dismiss the complaint in the above-captioned action. On October 15, 2019, Plaintiff wrote a letter to the Court seeking an extension of time to respond to the motion. *See* Dkt. No. 81. In his letter, Plaintiff asks that he be permitted to file his opposition by October 29, 2019. As Plaintiff notes, October 29 would be the date by which he would place his opposition in the mail. Defendants do not oppose Plaintiff's request, but respectfully request that their reply be due three weeks after Plaintiff's opposition appears on the docket sheet. Defendants make this request in light of any potential delay between Plaintiff mailing his opposition and Defendants' receipt of the opposition.

    I thank the Court for its attention to this matter.

        Sincerely,

        GEOFFREY S. BERMAN
        United States Attorney of the
        Southern District of New York

By:  /s/ Alexander J. Hogan
      ALEXANDER J. HOGAN
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2799
      Fax: (212) 637-2686
      E-mail: alexander.hogan@usdoj.gov

cc:    Martin Gottesfeld, Register Number 12982-104
       FCI Terre Haute
       Federal Correctional Institution
       P.O. Box 33
       Terre Haute, IN  47808