*Dana Gottesfeld in reference to Martin Gottesfeld*
Martin Gottesfeld, Register Number 12982-104
FCI Terre Haute Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

November 11, 2019

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Gottesfeld v. Hurwitz,* 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

I hope this letter finds you well. As the Managing Editor of FreeMartyG, I'd like to file a letter in support of Martin Gottesfeld's motion for a Temporary Restraining Order Protecting Plaintiff's Right To Publish (D.E. 68), including supplementary D.E.s 69, 79, 80, and 84. As managing editor, I would like to run his articles. Towards the ends of robust and accurate journalism, we would need his collaboration for fact checking and editing purposes. Not being able to speak to him for these purposes is having a demonstrably negative effect on our outlet, as Mr. Gottesfeld is the featured journalist people visit our site to read. Those negative effects of not being able to publish Mr. Gottesfeld's journalism include loss of readership and depressed website and SEO ranking.

I am also including a letter from Kelen McBreen, editor and reporter for Infowars. Infowars is ranked as the 781st most trafficked website in America and number 3,219 globally, attracting international readership from Canada, Australia, etc. Mr. McBreen shares similar concerns about lack of access to long time contributor Mr. Gottesfeld, as well as his willingness to publish Mr. Gottesfeld's articles should he be allowed to resume participating in the journalism process.

                            Sincerely,

                            DANA GOTTESFELD
                            Managing Editor of FreeMartyG
                            Spouse of the plaintiff

               By:    /s/ Dana E. Gottesfeld
                        *Dana Gottesfeld in reference to Martin Gottesfeld*
                        Martin Gottesfeld, Register Number 12982-104
                        FCI Terre Haute Federal Correctional Institution
                        P.O. Box 33

Terre Haute, IN 47808

cc: Alexander J. Hogan
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007

 **Gmail**

Dana Gottesfeld <danagottesfeld@gmail.com>

## Request to Publish Marty Gottesfeld's Work

**Kelen McBreen** <kelen@infowars.com>
To: Dana Gottesfeld <danagottesfeld@gmail.com>

Wed, Oct 30, 2019 at 6:54 PM

October 30, 2019

Dear Judge Gardephe,

My name is Kelen McBreen. I'm a writer and editor for Infowars.com, a website that has published many articles written by Martin "Marty" Gottesfeld in the past. I would like to continue posting content Marty submits and to be able to contact him for quotes on articles I write. My contact information is below and my digital signature is attached.

Sincerely,
Kelen McBreen
158 Tahitian Dr.
Bastrop, Texas 78602
512-228-9694
kelen@infowars.com

signature.png
11K

In reference to Martin Gottesfeld
Reg No. 12982-104
FCI Terre Haute
PO Box 33
Terre Haute, IN 47808

U.S. District Court, SDNY
Pro Se Intake Unit
500 Pearl St.
New York, NY 10007-B12