UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN S. GOTTESFELD,

                Plaintiff,

      - against -

HUGH J. HURWITZ, et al.,

                Defendants.

**ORDER**

18 Civ. 10836 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      Plaintiff commenced this action by filing a complaint on November 19, 2018. (Dkt. No. 2) Defendants moved to dismiss the Complaint on May 16, 2019. (Dkt. No. 51) Since then, Plaintiff has filed many motions for extensions of time to oppose Defendants' motion. (Dkt. Nos. 57, 59, 63, 67, 81, 85, 89) The Court has already granted some of these requests (Dkt. Nos. 58, 62, 73) and others remain pending (Dkt. Nos. 81, 85, 89). In his latest request, which was filed on November 14, 2019, Plaintiff asserts that he will require "at least two (2) weeks . . . to be able to file [his] opposition." (Dkt. No. 89) The Court grants Plaintiff's request to the extent that it will allow him to file any opposition by **December 4, 2019**. Plaintiff is advised that this deadline is <u>firm</u>. The Court will not entertain further extension requests, as Defendants' motion to dismiss has now been pending for more than six months.

      Defendants' reply to any opposition is due two weeks after any opposition appears on the docket.

The Clerk of Court is directed to terminate Dkt. Nos. 81, 85, 86, and 89, and to mail a copy of this Order to the pro se Plaintiff by certified mail.

Dated: New York, New York
      November 22, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge