UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, Plaintiff - against - Hugh J. Hurwitz, et al., Defendants | Case No.: 18-cv-10836-PGG-GWG |

MOTION FOR ACCESS TO NEW YORK STATE CASE LAW AND PROCEDURES

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby moves The Honorable Court pursuant to The First Amendment and The Seventh Amendment for an order requiring the instant defendants to provide him with access to New York State Case Law and rules and procedures pertinent to the instant case. Upon the filing of the plaintiff's opposition to the defendants' motion to dismiss, it is now clear that the plaintiff requires such access in order to litigate the instant case. Yet, the law library where the plaintiff is confined has no access to New York State case law, The New York State Constitution, and relevant procedures.

Respectfully mailed and filed pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), in an envelope bearing sufficient affixed pre-paid U.S. Priority Mail® postage and U.S. Postal Service tracking number 9114 9023 0722 4291 7452 31, handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team on Monday, November 18th, 2019, for mailing to The Court in her official capacity as an agent of the defendants,

by: _____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

- Page 1 of 2 -

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, certify that on Monday, November 18th, 2019, I mailed a copy of the foregoing document to counsel for the defendants in the above-captioned case pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988) by handing said copy in an envelope bearing sufficient affixed pre-paid first-class U.S. postage to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the defendants for mailing,

by: /s/ _____
Martin S. Gottesfeld, pro se