UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, Plaintiff - against - Hugh J. Hurwitz, et al., Defendants |
|---|

Case No.: 18-cv-10836-PGG-GWG

## MOTION TO COMPEL DELIVERY WITHOUT PUNISHMENT OF PLAINTIFF'S DOCUMENTS

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby moves The Honorable Court for an order requiring the instant defendants and their agents (herein also "opposing parties") to deliver to him without punishment to either him or any other person(s) copies of his hundreds of pages of contemporary notes made during the time of the events in controversy in the instant case. Next friend(s) of the plaintiff will mail such copies, thereby preserving the originals in case of loss, confiscation, or theft, to the plaintiff upon the issuance of The Court's order.

The plaintiff believes in good-faith based upon his experience with the instant defendants and their agents that absent such an order from The Honorable Court he would be deprived of access to these critical materials and that he and others might be extrajudicially punished by the defendants and their agents as a result of their attempted litigation of the instant case.

Respectfully mailed and filed pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), in an envelope bearing sufficient pre-paid U.S. Priority Mail® postage and U.S. Postal Service tracking number 9114 9023 0722 4291 7452 31, handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team on Monday, November 18th, 2019, for mailing to The Court

in her official capacity as an agent of the defendants,

by: /s/ _____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, certify that on Monday, November 18th, 2019, I mailed a copy of the foregoing document to counsel for the defendants in the above-captioned case pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988) by handing said copy in an envelope bearing sufficient affixed pre-paid first-class U.S. postage to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the defendants for mailing,

by: /s/ _____
Martin S. Gottesfeld, pro se