UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, Plaintiff - against - Hugh J. Hurwitz, et al., Defendants | Case No.: 18-cv-10836-PGG-GWG |

MOTION FOR AN EXTENSION OF TIME TO FILE NECESSARY EXHIBITS

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby moves The Honorable Court for an extension of time to complete the filing of necessary exhibits in support of his opposition to the defendants' motion to dismiss (D.E. 51-52) by the close of Court two (2) weeks from the day on which the instant motion and the plaintiff's aforementioned opposition appear on the public docket.

The plaintiff notes APPENDIX 1(II) of his opposition, listing the exhibits to be filed by next friends of the plaintiff.

In support of this motion, the plaintiff also herewith provides Exhibit 1 hereto; Declaration of Martin S. Gottesfeld; and the plaintiff requests pursuant to Fed. R. Evid. 201(c)(2) that The Honorable Court take mandatory judicial notice thereof.

Respectfully mailed on Monday, November 18th, 2019, and filed thereat in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), in an envelope bearing sufficient affixed pre-paid U.S. Priority Mail postage and U.S. Postal Service tracking number 9114 9023 0722 4291 7452 31, handed to Ms. J. Wheeler in her official capacity as a member of the FCI Terre Haute CMU unit team and agent of the defendants,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-27-19

by: _____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, certify that on Monday, November 18th, 2019, I mailed a copy of the foregoing document to counsel for the defendants in the above-captioned case pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by handing such copy in an envelope bearing sufficient affixed pre-paid first-class U.S. postage to Ms. J. Wheeler of the FCI Terre Haute CMU unit team acting in her official capacity as an agent of the defendants,

by: _____
Martin S. Gottesfeld, pro se

- Page 2 of 2 -