UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, Plaintiff - against - Hugh J. Hurwitz, et al., Defendants | Case No.: 18-cv-10836-PGG-GWG |



## MOTION TO ADD DEFENDANTS

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby moves The Honorable Court to add the following defendants to the instant case. The plaintiff also notes his memorandum in support of his opposition to the defendants' motion to dismiss.

• Former FBOP Director Thomas Kane and former Acting Director of The U.S. Marshals Service David Harlow as defendants to Constitutionally-implied-damages claims and claims under 42 U.S.C. § 1985(3), as well as New York State civil-rights law and The False Claims Act (FCA).

• New Acting FBOP Director Kathleen Hawk Sawyer as defendant to Administrative Procedures Act (ACA) claims and Constitutionally-implied-injunctive claims.

• The new acting director of The U.S. Marshals Service, if the identity of such person is known to The Court, or if not, John Doe #1, current acting director of The U.S. Marshals Service, as defendant to Administrative Procedures Act (ACA) claims and Constitutionally-implied-injunctive claims.

• Twenty (20) John Does as defendants to the FCA claims.

• Twenty (20) John Does as defendants to the Constitutionally-implied-damages and § 1985(3) claims, as well as the state civil-rights claims.

Respectfully mailed and filed pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988) on Monday, November 18th, 2019, in an envelope bearing sufficient affixed pre-paid U.S. Priority Mail® postage and U.S. Postal Service tracking number 9114 9023 0722 4291 7452 31, handed at the

next opportunity to Ms. J. Wheeler of the FCI Terre Haute CMU unit team, acting in her official capacity as an agent of the defendants,

by: /s/
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, certify that on Monday, November 18th, 2019, I mailed a copy of the foregoing document to counsel for the defendants in the above-captioned case pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988) by handing said copy in an envelope bearing sufficient affixed pre-paid first-class U.S. postage to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the defendants for mailing,

by: /s/
Martin S. Gottesfeld, pro se