UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, Plaintiff - against - Hugh J. Hurwitz, et al., Defendants |
|---|

Case No.: 18-cv-10836-PGG-GWG

NOTICE OF FILINGS

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby notifies The Honorable Court of his filing, pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), of the following items that were mailed to the Pro Se Clerk's office on Monday, November 18th, 2019, in an envelope bearing sufficient pre-paid U.S. Priority Mail® postage affixed and U.S. Postal Service tracking number 9114 9023 0722 4291 7452 31, handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team acting in her official capacity as an agent of the defendants:

- CLAIM FOR MANDATORY JUDICIAL NOTICE, BY AFFIDAVIT, F. R. EV. 201(c)(2);
- OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (D.E. 51-52);
- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (D.E. 51-52) THE COMPLAINT (D.E. 2);
- Exhibits one (1) through thirty (30) to MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (D.E. 51-52) THE COMPLAINT;
- MOTION FOR AN EXTENSION OF TIME TO FILE NECESSARY EXHIBITS;
- MOTION FOR SUFFICIENT TIME TO FILE FOR LEAVE TO FILE A SUR-REPLY REGARDING DEFENDANTS' MOTION TO DISMISS (D.E. 51);
- PLAINTIFF'S MOTION FOR AN ORDER REQUIRING DEFENDANTS TO SHOW CAUSE AS TO CONFORMITY WITH 5 U.S.C. §§ 517 AND 535(b), AND 28 C.F.R. §§ 50.15 AND 50.16;
- ~~MOTION TO PRODUCE~~ MSG-2019-11-18

- Page 1 of 3 -

- Letter (non-motion) to The Honorable Paul G. Gardephe (Monday, November 18th, 2019);

- <u>MOTION FOR ACCESS TO NEW YORK STATE CASE LAW AND PROCEDURES</u>;

- <u>MOTION TO ADD DEFENDANTS</u>;

- <u>MOTION TO COMPEL DELIVERY WITHOUT PUNISHMENT OF PLAINTIFF'S DOCUMENTS</u>;

and

- <u>RENEWED MOTION FOR AN EXTENSION TO FILE FOR RECONSIDERATION OF DOCKET ENTRY 66</u>.

The plaintiff herewith provides <u>Exhibit 1</u> hereto, proof of mailing of the above-enumerated filings, and <u>Exhibit 2</u> hereto, proof of service of the above-enumerated filings upon counsel for the defendants.

This notice was mailed and filed pursuant to <u>Houston v. Lack</u> on Monday, November 18th, 2019, in an envelope bearing sufficient affixed pre-paid first-class U.S. postage and U.S. Postal Service tracking number 9114 9023 0722 4291 7459 65, handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team at the next opportunity for mailing to The Pro Se Clerk's office in her official capacity as an agent of the defendants. Please see <u>Exhibit 3</u> hereto.

Respectfully submitted,

by: [signature]
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, certify that on Monday, November 18th, 2019, I mailed a copy of the foregoing document to counsel for the defendants in the above-captioned case pursuant to the prison-mailbox rule of <u>Houston v. Lack</u>, 487 U.S. 266 (1988) by handing said copy in an envelope bearing sufficient affixed pre-paid first-class U.S. postage to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the defendants for mailing,

by: _____
Martin S. Gottesfeld, pro se



Ex. i-g.i-t 1

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

USPS TRACKING #
9114 9023 0722 4291 7452 31

Monday, November 18th, 2019, Houston v. Lack, 487 U.S. 266 (1988)

⇔ 12982-104 ⇔
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

Priority Mail Flat-Rate



Exhibit 2 Service of Process Nov. 18 2019

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



USPS TRACKING #
9114 9023 0722 4291 7459 65

⇔12982-104⇔
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

Monday, November 18th, 2019, Houston v. Lack, 487 U.S. 266 (1988)

Rx ib #1 3

Correctional Institution
te, IN 47808

ED STATES
L SERVICE

PS TRACKING #

23 0722 4291 7459 65

<> 12982-104 <>
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

Monday, November 18th, 2019, Houston v. Lack, 487 U.S. 266 (1988)

USM P3
SDNY