5.04            Justification: Self-Defense, Duress, Necessity

[Updated: 11/25/15]

If you find that the government has proven beyond a reasonable doubt all the elements of the crime, you must then determine whether [defendant] has proven by a preponderance of the evidence that [he/she] committed the crime only because of justification. For you to find [defendant] not guilty only because of justification, you must be persuaded that [defendant] has proven each of these things by a preponderance of the evidence:

> First, [defendant] acted under an immediate threat of serious bodily injury or death;

> Second, [defendant] had a well-grounded belief that the threat will be carried out;

> Third, [defendant] had no reasonable opportunity to escape, or otherwise frustrate the threat.

"Preponderance of the evidence" is evidence that considered in light of all the facts, leads you to believe that what [he/she] claims is more likely true than not.

## Comment

(1)      The United States Supreme Court has stated that "[t]here is no federal statute defining the elements of the duress defense," and that "[w]e have not specified the elements of the defense." Dixon v. United States, 548 U.S. 1, 5 n.2 (2006). In Dixon, the Court used a four-element test applied by the district court, but stated that it merely "presume[d] the accuracy of the District Court's description of these elements." Id. The four-element test provides:

> First, [defendant] acted under an unlawful and immediate threat that would provoke a well-grounded apprehension of serious bodily injury or death;
> Second, [defendant] did not recklessly [or negligently] place [himself/herself] in such a situation;
> Third, [defendant] had no reasonable, legal alternative, that is, no chance both to refuse to perform the criminal act and to avoid the threatened harm; and
> Fourth, [defendant] committed the crime only because of the threat.

Dixon, 548 U.S. at 5 n.2. In a felon-in-possession case, the First Circuit "adopt[ed] the four-part framework for justification discussed by the Supreme Court in Dixon," United States v. Leahy, 473 F.3d 401, 409 (1st Cir. 2007), and applied it as a generic "justification" defense, stating that self-defense, duress, and necessity all fit "under a single, unitary rubric: justification." Id. at 406. Leahy did not say that its unitary rubric and four-element test were limited to felon-in-possession cases. It did state that "although we believe it is useful to speak of a single justification defense, we caution that different factual scenarios may require variations in the phrasing of the four-factor

275

test. . . . Those nuances remain to be developed in future cases." Id. at 409. Soon thereafter, in a drug distribution case, the First Circuit reverted to its previous three-factor test for duress without any reference to Leahy, a unitary justification defense, or a four-element test. See United States v. Bravo, 489 F.3d 1, 10 (1st Cir. 2007). More recently, the First Circuit has again used the three-part test in United States v. Lebreault-Feliz, 807 F.3d 1, 3-4 (1st Cir. 2015) (duress three-factor test); United States v. Navedo-Ramirez, 781 F.3d 563, 569 (1st Cir. 2015), and United States v. González-Pérez, 778 F.3d 3, 13 (1st Cir. 2015) (citing United States v. Díaz-Castro, 752 F.3d 101 (1st Cir. 2014) (applying the three-element test to the defendant's duress defense); United States v. Arthurs, 73 F.3d 444, 448 (1st Cir. 1996) (listing the three-element test for the duress defense). It seems that the First Circuit is more comfortable with the three-element test for the duress defense.

(2)        In assessing whether a defendant has established sufficient grounds to mount a duress defense, courts do not examine the defendant's subjective perceptions about whether the threat was likely to be acted upon or whether escape was possible. Rather, as suggested by our use of the qualifiers "well-grounded" and "reasonable" in describing the elements of the defense, the inquiry hypothesizes a defendant of ordinary firmness and judgment and asks what such a defendant was likely to have experienced or how such a defendant was likely to have acted.

United States v. Castro-Gomez, 360 F.3d 216, 219 (1st Cir. 2004) (citation omitted); accord United States v. Vázquez, 724 F.3d 15, 28 (1st Cir. 2013). Dixon, however, uses only the adjective "well-grounded." 548 U.S. at 5 n.2.

(3)    In Dixon, the Court held squarely that the burden of proof in a duress defense rests upon the defendant, and the standard is proof by a preponderance. 548 U.S. at 17. The First Circuit recognizes the availability of a justification defense in a federal felon-in-possession case, and assigns the burden of proof to the defendant. Leahy, 473 F.3d at 409. There may be a narrow exception where the duress affects the *mens rea* for the crime. See id. (burden of proof holding is limited to justification defenses that "do not go to the elements of the [crime]"). In Dixon, however, the *mens rea* was knowledge of falsity or knowledge of law-breaking, and the Court held that perceived duress did not negate that required state of mind. 548 U.S. at 6.

(4)    "A necessity instruction is appropriate only where there is evidence sufficient to create a triable issue that a defendant 'had no legal alternative but to violate the law.'" United States v. Holliday, 457 F.3d 121, 128 (1st Cir. 2006) (quoting United States v. Ayala, 289 F.3d 16, 26 (1st Cir. 2002)).

(5)    Before the justification defense can go to the jury, the court must determine that the defendant has met the "entry-level burden" of producing enough evidence to support the defense's elements. United States v. Lebreault-Feliz, 807 F.3d 1, 4 (1st Cir. 2015) (necessity); Ayala, 289 F.3d at 26 (necessity); United States v. Maxwell, 254 F.3d 21, 26 (1st Cir. 2001) (same); see also United States v. Sued-Jiménez, 275 F.3d 1, 6 (1st Cir. 2001); United States v. Arthurs, 73 F.3d 444, 448 (1st Cir. 1996); United States v. Amparo, 961 F.2d 288, 291 (1st Cir. 1992). The entry-level burden is a burden of production, not persuasion. United States v. Bailey, 444 U.S. 394, 415 (1980); cf. Amparo, 961 F.2d at 291 (describing the burden of production necessary to support the defense of duress).

276

Exhibit 7

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: U.S. DOJ<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-001 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)<br>Martin S. Gottesfeld<br>Reg. No.: 12982-104<br>Federal Correctional Institution<br>P.O. Box 33, Terre Haute, IN 47808 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>□ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH<br>03/05/1984 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>July 2014 - ongoing | 7. TIME (A.M. OR P.M.)<br>Unknown |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)   **See attached statement of facts**

9.  **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

10.  **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

11.  **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse.)  **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY<br>$50,000,000,000 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$50,000,000,000 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form<br>Not Applicable | 14. DATE OF SIGNATURE<br>08/24/2019 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM<br>The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS<br>Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-109                    NSN 7540-00-634-4046                    STANDARD FORM 95<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

Statement of Facts:

1. This statement of facts is being made by Mr. Martin S. Gottesfeld, federal registration number 12982-104, pursuant to 18 U.S.C. §2712(b)(1) for a violation(s) of 18 U.S.C. §§ 2501 et seq. and 2701 et seq, hereafter the "wrongful act(s)."

2. The wrongful act(s) became known to Mr. Gottesfeld less than two (2) years ago in 2017 through discovery in the case of United States v. Gottesfeld Gottesfeld (D. Mass. 16-cr-10305) and there was no prior way for Mr. Gottesfeld to have otherwise discovered the wrongful act(s) through reasonable diligence due to measures taken by agents of the United States to hide the wrongful act(s) from Mr. Gottesfeld.

3. Mr. Gottesfeld is not the only victim of the wrongful act(s) and Mrs. Dana E. Gottesfeld is at least one (1) other such victim.

4. There was likewise no prior way for other victims including Mrs. Dana E. Gottesfeld to have discovered the wrongful act(s) through reasonable diligence due to measures taken by agents of the United States to hide the wrongful acts from all the victims, including Mrs. Gottesfeld.

5. Beginning in approximately July 2014, FBI Special Agent Michael W. Tunick, then of the Boston FBI Cybercrime Squad, knowingly and with malicious intent, accompanied by then--Assistant-U.S.-Attorney Adam J. Bookbinder and Assistant-U.S.-Attorney David J. D'Addio, each acting either negligently in their duties as officers of the court or with knowing and malicious intent, did violate 18 U.S.C. §3121(c) by misleading U.S. Magistrate Judge Jennifer Boal through obfuscatory technical jargon and outright falsehood into issuing a pen-register/tap-and-trace order purporting to authorize them, as agents of the United States, to intercept the contents of Internet communications without a warrant at Mr. Gottesfeld's home, located at 28 Albion St., Apt 1, Somerville, MA 02143.

6. By defrauding the court, Special Agent Tunick and AUSAs Bookbinder and D'Addio, then intercepted without a warrant the TCP and UDP port numbers of all Internet communications over Mr. Gottesfeld's home Internet connection for a months-long period ending in 2014 (or so these agents say).

7. TCP and UDP port numbers clearly and irrefutably are contents as defined by the relevant statute, 18 U.S.C. §2510(8).

8. Anyone with the technical skills and experience that Special Agent Tunick purported himself to have in his application to Magistrate Boal would know that TCP and UDP port numbers clearly and irrefutably qualify as contents under 18 U.S.C. §2510(8).

9. The wrongful act(s) were the proximate cause of a later unlawful search of Mr. Gottesfeld's home at 28 Albion St., Apt. 1, Somerville, MA 02143, and the seizure of thousands of dollars of Mr. Gottesfeld's equipment.

10. The wrongful act(s) were also the proximate cause of great emotional damage to Mr. and Mrs. Gottesfeld, ultimately leading to their flight at great risk, great financial cost, and great reputational harm, as well as loss of liberty, away from the perpetraitors of these and other wrongful acts.

