UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, |
| Plaintiff |
| - against - |
| Hugh J. Hurwitz, et al., |
| Defendants |

Case No.: 18-cv-10836-PGG-GWG

## OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (D.E. 51-52)

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby opposes defendants' motion to dismiss (D.E. 51-52) and in support of plaintiff's opposition he provides the accompanying memorandum of law dated Monday, November 18th, 2019, hereby incorporated herein by reference along with all exhibits thereto.

Respectfully mailed and filed pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988) on Monday, November 18th, 2019, in an envelope bearing sufficient affixed pre-paid U.S. Priority Mail® postage and U.S. Postal Service tracking number 9114 9023 0722 4291 7452 31, handed at the next opportunity to Ms. J. Wheeler of the FCI Terre Haute CMU unit team, acting in her official capacity as an agent of the defendants,

by: _____
    Martin S. Gottesfeld, pro se
    Reg. No.: 12982-104
    Federal Correctional Institution
    P.O. Box 33
    Terre Haute, IN 47808



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-27-19

RECEIVED
NOV 27 2019
PRO SE OFFICE

- Page 1 of 2 -

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, certify that on Monday, November 18th, 2019, I mailed a copy of the foregoing document to counsel for the defendants in the above-captioned case by handing said copy in an envelope bearing sufficient affixed pre-paid first-class U.S. postage to Ms. J. Wheeler of the FCI Terre Haute CMU unit team for mailing in her official capacity as an agent of the defendants,

by: _____
    Martin S. Gottesfeld, pro se