UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Martin S. Gottesfeld, pro se, Plaintiff - against - Hugh J. Hurwitz, et al., Defendants | Case No.: 18-cv-10836-PGG-GWG |

RENEWED MOTION FOR AN EXTENSION TO FILE FOR RECONSIDERATION
OF DOCKET ENTRY 66

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby renews his pending motion (D.E. 74) for an extension of time in which to file a motion for reconsideration pursuant to Loc. Civ. R. 6.3 of The Court's previous order (D.E. 66) denying the plaintiff's requests for preliminary relief pursuant to Fed. R. Civ. P. 65 and 5 U.S.C. §§ 702 and 703.

Due to the delays introduced in the plaintiff's correspondence with The Court by the defendants and their agents, the plaintiff requests an extension of two (2) weeks from the date upon which The Court grants this motion in order to file his motion for reconsideration pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988) plus equitable tolling from the entry of the order until agents of the defendants deliver the order to the plaintiff.

Respectfully mailed and filed pursuant to the prison-mailbox rule of Houston v. Lack on Monday, November 18th, 2019, in an envelope bearing sufficient affixed pre-paid U.S. Priority Mail® postage and U.S. Postal Service tracking number 9114 9023 0722 4291 7452 31, handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team acting in her official capacity as an agent of the defendants,

by: _____
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, certify that on Monday, November 18th, 2019, I mailed a copy of the foregoing document to counsel for the defendants in the above-captioned case pursuant to the prison-mailbox rule of <u>Houston v. Lack</u>, 487 U.S. 266 (1988) by handing said copy in an envelope bearing sufficient affixed pre-paid first-class U.S. postage to Ms. J. Wheeler of the FCI Terre Haute CMU unit team in her official capacity as an agent of the defendants for mailing,

by: _____
Martin S. Gottesfeld, pro se