**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 6, 2019

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Gottesfeld v. Hurwitz, et al.*
             No. 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

    This Office represents the Defendants in the above-referenced action. On May 16, 2019, Defendants submitted their motion to dismiss Plaintiff's Complaint in this action. *See* Dkt. No. 51. More than six months later, Plaintiff submitted a 163-page opposition brief with hundreds of exhibits. *See* Dkt. No. 101. Defendants respectfully request that they be permitted to file a reply memorandum of law up to and including 15 pages in length. Given the exceptionally voluminous nature of Plaintiff's opposition, Defendants respectfully submit that an additional five pages for their reply memorandum is warranted.[1]

    I thank the Court for its attention to this matter.

---

[1] Because Plaintiff is incarcerated, Defendants did not seek his consent as to this application.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney for the
                                      Southern District of New York

By:   /s/ *Alexander J. Hogan*_____
       ALEXANDER J. HOGAN
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.: (212) 637-2799
       E-mail: alexander.hogan@usdoj.gov

cc:     Martin Gottesfeld,
        Register Number 12982-104
        FCI Terre Haute
        Federal Correctional Institution
        P.O. Box 33
        Terre Haute, IN  47808