

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 10, 2019

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Gottesfeld v. Hurwitz*, 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

    On December 10, 2019, the Court granted Plaintiff Martin Gottesfeld's request that he be provided with a copy of an *ex parte* letter that Defendants submitted to the Court on March 21, 2019, which Defendants did after receiving express permission from the Court to do so.  *See* Dkt. Nos. 18, 20.

    Attached hereto as Exhibit A is a copy of this March 21, 2019, letter.  A copy of this filing as well as the attached letter will be mailed to Plaintiff.

                              Sincerely,

                              GEOFFREY S. BERMAN
                              United States Attorney of the
                              Southern District of New York

                    By:   /s/ Alexander J. Hogan
                          ALEXANDER J. HOGAN
                          Assistant United States Attorney
                          86 Chambers Street, Third Floor
                          New York, New York 10007
                          Tel.: (212) 637-2799
                          Fax: (212) 637-2686
                          E-mail: alexander.hogan@usdoj.gov

cc: Martin Gottesfeld, Register Number 12982-104
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN  47808