UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN S. GOTTESFELD,

                Plaintiff,                18 Civ. 10836 (PGG)

      v.

HUGH J. HURWITZ, *et al*,

                Defendants.

## DECLARATION OF ALEXANDER J. HOGAN

**ALEXANDER J. HOGAN**, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1.      I am an Assistant United States Attorney in the office of Geoffrey S. Berman, United States Attorney for the Southern District of New York, attorney for Defendants in this action. I am the attorney assigned to this matter, and am familiar with the proceedings herein. I submit this declaration in support of the Defendants' Motion to Dismiss the Complaint.

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of the December 5, 2016, decision by Defendant Tatum denying a request by Rolling Stone to interview Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 11, 2019
           New York, New York

                                                          */s/ Alexander J. Hogan*
                                                          Alexander J. Hogan