

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
Office of the Warden
*150 Park Row*
*New York NY 10007*

December 5th, 2016

David Kushner
Investigative Reporter Rolling Stones Magazine
1290 Avenue of the Americas
New York, NY 10404-0298

Dear Mr. Kushner:

This letter is in response to your request to interview inmate Martin Gottesfeld, Register Number 12982-104, an inmate confined here, at the United States Metropolitan Correctional Center for Federal Prisoners in New York, New York. The institution has received your request for an interview. After a thorough review and evaluation, a decision was made to deny your request for an in-person interview. This decision was based on safety and security concerns.

Please understand that the Federal Bureau of Prisons makes every effort to accommodate requests, as long as the request does not negatively affect the security and operations of our institutions. We review all requests on an individual basis. However, due to continued security concerns, your request is currently denied.

You may correspond with inmate Gottesfeld by writing him at:

**INMATE NAME & REGISTER NUMBER**
MCC NEW YORK
150 Park Row
New York, NY 10007

You may contact Lee Plourde, Executive Assistant, at (646) 836-6429 if you require additional information.

Sincerely,
E. L. Tatum Jr.
Warden