11. The wrongful act(s) proximately caused the unlawful and immoral prosecution of Mr. Gottesfeld, and in turn, his continuing loss of liberty, familial and marital consortium, income, business opportunities, public and professional stature, physical and mental health, and other damages. The wrongful

wrongful acts also proximately caused Mr. and Mrs. Gottesfeld to suffer reputational harm and financial harm in unsuccessful attempts at mitigation.

12. At every stage, Special Agent Tunick and AUSAs Bookbinder and D'Addio conspired with themselves and other agents to deny Mr. Gottesfeld any and all relief to which he was entitled under the laws of the United States, and these concerted and willful efforts caused Mr. Gottesfeld to suffer further financial, reputational, Constitutional, physical, and mental harms.

13. The wrongful act(s) further caused Mr. Gottesfeld to lose his freedom of association and deprived him of his freedom of speech, freedom of the press, freedom from unreasonable searches and seizures, his right to Due Process, to the counsel of his choice, and his freedom from cruel and unusual punishment.

14. Mr. Gottesfeld calculates his total loss to a sum certain of fifty (50) billion dollars, i.e. $50,000,000,000.

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?   ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

Not Applicable

| 16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No | 17. If deductible, state amount. |
|---|---|
| Not Applicable | Not Applicable |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?  (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Not Applicable

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:*  The information requested is to be used in evaluating claims.
C.  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C.  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

SF 95   BACK

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



UNITED STATES
POSTAL SERVICE ®

USPS TRACKING #

9114 9023 0722 4293 0882 82

Label 400 Jan. 2013
7690-16-000-9948

Saturday, August 24th, 2019, <u>Houston v. Lack, 487 U.S. 266 (1988)</u>

Saturday Aug. 24th, 2019
Awaiting mailing label for
U.S. AG's office

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:  FBI<br><br>J. Edgar Hoover FBI Building<br>935 Pennsylvania Ave NW<br>Washington, D.C. 20535 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) Martin S. Gottesfeld<br>Reg. No.: 12982-104<br>Federal Correctional Institution<br>P.O. Box 33, Terre Haute, IN 47808 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>□ MILITARY  □ CIVILIAN | 4. DATE OF BIRTH<br>03/05/1984 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>July 2014 – ongoing | 7. TIME (A.M. OR P.M.)<br>Unknown |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)   **See attached statement of facts**

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|  |  |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY<br>$50,000,000,000 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$50,000,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form<br>Not Applicable | 14. DATE OF SIGNATURE<br>08/24/2019 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

95-109                                     NSN 7540-00-634-4046

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Statement of Facts:

1. This statement of facts is being made by Mr. Martin S. Gottesfeld, federal registration number 12982-104, pursuant to 18 U.S.C. §2712(b)(1) for a violation(s) of 18 U.S.C. §§ 2501 et seq. and 2701 et seq, hereafter the "wrongful act(s)."

2. The wrongful act(s) became known to Mr. Gottesfeld less than two (2) years ago in 2017 through discovery in the case of United States v. Gottesfeld (D. Mass. 16-cr-10305) and there was no prior way for Mr. Gottesfeld to have otherwise discovered the wrongful act(s) through reasonable diligence due to measures taken by agents of the United States to hide the wrongful act(s) from Mr. Gottesfeld.

3. Mr. Gottesfeld is not the only victim of the wrongful act(s) and Mrs. Dana E. Gottesfeld is at least one (1) other such victim.

4. There was likewise no prior way for other victims including Mrs. Dana E. Gottesfeld to have discovered the wrongful act(s) through reasonable diligence due to measures taken by agents of the United States to hide the wrongful acts from all the victims, including Mrs. Gottesfeld.

5. Beginning in approximately July 2014, FBI Special Agent Michael W. Tunick, then of the Boston FBI Cybercrime Squad, knowingly and with malicious intent, accompanied by then--Assistant-U.S.-Attorney Adam J. Bookbinder and Assistant-U.S.-Attorney David J. D'Addio, each acting either negligently in their duties as officers of the court or with knowing and malicious intent, did violate 18 U.S.C. §3121(c) by misleading U.S. Magistrate Judge Jennifer Boal through obfuscatory technical jargon and outright falsehood into issuing a pen-register/tap-and-trace order purporting to authorize them, as agents of the United States, to intercept the contents of Internet communications without a warrant at Mr. Gottesfeld's home, located at 28 Albion St., Apt 1, Somerville, MA 02143.

6. By defrauding the court, Special Agent Tunick and AUSAs Bookbinder and D'Addio, then intercepted without a warrant the TCP and UDP port numbers of all Internet communications over Mr. Gottesfeld's home Internet connection for a months-long period ending in 2014 (or so these agents say).

7. TCP and UDP port numbers clearly and irrefutably are contents as defined by the relevant statute, 18 U.S.C. §2510(8).

8. Anyone with the technical skills and experience that Special Agent Tunick purported himself to have in his application to Magistrate Boal would know that TCP and UDP port numbers clearly and irrefutably qualify as contents under 18 U.S.C. §2510(8).

9. The wrongful act(s) were the proximate cause of a later unlawful search of Mr. Gottesfeld's home at 28 Albion St., Apt. 1, Somerville, MA 02143, and the seizure of thousands of dollars of Mr. Gottesfeld's equipment.

10. The wrongful act(s) were also the proximate cause of great emotional damage to Mr. and Mrs. Gottesfeld, ultimately leading to their flight at great risk, great financial cost, and great reputational harm, as well as loss of liberty, away from the perpetraitors of these and other wrongful acts.

11. The wrongful act(s) proximately caused the unlawful and immoral prosecution of Mr. Gottesfeld, and in turn, his continuing loss of liberty, familial and marital consortium, income, business opportunities, public and professional stature, physical and mental health, and other damages. The wrongful

wrongful acts also proximately caused Mr. and Mrs. Gottesfeld to suffer reputational harm and financial harm in unsuccessful attempts at mitigation.

12. At every stage, Special Agent Tunick and AUSAs Bookbinder and D'Addio conspired with themselves and other agents to deny Mr. Gottesfeld any and all relief to which he was entitled under the laws of the United States, and these concerted and willful efforts caused Mr. Gottesfeld to suffer further financial, reputational, Constitutional, physical, and mental harms.

13. The wrongful act(s) further caused Mr. Gottesfeld to lose his freedom of association and deprived him of his freedom of speech, freedom of the press, freedom from unreasonable searches and seizures, his right to Due Process, to the counsel of his choice, and his freedom from cruel and unusual punishment.

14. Mr. Gottesfeld calculates his total loss to a sum certain of fifty (50) billion dollars, i.e. $50,000,000,000.

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

Not Applicable

**16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes   ☐ No   **17. If deductible, state amount.**

Not Applicable   Not Applicable

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts.)

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Not Applicable

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

Martin S. Gottesfeld
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



USPS TRACKING #

9114 9023 0722 4293 0882 68



Saturday, August 24th, 2019, <u>Houston v. Lack, 487 U.S. 266 (1988)</u>

Saturday, Aug. 24th, 2019
Awaiting mailing label for
FBI HQ

To: CMU Unit Team
From: Martin S. Gottesfeld (Reg. No.: 12982-104)
Date: Tuesday, September 10th, 2019
Subject: U.S. Postal Service tracking information?

Salutations Unit Team,

    I hope you are well.

    May I please get the latest available U.S. Postal Service tracking information for the following tracking numbers?

    9114 9023 0722 4293 0879 95 (SASE to PCCF) *says label not created*

    9114 9023 0722 4293 0882 68 (If delivered, may I please get a print out for my records?)

    9114 9023 0722 4293 0882 82 (If delivered, may I please get a print out for my records?)

    9114 9023 0722 4293 0880 39 *delivered also*

    9114 9023 0722 4293 0880 77 *delivered also*

    Thanks,

Martin S. Gottesfeld

- Page 1 of 1 -

# USPS Tracking®    FAQs    (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 9114902307224293088282    Remove

Your item was delivered at 5:49 am on September 6, 2019 in WASHINGTON, DC 20530.

## Delivered

September 6, 2019 at 5:49 am
Delivered
WASHINGTON, DC 20530

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

---

**Product Information**

---

### See Less

---

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking® FAQs    (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package ✚

**Tracking Number:** 9114902307224293088268

Remove

Your item was delivered at 6:02 am on September 9, 2019 in WASHINGTON, DC 20535.

## Delivered

September 9, 2019 at 6:02 am
Delivered
WASHINGTON, DC 20535

**Get Updates**

Feedback

**Text & Email Updates**

**Tracking History**

**Product Information**

### See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

_____

Post Office Box 888
Benjamin Franklin Station
Washington, D.C.  20044

GKJ:HLSwann:hls
157-16-NEW

September 18, 2019

Mr. Martin S. Gottesfeld
Reg. No. 12982-104
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN   47808

Re:  <u>Administrative Tort Claim of Martin S. Gottesfeld</u>

Dear Mr. Gottesfeld:

This is in response to your administrative tort claim dated August 24, 2019, which you submitted to the Department of Justice (Department).   The Department received the claim on September 6, 2019.   The Department will be handling your claim as lead agency pursuant to 28 C.F.R. § 14.2(b).   All future correspondence concerning this claim should be directed to the Department at the address above.   We will contact you if further information is needed.

Very truly yours,

HOPE L. SWANN
Paralegal Specialist
Civil Division, Torts Branch

Exhibit 8

2017 Edition

# Federal-State Court Directory

Federal Judges • Clerks of Court • Court Librarians
Probation Officers • Federal Prosecutors
Federal Public Defenders • Court Enforcement

Leadership Directories

**2017 Edition**

# Federal-State Court Directory

**Federal Judges • Clerks of Court • Court Librarians
Probation Officers • Federal Prosecutors
Federal Public Defenders • Court Enforcement**

LEADERSHIP DIRECTORIES, INC.

www.leadershipdirectories.com
info@leadershipdirectories.com

New York Office
1407 Broadway, Suite 318
New York, NY 10018
(212) 627-4140
Fax (212) 645-0931

Washington, DC Office
1667 K Street, NW, Suite 801
Washington, DC 20006
(202) 347-7757
Fax (202) 628-3430

## U.S. District Courts

69

United States District Court for the District of Massachusetts

### United States Bankruptcy Court for the District of Maryland (continued)

[Bankruptcy] Judge Wendelin I. Lipp ............... (301) 344-3377
Begin Service: 2000
6500 Cherrywood Lane, Room 365,
Greenbelt, MD 20770
[Bankruptcy] Judge Robert A. Gordon .............. (410) 962-4162
Begin Service: June 2006
[Bankruptcy] Judge David E. Rice .................. (410) 962-4211
Begin Service: April 1, 2011
[Bankruptcy] Judge (recalled) E. Stephen Derby Room .......... (410) 962-7801
[Bankruptcy] Judge (recalled) Duncan W. Keir ...... (410) 962-3555
Begin Service: December 9, 1987
Begin Service: 2012

### Court Staff
Clerk Mark A. Neal ................................. (410) 962-2688

### U.S. Attorney
**Maryland District**
36 South Charles Street, 4th Floor, Baltimore, MD 21201
Tel: (410) 209-4800   Fax: (410) 962-3124

U.S. Attorney Rod J. Rosenstein ................... (410) 209-4800
E-mail: rod.rosenstein@usdoj.gov

### Federal Public Defender
**Office of the Federal Public Defender for the District of Maryland**
Nasons Bank Center Tower II, 100 South Charles Street, Ninth Floor,
Baltimore, MD 21201-2601
Capital Office Park 4, 6411 Ivy Lane, Room 710, Greenbelt, MD 20770
Tel: (410) 962-3962 (Baltimore)   Fax: (410) 962-0872 (Baltimore)
Tel: (301) 344-0600 (Greenbelt)   Fax: (301) 344-0019 (Greenbelt)

Federal Public Defender James "Jim" Wyda ......... (410) 962-3962
E-mail: jim_wyda@fd.org

## United States District Court for the District of Massachusetts

John Moakley U.S. Courthouse, One Courthouse Way,
Suite 2300, Boston, MA 02210
Tel: (617) 748-9152   Fax: (617) 748-9096
Internet: www.mad.uscourts.gov

**Number of Judgeships: 13**
**Number of Vacancies: 1**
**Circuit: First**

### Judges
Chief Judge Patti B. Saris Suite 8110 ............. (617) 748-4141
Begin Service: November 24, 1993
Appointed By: President William J. Clinton
E-mail: honorable_patti_saris@mad.uscourts.gov
District Judge William G. Young Suite 5710 ........ (617) 748-9138
Begin Service:
Appointed By: President Ronald Reagan
E-mail: william_young@mad.uscourts.gov
District Judge Nathaniel M. Gorton Suite 3110 ..... (617) 748-9247
Begin Service: October 22, 1992
Appointed By: President George H.W. Bush
E-mail: honorable_nathaniel_
gorton@mad.uscourts.gov
District Judge Richard G. Stearns Suite 3110 ...... (617) 748-9283
Begin Service: January 5, 1994
Appointed By: President William J. Clinton
E-mail: honorable_richard_
stearns@mad.uscourts.gov

### United States District Court for the District of Massachusetts (continued)

District Judge George A. O'Toole, Jr. Suite 4730 ... (617) 748-9618
Begin Service: July 10, 1995
Appointed By: President William J. Clinton
E-mail: george_otoole@mad.uscourts.gov
District Judge F. Dennis Saylor IV ................ (617) 748-9212
Begin Service: June 15, 2004
Appointed By: President George W. Bush
E-mail: dennis_saylor@mad.uscourts.gov
District Judge Denise J. Casper ................... (617) 748-4829
Begin Service: January 11, 2011
Appointed By: President Barack Obama
E-mail: denise_casper@mad.uscourts.gov
District Judge Timothy S. Hillman ................. (508) 929-9904
Begin Service: 2012
Appointed By: President Barack Obama
E-mail: honorable_timothy_
hillman@mad.uscourts.gov
District Judge Indira Talwani ..................... (617) 748-9152
Begin Service: May 12, 2014
Appointed By: President Barack Obama
E-mail: indira_talwani@mad.uscourts.gov
District Judge Mark G. Mastroianni ............... (413) 785-6804
Begin Service: June 1, 2014
Appointed By: President Barack Obama
District Judge Leo T. Sorokin .................... (617) 748-4231
Begin Service: 2014
Appointed By: President Barack Obama
District Judge Allison Dale Burroughs ............. (617) 748-4232
Begin Service: January 7, 2015
Appointed By: President Barack Obama
Senior Judge Michael A. Ponsor ................... (413) 785-6824
Begin Service: 1994
Appointed By: President William J. Clinton
E-mail: michael_ponsor@mad.uscourts.gov
Senior Judge Mark L. Wolf ........................ (617) 748-9272
Begin Service: 1985
Appointed By: President Ronald Reagan
E-mail: mark_wolf@mad.uscourts.gov
Senior Judge Joseph L. Tauro ..................... (617) 748-9288
Begin Service: 1972
Appointed By: President Richard M. Nixon
Senior Judge Rya W. Zobel ........................ (617) 748-9144
Begin Service: 1979
Appointed By: President Jimmy Carter
John Joseph Moakley U.S. Courthouse,
One Courthouse Way, Suite 6110,
Boston, MA 02210-3002
E-mail: rya_zobel@mad.uscourts.gov
Chief Magistrate Judge Douglas P. Woodlock Suite 4110 ... (617) 748-9293
Begin Service: 1986
Appointed By: President Ronald Reagan
E-mail: honorable_douglas_
woodlock@mad.uscourts.gov
Chief Magistrate Judge Jennifer C. Boal .......... (617) 748-9238
Begin Service: 2010
E-mail: jennifer_boal@mad.uscourts.gov
Magistrate Judge Marianne Bowler Suite 8420 ...... (617) 748-9219
Begin Service: May 7, 1990
Appointed By:
E-mail: honorable_Marianne_
Bowler@mad.uscourts.gov
Magistrate Judge Kenneth P. Neiman ............... (413) 785-6818
Begin Service: January 5, 1995
U.S. Courthouse, 300 State Street, Suite 252,
Springfield, MA 01105
Magistrate Judge Judith Gail Dein Room 6420 ...... (617) 748-4736
Begin Service: July 2000
E-mail: judith_dein@mad.uscourts.gov
Magistrate Judge David H. Hennessey .............. (508) 929-9905
Magistrate Judge M. Page Kelley ................... (617) 748-9193
Magistrate Judge Katherine A. "Katy" Robertson ... (413) 785-6802
Magistrate Judge Donald L. Cabell ................ (617) 748-9233
Magistrate Judge (recalled) Jerome J. Niedermeier ... (617) 748-9155
Begin Service: 2010

(continued on next page)

PROPERTY OF FCC TERRE HAUTE
LAW LIBRARY

**United States District Court for the District of Massachusetts** *continued*

Magistrate Judge (recalled) Robert B. Collings . . . . . . . . (617) 748-9229
Began Service: 1982
John Joseph Moakley U.S. Courthouse,
One Courthouse Way, Suite 7420,
Boston, MA 02210-3008

**Court Staff**
Clerk of Court Robert M. Farrell . . . . . . . . . . . . . . . . . . (617) 748-9165
Chief Probation/Pretrial Officer Christopher Maloney . . . (617) 748-4200

**United States Bankruptcy Court for the District of Massachusetts**

John W. McCormack Post Office and Courthouse, 5 Post Office Square,
Suite 1150, Boston, MA 02109-3945
Tel: (617) 748-5300  Tel: (617) 748-5330 (PACER)
Tel: (617) 748-5311 (PACER)  Tel: (888) 201-3571 (Toll Free PACER)
Tel: (888) 201-3572 (Toll Free Voice Case Information System VCIS)
Tel: (508) 770-8900 (Worcester Divisional Office)
Fax: (508) 793-0189 (Worcester Divisional Office Intake Fax)
Internet: www.mab.uscourts.gov

**Number of Judgeships: 5**

**Judges**
Chief Bankruptcy Judge Melvin S. Hoffman . . . . . . . . . . (617) 748-5300
Bankruptcy Judge Frank J. Bailey . . . . . . . . . . . . . . . . . (617) 748-5300
Began Service: 2010
Bankruptcy Judge Joan N. Feeney . . . . . . . . . . . . . . . . . (617) 748-6631
Began Service: 1992
Bankruptcy Judge Christopher J. Panos . . . . . . . . . . . . . (508) 770-8927
Began Service: 2016

**Court Staff**
Bankruptcy Clerk James M. Lynch . . . . . . . . . . . . . . . . . (617) 748-5300
E-mail: james_lynch@mab.uscourts.gov

**U.S. Attorney**

**Massachusetts District**
John Joseph Moakley U.S. Courthouse, One Courthouse Way,
Suite 9200, Boston, MA 02210
Tel: (617) 748-3100  Fax: (617) 748-3953

U.S. Attorney Carmen Milagros Ortiz . . . . . . . . . . . . . . . (617) 748-3100
E-mail: carmen.ortiz@usdoj.gov

**Federal Public Defender**

**Federal Public Defender Office - District of Massachusetts, New Hampshire and Rhode Island**
51 Sleeper Street, 5th Floor, Boston, MA 02210
The Rhode Island FBI Building, 22 Bridge Street, Third Floor,
Concord, NH 03301-4922
100 Westport Street, Third Floor, Providence, RI 02903
Tel: (617) 223-8061 (Boston)  Tel: (603) 226-7360 (Concord)
Tel: (401) 528-4281 (Providence)  Fax: (617) 223-8080 (Boston)
Fax: (603) 226-7358 (Concord)  Fax: (401) 528-4284 (Providence)

Federal Public Defender Miriam Conrad . . . . . . . . . . . . . (617) 223-8061
E-mail: miriam.conrad@fd.org

---

**United States District Court for the Eastern District of Michigan**

Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard,
Detroit, MI 48226
Tel: (313) 234-5000  Tel: (313) 226-7249 (PACER)
Tel: (313) 961-4934 (PACER)  Fax: (313) 234-5395
Internet: www.mied.uscourts.gov

**Number of Judgeships: 15**

Circuit: Sixth

**Areas Covered:** Counties of Alcona, Alpena, Arenac, Bay, Cheboygan,
Clare, Crawford, Genesee, Gladwin, Gratiot, Huron, Iosco, Isabella,
Jackson, Lapeer, Lenawee, Livingston, Macomb, Midland, Monroe,
Montmorency, Oakland, Ogemaw, Oscoda, Otsego, Presque Isle,
Roscommon, Saginaw, Sanilac, Shiawassee, St. Clair, Tuscola, Washtenaw
and Wayne

**Judges**
Chief Judge Denise Page Hood Room 251 . . . . . . . . . . . . (313) 234-5145
Began Service: June 11, 1994
Appointed By: President William J. Clinton
District Judge Gerald E. Rosen Room 707 . . . . . . . . . . . . (313) 234-5165
Began Service: 1990
Appointed By: President George H.W. Bush
E-mail: gerald_rosen@mied.uscourts.gov
District Judge Victoria A. Roberts Room 123 . . . . . . . . . . (313) 234-5230
Began Service: August 11, 1998
Appointed By: President William J. Clinton
E-mail: Victoria_Roberts@mied.uscourts.gov
District Judge Paul D. Borman Room 740 . . . . . . . . . . . . (313) 234-5120
Began Service: September 2, 1994
Appointed By: President William J. Clinton
E-mail: paul_borman@mied.uscourts.gov
District Judge David M. Lawson Room 802 . . . . . . . . . . . (313) 234-5100
Began Service: August 4, 2000
Appointed By: President William J. Clinton
E-mail: David_Lawson@mied.uscourts.gov
District Judge Sean F. Cox Room 237 . . . . . . . . . . . . . . . (313) 234-5255
Began Service: June 2006
Appointed By: President George W. Bush
E-mail: sean_cox@mied.uscourts.gov
District Judge Thomas L. Ludington . . . . . . . . . . . . . . . . (989) 894-8720
Began Service: June 30, 2006
Appointed By: President George W. Bush
E-mail: thomas_ludington@mied.uscourts.gov
District Judge Stephen Joseph Murphy III Room 235 . . . (313) 234-5181
Began Service: July 2, 2008
Appointed By: President George W. Bush
District Judge Mark A. Goldsmith . . . . . . . . . . . . . . . . . Tel: (313) 243-3456
Began Service: June 21, 2010
Appointed By: President Barack Obama
E-mail: mark_goldsmith@mied.uscourts.gov
District Judge Gershwin A. Drain Room 123 . . . . . . . . . . (313) 234-5215
Began Service: September 29, 2012
Appointed By: President Barack Obama
E-mail: gershwin_drain@mied.uscourts.gov
District Judge Terrence G. Berg . . . . . . . . . . . . . . . . . . . (810) 341-7840
Began Service: December 7, 2012
Appointed By: President Barack Obama
District Judge Judith Ellen Levy . . . . . . . . . . . . . . . . . . . (734) 887-2510
Began Service: March 14, 2014
Appointed By: President Barack Obama
200 East Liberty Street, Suite 300,
Ann Arbor, MI 48104
E-mail: Judith_Levy@mied.uscourts.gov
District Judge Laurie J. Michelson 646 . . . . . . . . . . . . . . (313) 234-5490
Began Service: March 14, 2014
Appointed By: President Barack Obama
E-mail: laurie_michelson@mied.uscourts.gov
District Judge Matthew Frederick Leitman Room
1013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (313) 234-5999
Began Service: March 14, 2014
Appointed By: President Barack Obama
E-mail: matthew_leitman@mied.uscourts.gov

© Leadership Directories, Inc.

## Left Page (86)

### United States District Court for the Northern District of New York
*continued*

Senior Judge Thomas J. McAvoy .................. (607) 773-2892
Begin Service: 1986
Appointed By: President Ronald Reagan
U.S. Courthouse, 15 Henry Street, Room 306,
Binghamton, NY 13901
E-mail: thomas_mcavoy@nynd.uscourts.gov

Senior Judge Frederick J. Scullin, Jr. .......... (315) 234-8560
Begin Service: March 13, 1990
Appointed By: President George H.W. Bush
Tel: (315) 448-0072   Fax: (315) 448-0069

Senior Judge Gary L. Sharpe .................... (518) 257-1830
Begin Service: 1996
Appointed By: President William J. Clinton
E-mail: lawrence_kahn@nynd.uscourts.gov

Senior Judge Norman A. Mordue ................ (315) 234-8270
Begin Service: 1998
Appointed By: President William J. Clinton

Magistrate Judge David E. Peebles .............. (315) 234-8620
Begin Service: January 2004
Appointed By: President George W. Bush

Magistrate Judge Gary L. Favro ................. (315) 234-8620
Begin Service: 2014

Magistrate Judge Daniel J. Stewart ............. (518) 257-1843
Begin Service: 2015

Magistrate Judge Andrew T. Baxter ............ (315) 234-8600
Begin Service: 2010

Magistrate Judge Christian F. Hummel .......... (518) 257-1850
Begin Service: 2015

Magistrate Judge Thérèse Wiley Dancks ........ (315) 234-8590
Begin Service: 2014

#### Court Staff
Clerk of Court Lawrence K. Baerman ............ (315) 234-8516
Chief Probation Officer Matthew L. Brown

### United States Bankruptcy Court for the Northern District of New York

James T. Tancredi

#### Judges
Chief Bankruptcy Judge Margaret Cangilos-Ruiz ... (315) 295-1683
Begin Service: February 2003

Bankruptcy Judge Diane Davis .................. (315) 793-8111
Begin Service: March 6, 2009

#### Judges
Chief Bankruptcy Judge Robert E. Littlefield, Jr. ... (518) 257-1661
Begin Service: 2009

#### Number of Judgeships: 3

### U.S. Attorney

#### New York - Northern District
Grant C. Jaquith
Begin Service: 1986
Appointed By: President Ronald Reagan
U.S. Courthouse, 14 Durkee Building, 100 South Clinton Street,
Room 900, Syracuse, NY 13261-7198
P.O. Box 7198, Syracuse, NY 13261-7198
Tel: (315) 448-0672   Fax: (315) 448-0689

### Federal Public Defender

#### Office of the Federal Public Defender Northern District of New York
Lisa Peebles
Clinton Exchange Building, 4 Clinton Square Building, Third Floor,
Syracuse, NY 13202
39 North Pearl Street, Fifth Floor, Syracuse, NY 13202
Tel: (315) 701-0080 (Syracuse)   Tel: (518) 436-1850
Fax: (315) 701-0081 (Syracuse)   Fax: (518) 436-1780 (Albany)

Federal Public Defender Lisa Peebles ........... (315) 701-0080

### United States District Court for the Southern District of New York

#### Circuit: Second
Areas Covered: Counties of Bronx, Dutchess, New York, Orange,
Putnam, Rockland, Sullivan and Westchester

Daniel Patrick Moynihan U.S. Courthouse, 40 Foley Square,
New York, NY 10007
500 Pearl Street, Room 2230,
Internet: www.nysd.uscourts.gov

#### Number of Judgeships: 28
#### Number of Vacancies: 1

#### Judges
District Judge Loretta A. Preska ............... (212) 805-0240
Begin Service: August 2, 1992
Appointed By: President George H.W. Bush
500 Pearl Street, Room 2220,
New York, NY 10007

District Judge John G. Koeltl ................. (212) 805-0222
Begin Service: April 17, 2000
Appointed By: President William J. Clinton
Daniel Patrick Moynihan U.S. Courthouse,
500 Pearl Street, Room 1030,
New York, NY 10007

District Judge Colleen McMahon .............. (212) 805-6325
Begin Service: October 26, 1998
Appointed By: President William J. Clinton
E-mail: colleen_mcmahon@nysd.uscourts.gov

District Judge Laura Taylor Swain ............ (212) 805-0417
Begin Service: June 2000
Appointed By: President William J. Clinton
E-mail: laura_swain@nysd.uscourts.gov

District Judge George B. Daniels ............. (212) 805-6735
Begin Service: 2000
Appointed By: President William J. Clinton

## Right Page (87)

### United States District Court for the Southern District of New York
*continued*

District Judge P. Kevin Castel ................ (212) 805-0262
Begin Service: September 2003
Appointed By: President George W. Bush
E-mail: kevin_castel@nysd.uscourts.gov

District Judge Kenneth M. Karas .............. (914) 390-4145
Begin Service: 2004
Appointed By: President George W. Bush

District Judge Richard J. Sullivan ............ (212) 805-0264
Begin Service: October 2007
Appointed By: President George W. Bush
E-mail: richard_sullivan@nysd.uscourts.gov

District Judge Cathy Seibel .................. (914) 390-4166
Begin Service: October 7, 2008
Appointed By: President George W. Bush

District Judge Paul A. Engelmayer ............ (212) 805-0020
Begin Service: July 20, 2011
Appointed By: President Barack Obama
500 Pearl Street, Room 2201,
New York, NY 10007

District Judge John F. Keenan ................ (212) 805-0220
Begin Service: 1983
Appointed By: President Ronald Reagan

District Judge Kevin Thomas Duffy ........... (212) 805-6125
Note: Judge Duffy will retire effective September

Senior Judge Thomas P. Griesa ............... (212) 805-0210
Begin Service: 1972
Appointed By: President Richard M. Nixon

Senior Judge Charles Sherman Haight, Jr. ...... (203) 773-2052
Begin Service: 1976
Appointed By: President Gerald Ford

Senior Judge Sidney H. Stein ................. (212) 805-0102
Begin Service: May 1, 1995
Appointed By: President William J. Clinton

Senior Judge Alvin K. Hellerstein ............. (212) 805-0132
Begin Service: 1998
Appointed By: President William J. Clinton

Senior Judge Naomi Reice Buchwald ........... (212) 805-0288
Begin Service: 1999
Appointed By: President William J. Clinton

Senior Judge Charles Sherman Haight, Jr. ...... (203) 773-2052

Senior Judge Victor Marrero ................. (212) 805-6374
Begin Service: 1940
Appointed By: President Daniel Patrick Moynihan

District Judge Katherine Polk Failla ........... (212) 805-0290
Begin Service: 2013
Appointed By: President Barack Obama

Senior Judge Louis L. Stanton ............... (212) 805-0252
Begin Service: May 9, 1985
Appointed By: President Ronald Reagan

Senior Judge Jed S. Rakoff ................. (212) 805-0401
Begin Service: March 1, 1996
Appointed By: President William J. Clinton

Senior Judge Lewis A. Kaplan ................ (212) 805-0216
Begin Service: May 13, 1994
Appointed By: President William J. Clinton

*(continued on next page)*

# United States District Court for the Southern District of New York
*continued*

Senior Judge **Deborah A. Batts** .................... (212) 805-0186
Begin Service: June 23, 1994
Appointed By: President William J. Clinton

Senior Judge **Andrew J. Peck** .................... (212) 805-0202
Begin Service: November 11, 1994
Appointed By: President William J. Clinton

Senior Judge **Alvin K. Hellerstein**
E-mail: batts.nysdchambers@nysd.uscourts.gov

Senior Judge **Paul A. Crotty** .................... (212) 805-6300
Appointed By: President George W. Bush

Magistrate Judge **Debra Freeman** .................... (212) 805-0050
E-mail: crottynysdchambers@nysd.uscourts.gov

Senior Judge **Richard M. Berman** .................... (212) 805-6715
Begin Service: November 23, 1998
Appointed By: President William J. Clinton

Magistrate Judge **Frank Maas** .................... (212) 805-0194
2016.

Magistrate Judge **Ronald L. Ellis** .................... (212) 805-6727
E-mail: ellis_nysdchambers@nysd.uscourts.gov

Magistrate Judge **Kevin Nathaniel Fox** .................... (212) 805-6705
Begin Service: August 11, 1997

Magistrate Judge **George B. Daniels** .................... (212) 805-6105
Begin Service: October 26, 1983

Magistrate Judge **James Francis IV** .................... (212) 805-0036
Begin Service: October 26, 1983

Magistrate Judge **Andrew J. Peck** .................... (212) 805-0206
Begin Service: February 27, 1995

Magistrate Judge **Barbara Moses** .................... (212) 805-6242
Begin Service: March 2, 2001

Magistrate Judge **Henry B. Pitman** .................... (212) 805-4260

Magistrate Judge **Lisa Margaret Smith**

Magistrate Judge **Paul E. Davison** .................... (914) 390-4250
Begin Service: 2009

Magistrate Judge **James L. Cott** .................... (212) 805-0250
Begin Service: 2009

Magistrate Judge **Sarah Netburn** .................... (212) 805-6726
Begin Service: January 2014

Magistrate Judge **Judith C. McCarthy** .................... (914) 390-4124
Begin Service: January 2014

Magistrate Judge **Barbara Moses**

Magistrate Judge **Robert W. Lehrburger**

Magistrate Judge **Katharine H. Parker**

Magistrate Judge **Gabriel W. Gorenstein** .................... (212) 805-4260
E-mail: ninagorenstein@nysd.uscourts.gov

**Court Staff**
Clerk of Court **Vito Genna** .................... (212) 805-0136

## United States Bankruptcy Court for the Southern District of New York

Alexander Hamilton Custom House, One Bowling Green,
New York, NY 10004
Tel: (212) 668-2870 (PACER)
Tel: (800) 676-6856 (Toll Free PACER)
Fax: (212) 668-2879 (Voice Case Information System VCIS)
Internet: www.nysb.uscourts.gov

**Number of Judgeships: 10**

**Number of Vacancies: 1**

### Judges

Chief Bankruptcy Judge **Cecelia G. Morris** .................... (914) 390-4155
Begin Service: March 3, 2010

Bankruptcy Judge **Robert Drain** Room 632 .................... (914) 390-4200
Alexander Hamilton Custom House

Bankruptcy Judge **Shelley C. Chapman** .................... (212) 668-2700
Begin Service: 2015

Bankruptcy Judge **Michael E. Wiles** .................... (212) 668-5660
Begin Service: 2015

Bankruptcy Judge **James L. Garrity, Jr.** .................... (212) 668-2870
Begin Service: 2015

Bankruptcy Judge **Stuart M. Bernstein** .................... (212) 668-2304
Begin Service: September 7, 2010

Bankruptcy Judge **Sean H. Lane** .................... (212) 668-2870

Bankruptcy Judge **Martin Glenn** .................... (212) 668-4637
Begin Service: 2006

Bankruptcy Judge **Mary Kay Vyskocil** .................... (212) 668-2870

**Court Staff**
Clerk of Court **Vito Genna**

---

## United States District Court for the Southern District of New York
*continued*

### Federal Public Defender

**Federal Defenders of New York, Inc.**
52 Duane Street, 10th Floor, New York, NY 10007-1226
Tel: (212) 417-8700
Chief Probation Officer **Michael Fitzpatrick**
E-mail: michael_fitzpatrick@nysd.uscourts.gov
Chief Probation Officer **Arthur Penny**
E-mail: ac_penny@nysd.uscourts.gov

Federal Public Defender **David E. Patton** .................... (212) 417-8700
E-mail: david_patton@fd.org

## United States District Court for the Western District of New York

Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, NY 14202
E-mail: jnewman@nywd.uscourts.gov

**Circuit:** Second

**Areas Covered:** Counties of Allegany, Cattaraugus, Chautauqua, Chemung, Erie, Genesee, Livingston, Monroe, Niagara, Ontario, Orleans, Schuyler, Seneca, Steuben, Wayne, Wyoming and Yates

**Number of Judgeships:** 4

**Number of Vacancies:** 1

### Judges

Chief Judge **Frank Paul Geraci, Jr.**, U.S. Courthouse .................... (585) 613-4090
100 State Street, Rochester, NY 14614
Begin Service: March 22, 2013

District Judge **Elizabeth A. Wolford** .................... (585) 613-4250
Begin Service: November 17, 2011
Appointed By: President Barack Obama

District Judge **Lawrence J. Vilardo** .................... (716) 551-1620
Begin Service: 2015

Senior Judge **Richard J. Arcara** .................... (716) 551-1820
Begin Service: 1988
Appointed By: President Ronald Reagan

Senior Judge **William M. Skretny** .................... (716) 551-1800
Begin Service: December 11, 1997
Appointed By: President Ronald Reagan

Senior Judge **David G. Larimer** .................... (585) 613-4040
Begin Service: 1987
Appointed By: President Ronald Reagan

Senior Judge **Charles J. Siragusa** .................... (585) 613-4050
Begin Service: 1997
Appointed By: President William J. Clinton

Magistrate Judge **Michael J. Roemer** .................... (716) 551-1690
Begin Service: 2015

Magistrate Judge **Leslie G. Foschio** Robert H. Jackson U.S. Courthouse, Room 724 .................... (716) 551-1880

Magistrate Judge **Marian W. Payson** .................... (585) 613-4080
Begin Service: 2002

Magistrate Judge **Jeremiah J. McCarthy** .................... (716) 551-1670
E-mail: jeremiah_mccarthy@nywd.uscourts.gov

Magistrate Judge **Hugh B. Scott** .................... (716) 551-1600

Magistrate Judge **Kenneth Schroeder, Jr.** .................... (716) 551-1870
Begin Service: June 1, 2008

## United States Bankruptcy Court for the Western District of New York

Olympic Towers, 300 Pearl Street, Suite 250, Buffalo, NY 14202-2501
Tel: (716) 362-3200
E-mail: clerks_office@nywb.uscourts.gov

Chief Judge **Carl L. Bucki** .................... (716) 362-3281

**Number of Judgeships:** 3

### Judges

Chief Bankruptcy Judge **Carl L. Bucki** .................... (716) 362-3281
Olympic Towers, 300 Pearl Street, Suite 350,
Buffalo, NY 14202-2510

Bankruptcy Judge **Michael J. Kaplan** Suite 350 .................... (716) 362-3271
Begin Service: October 7, 1991

Bankruptcy Judge **Paul R. Warren** .................... (585) 613-4250

**Court Staff**
Clerk of Court **Lisa Bertino-Beaser** .................... (716) 362-3200 (Buffalo)
Tel: (585) 613-4200 (Rochester)

### U.S. Attorney

**New York - Western District**
138 Delaware Avenue, Buffalo, NY 14202
Tel: (716) 843-5700 Fax: (716) 551-3052
U.S. Attorney **William J. Hochul, Jr.** .................... (716) 843-5700

(continued on next page)

Exhibit 9

2 magistrates

A B     2 month ave. wait for emerg. mag.     50% chance in random draw

1 2     0 wait for either role

0 1     2 possible solutions - AB, BA or BA, AB

     3 magistrates

A B C     1 month ave. wait for emerg. mag.     33⅓% chance in random draw

1 2 3     ⅓ month ave. wait for either role = 10.1 days

0 1 2     12 possible unique 3-month rotations

           12    0: 3(2) = 6

0: 3(2) = 6        AA AB AC 2   1: AB, 3(2)-3-1=2

1: 3(2)-(3+1)=2     BA BB BC 2   2a: BC, 3(2)-3-1-1=1, CA

0: 3(2)-(3+1)-1=1    CA CB CC

0: ⅔ · 12 = 8     $\frac{4}{12}$

1: ⅓ · (12-8) = 4

     4 magistrates

A B C D    1.5 month ave. wait for emerg. mag.    25% chance in random draw

1 2 3 4    4/? month ave. wait for either role = 17.39 days

0 1 2 3    216 possible unique 4-month rotations

0: $\frac{3}{4}$ = 6:12 = 108    0: 3    $\frac{4}{7}$

1: ⅔ · 108 = 72      1: 2

2: ½ · 36 = 36      2: 1

     5 magistrates

A B C D E    2 month ave. wait for emerg. mag.    20% chance in random draw

1 2 3 4 5    1 month ave. wait for either role = 30.4375 days

0 1 2 3 4    5280 possible unique 5-month rotations

A B C D     4.5 month ave wait for post, em mg.

AB AC AD   1 2 3 4    4)6

BA BC BD   0 1 2 3

CA CB CD   25% chance in random draw

DA DB DC   12·18 = 216 possible unique 4-month rotations

17.39 days ave wait for post. mng. to fill either role.

$0: 4(3) = 12$

$1: 4(3) - 5 = 7$ AB

$2a: BA = 4(3) - 5 - 5 = 2 = n = 2$

$2b: BC = 4(3) - 5 - (4+1) = 2, BD, CA, DA, n = 3@1$

$2c: CD = 4(3) - 5 - 3 = 4, DC$   A B C D

$3a: DC = 4(3) - 5 - 5 - 1 = 1, CD$

$3b: DA = 4(3) - 5 - 4 - 2 = 1, CD$

$3c: BC = 4(3) - 5 - 4 - 3 = 1, BA, DA, DC$

316   12
18   1
2   1
8   4
8   2
2
2
4

$0: 4(3) = 12$    $2a \quad n^2 - 5n + 6$   $2c \quad 2n^2 - 10n + 16$

$1: BC = 4(3) - 5 = 7$   $2b \quad 4n^2 - 20n + 24$

$2a: CB = 4(3) - 5 - 5 = 2$

$2b: AB = 4(3) - 5 - 5 = 2, CA, CD, DB$ } 18

$2c: DA = 4(3) - 5 - 3 = 4, AD,$

$2n^2 - 10n + 16$

$0: 2·4 : \frac{1}{2} · 216 = 108$    $0:3$

$1: 12·18: \frac{2}{3} · 108 = 72$    $1:2$   4 month ave. wait for post.

$2: 1·1: \frac{1}{1} · 36 = 36$    $2:1$   mng. to fill either role

17.39 days

$(n^2 - n)(7n^2 - 35n + 46)$

$7n^4 - 7n^3 - 35n^3 + 35n^2 + 46n^2 - 46n$

$7n^4 - 42n^3 + 81n^2 - 46n = 216$

A B C D E        2 month ave. wait for pert. em. msg.

0 1 2 3 4  5) 10

1 2 3 4 5                    20% chance in random draw

                            20·264 = 5280 possible unique 5 month rotations

AB  AC  AD  AE      1 month ave wait for pert. msg in all the rot = 30.43 days

BA  +  BC  BD  BE    $0: \frac{2}{5} \cdot 5280 = 2112$  | 4

CA  CB      CD  CE    $1: \frac{3}{5} \cdot 3168 = 1584$  | 3

DA  DB  DC      DE    $2: \frac{1}{2} \cdot 1584 = 1056$  | 2    P(3)+P(4)+P(4)+144

EA  EB  EC  ED      $3: \frac{1}{4} \cdot 528 = 528$  | 1

$0: 5(4) = 20 = (n^2-n)$                    $20 \cdot 264 = 5280$

$1: 5(4)-7 = 43 / 43 = (n^2-3n+5)$          $(1 \cdot (12+108+144) = 264$

$2a: BA = 5(4)-7-7 = 6, n=3$                $(1 \cdot 12) = 12$

$2b: BC = 5(4)-7-6 = 7, BD, BE, CA, DA, EA.$  $(6 \cdot (8+x+2) = 108$  $n=4$ @1

$2c: CD = 5(4)-7-5 = 8, CE, DC, DE, EC, ED$   $(6 \cdot (8+12) = 144$

$3a: CD = 5(4)-7-7-(3+1) = 2, CE, DC, DE, EC, ED (6 \cdot 2) = 12$  $\frac{2}{3} \cdot 12 = 8$

$3b1: CA = 5(4)-7-7-5 = 2$                   $(4 \cdot 2) = 2$

$3b2: CD = 5(4)-7-7-(4+1) = 2, CE, DA, EA,$   $(4 \cdot 2) = 8$   $\frac{1}{2} \cdot 8 = 4$

$3b3: DE = 5(4)-7-7-2 = 4, ED$               $(2 \cdot 4) = 8$   $\frac{2}{2} \cdot 8 = 8$

$3c1: BA = 5(4)-7-5-(5+1) = 2, BC, DA, DC (4 \cdot 2) = 8, n=3$ @1

$3c2: BE = 5(4)-7-5-4 = 4, DE, EA, EC (4 \cdot 4) = 16, n=4$ @3 $\frac{4}{4} \cdot 16 = 16$

$4a: DE = 5(4)-7-7-(3+1)-1 = 1, EC$         2

$4b1: DE = 5(4)-7-7-5-1 = 1, ED$            2

$4b2: DE = 5(4)-7-7-(4+1)-1 = 1, EA$        2

$4b3: CA = 5(4)-7-7-2-3 = 1, CD, EA, ED. 4$

$4c1: DE = 5(4)-7-5-(5+1)-1 = 1, EC$        3

$4c2: DA = 5(4)-7-5-4-3 = 1, DC, EA, EC$   4

A B C D E F    6)15    2.5 months are writ for emerg. mcg.

0 1 2 3 4 5    2(2/3 % chance in random draw.

1 2 3 4 5 6    30·6360 = 190,800 unique 6-month rotations

2·6/15 = 1 1/3 months are used for port. mcg in either role = 40.58 days

AB  AC  AD  AE  AF

| | | | | | | |
|---|---|---|---|---|---|---|
| BA | | BC | BD | BE | BF | 0: 2:6; 1/3 · 190800 = 63600 | 5 |
| CA | CB | | CD | CE | CF | 1: 2:5; 3/5 · 127200 = 50880 | 4 |
| DA | DB | DC | | DE | DF | 2:1:2; 1/2 · 76320 = 38160 | 3 |
| FA | FB | FC | FD | | EF | 3:2:3; 2/3 · 38460 = 25440 | 2 |
| FA | FB | FC | FD | FE | | 4:1:1; 1/1 · 12720 = 12720 | 1 |

| | | |
|---|---|---|
| 190,800 | 30 | 0: 6(5) = 30 = (n²−n) |
| 6360 | 1 | 1: 6(5)−9 = 21 AB = (n²−3n+3) |
| 216 | 1 | 2a: BA = 6(5)−9−9 = 12, n=4 |
| 2112 | 8 | 2b: BC = 6(5)−9−8 = 13, BD, BE, BF, CA, DA, EA, FA, n=5@1    1/4·2112 = 528 |
| 4032 | 12 | 2c: CD = 6(5)−9−7 = 14, CE, CF, DC, DE, DF, EC, ED, EF, FC, FD, FE    1/2·4032 = 2016 |
| 216 | 12 | 3a: CD = 6(5)−9−9−5 = 7, CE, CF, DC, DE, DF, EC, ED, EF, FC, FD, FE  1/2·216=108  2544 |
| 12 | 1 | 3b1: CA = 6(5)−9−8−7 = 6  n=3 |
| 108 | 6 | 3b2: CD = 6(5)−9−8−6 = 7, CE, CF, DA, FA, FA    1/3·108 = 36 |
| 144 | 6 | 3b3: DE = 6(5)−9−8−5 = 8, DF, ED, EF, FD, FE, n=5@2c    2/5·144 = 96 |
| 72 | 4 | 3c1: BA = 6(5)−9−7−7 = 7, BC, DA, DC, n=4@1 |
| 192 | 8 | 3c2: BE = 6(5)−9−7−6 = 8, BF, DE, DF, EA, EC, FA, FC, n=5@2c  1/2·192 = 96 |
| 72 | 2 | 3c3: EF = 6(5)−9−7−5 = 9, FE    3/3·72 = 72 |
| 2 | 1 | 4a1: DC = 6(5)−9−9−5−5 = 2    408 |
| 8 | 4 | 4a2: DE = 6(5)−9−9−5−(4+1) = 2, DF, EC, FC    1/2·8 = 4    5 |
| 8 | 2 | 4a3: EF = 6(5)−9−9−5−3 = 4, FE    2/2·8 = 8 |
| 12 | 6 | 4b1: DE = 6(5)−9−8−7−3−(1) = 2, DF, ED, EF, FD, FE  2/3·12 = 8 |
| 2 | 1 | 4b2a: DA = 6(5)−9−8−6−5 = 2, n=2 |
| 8 | 4 | 4b2b: DE = 6(5)−9−8−6−(4+1) = 2, DF, EA, FA, n=3@1  1/2·8 = 4 |
| 8 | 2 | 4b2c: EF = 6(5)−9−8−6−3 = 4, FE    2/2·8 = 8 |

| | | |
|---|---|---|
| 8 | 4 | $4b3c: (A=6(S)-9-8-5-(S+1)=2, CD, FA, FD$ |
| 16 | 4 | $4b3: CF=6(S)-9-8-5-4=4, EF, FA, FD \qquad \frac{4}{4}\cdot16=16$ |
| 2 | 1 | $4c1a: DC=6(S)-9-7-7-5=2$ |
| 8 | 4 | $4c1b: DB=6(S)-9-7-7-(4+1)=2, DF, EC, FC \qquad \frac{1}{8}\cdot8=4$ |
| 8 | 2 | $4c1c: EF=6(S)-9-7-7-3=4, FE \qquad \frac{2}{2}\cdot8=8$ |
| 8 | 4 | $4c2a: DA=6(S)-9-7-6-(S+1)=2, DC, EA, FC$ |
| 16 | 4 | $4c2b: DF=6(S)-9-7-6-4=4, EF, FA, FC \qquad \frac{4}{4}\cdot16=16$ |
| 36 | 9 | $4c3: BA=6(S)-9-7-6-5=4, BC, BE, DA, DC, DE, FA, FC, FE \quad n=8@3c_2$ |
| | 2 | $5a1: EF=6(S)-9-9-5-5-1=1, FE$ |
| | 2 | $5a2: EF=6(S)-9-9-5-(4+1)-1=1, FC$ |
| | 4 | $5a3: DC=6(S)-9-9-5-3-3=1, DE, FC, FE$ |
| | 2 | $5b1: EF=6(S)-9-8-7-(3+1)-1=1, FD$ |
| | 2 | $5b2a: EF=6(S)-9-8-6-5-1=1, FE$ |
| | 2 | $5b2b: EF=6(S)-9-8-6-(4+1)-1=1, FA$ |
| | 4 | $5b2c: DA=6(S)-9-8-6-3-3=1, DE, FA, FE$ |
| | 2 | $5b3a: EF=6(S)-9-8-5-(5+1)-1=1, FD$ |
| | 4 | $5b3b: FA=6(S)-9-8-5-4-3=1, ED, FA, FD$ |
| | 2 | $5c1a: EF=6(S)-9-7-7-5-1=1, FE$ |
| | 2 | $5c1b: EF=6(S)-9-7-7-(4+1)-1=1, FC$ |
| | 4 | $5c1c: DC=6(S)-9-7-7-3-3=1, DE, FC, FE$ |
| | 2 | $5c2a: EF=6(S)-9-7-6-(5+1)-1, FC$ |
| | 4 | $5c2b: FA=6(S)-9-7-6-4-3=1, EC, FA, FC$ |
| | 4 | $5c3: DC=6(S)-9-7-6-5-3=1, DE, FC, FE$ |

A B C D E F G      3 months are next Dr emerg. mcg

0 1 2 3 4 5 6      14.29% chance in random draw

1 2 3 4 5 6 7      42 • 222480 = 9,344,160 unique 7-month rotations

$\frac{35}{21}$ = 1⅔ month are next for perf mcg in other side = 50.73 days

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AA | AB | AC | AD | AE | AF | AG | 0; 6; ⅔ • 9344160 = 2669760 |
| BA | BB | BC | BD | BE | BF | BG | 1; 5; ⅓ • 6674400 = 2224800 |
| CA | CB | CC | CD | CE | CF | CG | 2; 4; ⅔ • 4449600 = 1779840 |
| DA | DB | DC | DD | DE | DF | DG | 3; 3; ½ • 2669760 = 1334880 |
| EA | EB | EC | ED | EE | EF | EG | 4; 2; ⅔ • 1334880 = 889920 |
| FA | FB | FC | FD | FE | FF | FG | 5; 1; ⅙ • 444960 = 444960 |
| GA | GB | GC | GD | GE | GF | GG | |

| | | |
|---|---|---|
| 9344,160 | ÷2 | 0: 7(6)=42= $n^2$-n |
| 222480 | 1 | 1: AB: 7(6)-11=31 = $n^2$-3n+3: 222,480 |
| 5280 | 1 | 2a:BA: 7(6)-11-11=20: 5280 (See n==5) |
| 63,600 | 10 | 2b:BC: 21 r = 6360 (see n==6 @ 1), BD,BE,BF,BG,CA,DA,EA,FA,GA |
| 153,600 | 20 | 2c:CD: 22 r 7 m the: 7680; CE,CF,CG,DC,DB,DF,DG,EC,ED,EF,EG,FC,FD, FE,FG,GC,GD,GE,GF |
| 1056 | 4 | 3c1: BA: 13 r 5m 2he: 264 (see n==5 @ 1), BC,DA,DC |
| 4032 | 12 | 3c2: BE: 14 r 6m the: 336 (see n==6 @ 2c), BF,BG,DE,DF,DG,EA,EC,ED, FC,GA,GC |
| 2592 | 6 | 3c3: EF: 15 r 7m 6he: 432, EG,FE,FG,GE,GF |
| 216 | 9 | 4c3a:BA: 8 r 5m 4he: 24 (see n==6 @ 3b3), BC,BE,DA,DC,DE,EA,FC,FE |
| 216 | 6 | 4c3b: BG: 9 r 6m 6he: 36 (see n==6 @ 3c3), DF,FG,GA,GC,GE |

A B C D E F G H     8)28     3.5 month ave. wait for pat. emerg. mssg.

0 1 2 3 4 5 6 7     12.5% chance in random draw

1 2 3 4 5 6 7 8     598,066,560  unique 8-month rotations

$\frac{56}{28}$ = 2 month ave. wait for pat. mssg. in either role

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AA | AB | AC | AD | AE | AF | AG | AH | 0:7; $\frac{1}{7}$ · 598,066,560 = 149156640 |
| BA | BB | BC | BD | BE | BF | BG | BH | 1:6; $\frac{3}{7}$ · 448549920 = 128157120 |
| CA | CB | CC | CD | CE | CF | CG | CH | 2:5; $\frac{1}{7}$ · 320392800 = 106797600 |
| DA | DB | DC | DD | DE | DF | DG | DH | 3:4; $\frac{2}{5}$ · 213595200 = 85438080 |
| EA | EB | EC | ED | EE | EF | EG | EH | 4:3; $\frac{1}{2}$ · 128,157,120 = 64078560 |
| FA | FB | FC | FD | FE | FF | FG | FH | 5:2; $\frac{2}{3}$ · 64078560 = 42719040 |
| GA | GB | GC | GD | GE | GF | GG | GH | 6:1; $\frac{1}{7}$ · 21359520 = 21359520 |
| HA | HB | HC | HD | HE | HF | HG | HH | |

598,066,560   56   0:8(7) = 56 = $n^2-n$

10,679,760   1   1:AB; 8(7)-13=43 = $n^2-3n+3$

490,800   1   2a:BA; 30c · 490,800 (seen=6)

2,669,760   12   2b:BC; 3c: 222480; 7m2he; BD, BE, BF, BG, BH, CA, DA, EA, FA, GA, HA

7,819,200   30   2c:CD; 32c; 8m4he · 260640   CE, CF, CG, CH, DC, DE, DF, DG, AH, EC, ED, EF, EG, EH, FC, FD, FE, FG, FH, GC, GD, GE, GF, GH, HC, HD, HE, HF, HG

25,440   4   3c1:BA; 2lri 6m2he: 6360 (n=6@1); BG, DA, DC

122,880   16   3c2:BE; 22r; 7m3he; 7680 (n=7@2c); BF, BG, BH, DE, DF, DG, AH, EA, EC, FA, FC, GA, GC, HA, HC

112,320   12   3c3:FF; 3c; 8m4he; 9360; FG, EH, FE, FG, FH, GE, GF, GH, HE, HF, HG

3024   9   4c3; BA; 14c; 6m4he; 336 (n=6@2c); BC, BE, DA, DC, DE, FA, FC, FE

5184   12   4c3; BG; 15c; 7m2he; 432 (n=7@3c); BH, DG, DH, FG, FH, GA, GC, GE, GF, HA, HC, HE

1152   2   4c3; GH; 16c; 8m4he; 576; HG

576   16   5c3c1; BA; 9c; 6m4he; 36 (seen=6@3c); BC, BE, BG, DA, DC, DE, DG, FA, FC, FE, FG, HA, HC, HE, HG

A B C D E F G H I   $\frac{60}{36}$ = 2/3 months for port. mcg. in either role

0; 8; $\frac{2}{9}$ · 48,234,009,600 = 10,718,668,800    11.1% chance in random draw

1; 7; $\frac{2}{4}$ · 37,515,340,800 = 9,378,835,200

2; 6; $\frac{2}{7}$ · 28,136,505,600 = 8,039,001,600    4 month ave. wait for port. em mcg.

3; 5; $\frac{1}{3}$ · 20,097,504,000 = 6,699,168,000

4; 4; $\frac{2}{5}$ · 13,398,336,000 = 5,359,334,400

5; 3; $\frac{1}{2}$ · 8,039,001,600 = 4,019,500,800

6; 2; $\frac{2}{3}$ · 4,019,500,800 = 2,679,667,200

7; 1; $\frac{1}{1}$ · 1,339,833,600 = 1,339,833,600

| | | |
|---|---|---|
| 48,234,009,600 | 72 | 0: 7(8) = 72; $r = n^2 - n$ |
| 6,699,168,00 | 1 | 1: AB; 7(8) - 15 = 57; $r = n^2 - 3n + 3$ |
| 9,344,160 | 2 | 2a: BA; 42; 9,344,160 (n==7) |
| 149,516,640 | 14 | 2: BC; 43; 10,679,760; 8m2h (n=8@1); BD, BE, BF, BG, BH, BI, CA, DA, EA, FA, GA, HA, IA |
| 511,056,000 | 42 | 2: CD; 44; 9m4h: 12,168,000; CE,CF,CG,CH,CI, DC,DE,DF,DG,DH,DI, EC,ED,EF,EG,EH, EI,FC,FD,FE,FG,FH,FI, GC,GD,GE,GF,GH,GI,HC,HD,HE,HF,HG,HI, IC,ID,IE,IF,IG,IH |
| 889,920 | 4 | 3.1: BA; 7m4h: 222,480 (n=7@1); BC, DA, DC |
| 5,212,800 | 20 | 3c.2: RB; 8m4h: 260,640 (n=8@2); BT, BA, BH, BE, DF, DF, DG, DH, DI, EA, EC, FA, FC, GA, GC, HA, HC, IA, IC |
| 6,065,280 | 20 | 3c.3: EF; 9m4h: 338; 303,264; EG, EH, EI, FE, FG, FH, FI, GE, GF, GH, GI, HE, HF, HG, HI, IE, IF, IG, IH |
| 69,120 | 9 | 4.3a: BA; 2r; 7m4h; 7680 (n=7@2); BC, BE, DA, DC, DE, FA, FC, FE |
| 168,480 | 18 | 4.3b: BC; 3r; 8m6h; 9360 (n=8@3.3); BH, BI, DG, DA, DI, FG, FH, FI, GA, GC, GE, HA, HC, HE, IA, IC, IE |
| 65,664 | 6 | 4c.3c: GH; 2hr; 9m8h: 10944; GI, HG, HI, IG, IH |
| 8,640 | 20 | 5.3c.1: BA; 1r; 7m8h: 432 (n=7@3.3); BC, BE, BG, DA, DC, DE, DG, FA, FC, FE, FG, HA, HC, HE, HG, IA, IC, IE, IG |
| 2304 | 4 | 5.3c.2: RB; 16r; 8m8h: 576 (n=8@4.3c); DI, FI, HI |

Exhibit 10

28 CFR

## § 540.20 Inmate correspondence with representatives of the news media.

(a) An inmate may write through "special mail" to representatives of the news media specified by name or title (see § 540.2(b)).

(b) The inmate may not receive compensation or anything of value for correspondence with the news media. The inmate may not act as reporter.

(c) Representatives of the news media may initiate correspondence with an inmate. Staff shall open incoming correspondence from representatives of the media and inspect for contraband, for its qualification as media correspondence, and for content which is likely to promote either illegal activity or conduct contrary to Bureau regulations.

[50 FR 40109, Oct. 1, 1985; 75 FR 21163, 21164, Apr. 23, 2010, as corrected at 75 FR 25110, 25111, May 7, 2010, and as confirmed at 77 FR 19932, 19933, Apr. 3, 2012]

CFR                                                    1

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Exhibit 11

28 CFR

## § 540.100 Purpose and scope.

(a) The Bureau of Prisons extends telephone privileges to inmates as part of its overall correctional management. Telephone privileges are a supplemental means of maintaining community and family ties that will contribute to an inmate's personal development. An inmate may request to call a person of his or her choice outside the institution on a telephone provided for that purpose. However, limitations and conditions may be imposed upon an inmate's telephone privileges to ensure that these are consistent with other aspects of the Bureau's correctional management responsibilities. In addition to the procedures set forth in this subpart, inmate telephone use is subject to those limitations which the Warden determines are necessary to ensure the security or good order, including discipline, of the institution or to protect the public. Restrictions on inmate telephone use may also be imposed as a disciplinary sanction (see 28 CFR part 541).

(b) Except as provided in this rule, the Warden shall permit an inmate who has not been restricted from telephone use as the result of a specific institutional disciplinary sanction to make at least one telephone call each month.

[44 FR 38249, June 29, 1979; 59 FR 15824, Apr. 4, 1994; 61 FR 90, Jan. 2, 1996]

[EFFECTIVE DATE NOTE: 61 FR 90, Jan. 2, 1996, which revised the fifth sentence in paragraph (a), became effective Jan. 2, 1996.]

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Exhibit 12

28 CFR

### § 541.31 Conditions of confinement in the SHU.

Your living conditions in the SHU will meet or exceed standards for healthy and humane treatment, including, but not limited to, the following specific conditions:

(a) Environment. Your living quarters will be well-ventilated, adequately lighted, appropriately heated, and maintained in a sanitary condition.

(b) Cell Occupancy. Your living quarters will ordinarily house only the amount of occupants for which it is designed. The Warden, however, may authorize more occupants so long as adequate standards can be maintained.

(c) Clothing. You will receive adequate institution clothing, including footwear, while housed in the SHU. You will be provided necessary opportunities to exchange clothing and/or have it washed.

(d) Bedding. You will receive a mattress, blankets, a pillow, and linens for sleeping. You will receive necessary opportunities to exchange linens.

(e) Food. You will receive nutritionally adequate meals.

(f) Personal hygiene. You will have access to a wash basin and toilet. You will receive personal items necessary to maintain an acceptable level of personal hygiene, for example, toilet tissue, soap, toothbrush and cleanser, shaving utensils, etc. You will ordinarily have an opportunity to shower and shave at least three times per week. You will have access to hair care services as necessary.

(g) Exercise. You will receive the opportunity to exercise outside your individual quarters at least five hours per week, ordinarily on different days in one-hour periods. You can be denied these exercise periods for a week at a time by order of the Warden if it is determined that your use of exercise privileges threatens safety, security, and orderly operation of a correctional facility, or public safety.

(h) Personal property. In either status, your amount of personal property may be limited for reasons of fire safety or sanitation.

(1) In administrative detention status you are ordinarily allowed a reasonable amount of personal

CFR                                      1

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

property and reasonable access to the commissary.

(2) In disciplinary segregation status your personal property will be impounded, with the exception of limited reading/writing materials, and religious articles. Also, your commissary privileges may be limited.

(i) Correspondence. You will receive correspondence privileges according to part 540, subpart B.

(j) Telephone. You will receive telephone privileges according to part 540, subpart I.

(k) Visiting. You will receive visiting privileges according to part 540, subpart D.

(l) Legal Activities. You will receive an opportunity to perform personal legal activities according to part 543, subpart B.

(m) Staff monitoring. You will be monitored by staff assigned to the SHU, including program and unit team staff.

(n) Programming Activities. In administrative detention status, you will have access to programming activities to the extent safety, security, orderly operation of a correctional facility, or public safety are not jeopardized. In disciplinary segregation status, your participation in programming activities, e.g., educational programs, may be suspended.

(o) Administrative remedy program. You can submit a formal grievance challenging any aspect of your confinement in the SHU through the Administrative Remedy Program, 28 CFR part 542, subpart B.

[75 FR 76263, 76273, Dec. 8, 2010; 76 FR 11078, 11079, Mar. 1, 2011]

[EFFECTIVE DATE NOTE: 75 FR 76263, 76273, Dec. 8, 2010, revised Subpart B, effective Mar. 1, 2011; 76 FR 11078, 11079, Mar. 1, 2011, delayed the effective date of the amendment appearing at 75 FR 76263, 76273, Dec. 8, 2010, until June 20, 2011.]

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Exhibit 13

28 CFR

## § 540.2 Definitions.

(a) General correspondence means incoming or outgoing correspondence other than "special mail". "General Correspondence" includes packages sent through the mail.

(1) Open general correspondence means general correspondence which is not limited to a list of authorized correspondents, except as provided in § 540.17.

(2) Restricted general correspondence means general correspondence which is limited to a list of authorized correspondents.

(b) Representatives of the news media means persons whose principal employment is to gather or report news for:

(1) A newspaper which qualifies as a general circulation newspaper in the community in which it is published. A newspaper is one of "general circulation" if it circulates among the general public and if it publishes news of a general character of general interest to the public such as news of political, religious, commercial, or social affairs. A key test to determine whether a newspaper qualifies as a "general circulation" newspaper is to determine whether the paper qualifies for the purpose of publishing legal notices in the community in which it is located or the area to which it distributes;

(2) A news magazine which has a national circulation and is sold by newsstands and by mail subscription to the general public;

(3) A national or international news service; or

(4) A radio or television news program, whose primary purpose is to report the news, of a station holding a Federal Communications Commission license.

(c) Special Mail means correspondence sent to the following: President and Vice President of the United States, the U.S. Department of Justice (including the Bureau of Prisons), U.S. Attorneys Offices, Surgeon General, U.S. Public Health Service, Secretary of the Army, Navy, or Air Force, U.S. Courts (including U.S. Probation Officers), Members of the U.S. Congress, Embassies and Consulates, Governors, State Attorneys General, Prosecuting Attorneys, Directors of State Departments of Corrections, State Parole Commissioners, State Legislators, State Courts, State Probation Officers, other Federal and State law enforcement offices, attorneys, and

CFR                                                          1

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.