## COUNT III
## VIOLATION OF CIVIL RIGHTS

125. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

126. The plaintiff enjoyed a right of liberty, a right to a free public education, and a right to worship.

127. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

128. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

## CLAIMS OF LOUIS PELLETIER
## AGAINST THE DEFENDANT, JURRIAAN M. PETERS, M.D.

## COUNT IV
## VIOLATION OF CIVIL RIGHTS

129. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

130. The plaintiff, enjoyed a fundamental right in the care and custody of his daughter, Justina.

131. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

132. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

## COUNT V
## LOSS OF CONSORTIUM

133. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

134. As a direct and proximate result of the defendant's negligence, the plaintiff has suffered the loss of the society, companionship and consortium of his daughter.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

## CLAIMS OF LINDA PELLETIER
## AGAINST THE DEFENDANT, JURRIAAN M. PETERS, M.D.

## COUNT VI
## VIOLATION OF CIVIL RIGHTS

135. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

136. The plaintiff, enjoyed a fundamental right in the care and custody of her daughter, Justina.

137. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

138. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

## COUNT VII
## LOSS OF CONSORTIUM

139. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

140. As a direct and proximate result of the defendant's negligence, the plaintiff has suffered the loss of the society, companionship and consortium of her daughter.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

### CLAIMS OF JUSTINA PELLETIER PPA LOUIS AND LINDA PELLETIER AGAINST THE DEFENDANT, SIMONA BUJOURNEAU, PHD

### COUNT VIII
### NEGLIGENCE

141. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

142. On or about February 12, 2013 and thereafter, the defendant rendered care and treatment to the plaintiff and therefore owed to the plaintiff a duty of due care in accordance with accepted standards of medical care and treatment.

143. On or about February 12, 2013 and thereafter, the defendant breached her duty when she negligently and carelessly treated the plaintiff in a manner which resulted in the plaintiff's severe and permanent injuries.

144. As a direct and proximate result of the defendant's carelessness, unskillfulness, negligence and improper care and treatment, the plaintiff suffered severe and permanent injuries.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

### COUNT IX
### GROSS NEGLIGENCE

145. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

146. On or about February 12, 2013, the defendant, without regard for the health and well-being of the plaintiff, treated the plaintiff in a grossly negligent manner.

147. As a direct and proximate result of the defendant's malicious, willful, wanton, reckless and/or grossly negligent conduct, the plaintiff suffered severe and permanent injuries.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

## COUNT X
## VIOLATION OF CIVIL RIGHTS

148. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

149. The plaintiff enjoyed a right of liberty, a right to a free public education, and a right to worship.

150. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

151. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

## CLAIMS OF LOUIS PELLETIER
## AGAINST THE DEFENDANT, SIMONA BUJOURNEAU, PHD

## COUNT XI
## VIOLATION OF CIVIL RIGHTS

152. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

153. The plaintiff, enjoyed a fundamental right in the care and custody of his daughter, Justina.

154. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

155. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

## COUNT XII
## LOSS OF CONSORTIUM

156. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

157. As a direct and proximate result of the defendant's negligence, the plaintiff has suffered the loss of the society, companionship and consortium of his daughter.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

### CLAIMS OF LINDA PELLETIER
### AGAINST THE DEFENDANT, SIMONA BUJOURNEAU, PHD

### COUNT XIII
### VIOLATION OF CIVIL RIGHTS

158. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

159. The plaintiff, enjoyed a fundamental right in the care and custody of her daughter, Justina.

160. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

161. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

### COUNT XIV
### LOSS OF CONSORTIUM

162. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

163. As a direct and proximate result of the defendant's negligence, the plaintiff has suffered the loss of the society, companionship and consortium of her daughter.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

### CLAIMS OF JUSTINA PELLETIER PPA LOUIS AND LINDA PELLETIER AGAINST THE DEFENDANT, ALICE NEWTON, M.D.

### COUNT XV
### NEGLIGENCE

164. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

165. On or about February 12, 2013 and thereafter, the defendant rendered care and treatment to the plaintiff and therefore owed to the plaintiff a duty of due care in accordance with accepted standards of medical care and treatment.

166. On or about February 12, 2013 and thereafter, the defendant breached her duty when she negligently and carelessly treated the plaintiff in a manner which resulted in the plaintiff's severe and permanent injuries.

167. As a direct and proximate result of the defendant's carelessness, unskillfulness, negligence and improper care and treatment, the plaintiff suffered severe and permanent injuries.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

### COUNT XVI
### GROSS NEGLIGENCE

168. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

169. On or about February 12, 2013 and thereafter, the defendant, without regard for the health and well-being of the plaintiff, treated the plaintiff in a grossly negligent manner.

170. As a direct and proximate result of the defendant's malicious, willful, wanton, reckless and/or grossly negligent conduct, the plaintiff suffered severe and permanent injuries.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

## COUNT XVII
## VIOLATION OF CIVIL RIGHTS

171. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

172. The plaintiff enjoyed a right of liberty, a right to a free public education, and a right to worship.

173. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

174. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

## CLAIMS OF LOUIS PELLETIER
## AGAINST THE DEFENDANT, ALICE NEWTON, M.D.

## COUNT XVIII
## VIOLATION OF CIVIL RIGHTS

175. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

176. The plaintiff, enjoyed a fundamental right in the care and custody of his daughter, Justina.

177. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

178. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

## COUNT XIX
## LOSS OF CONSORTIUM

179. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

180. As a direct and proximate result of the defendant's negligence, the plaintiff has suffered the loss of the society, companionship and consortium of his daughter.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

## CLAIMS OF LINDA PELLETIER
## AGAINST THE DEFENDANT, ALICE NEWTON, M.D.

## COUNT XX
## VIOLATION OF CIVIL RIGHTS

181. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

182. The plaintiff, enjoyed a fundamental right in the care and custody of her daughter, Justina.

183. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

184. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

## COUNT XXI
## LOSS OF CONSORTIUM

185. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

186. As a direct and proximate result of the defendant's negligence, the plaintiff has suffered the loss of the society, companionship and consortium of her daughter.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

### CLAIMS OF JUSTINA PELLETIER PPA LOUIS AND LINDA PELLETIER AGAINST THE DEFENDANT, COLLEEN RYAN, M.D.

### COUNT XXII
### NEGLIGENCE

187. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

188. On or about February 12, 2013 and thereafter, the defendant rendered care and treatment to the plaintiff and therefore owed to the plaintiff a duty of due care in accordance with accepted standards of medical care and treatment.

189. On or about February 12, 2013 and thereafter, the defendant breached her duty when she negligently and carelessly treated the plaintiff in a manner which resulted in the plaintiff's severe and permanent injuries.

190. As a direct and proximate result of the defendant's carelessness, unskillfulness, negligence and improper care and treatment, the plaintiff suffered severe and permanent injuries.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

### COUNT XXIII
### GROSS NEGLIGENCE

191. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

192. On or about February 12, 2013 the defendant, without regard for the health and well-being of the plaintiff, treated the plaintiff in a grossly negligent manner.

193. As a direct and proximate result of the defendant's malicious, willful, wanton, reckless and/or grossly negligent conduct, the plaintiff suffered severe and permanent injuries.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

## COUNT XXIV
## VIOLATION OF CIVIL RIGHTS

194. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

195. The plaintiff enjoyed a right of liberty, a right to a free public education, and a right to worship.

196. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

197. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

## CLAIMS OF LOUIS PELLETIER
## AGAINST THE DEFENDANT, COLLEEN RYAN, M.D.

## COUNT XXV
## VIOLATION OF CIVIL RIGHTS

198. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

199. The plaintiff, enjoyed a fundamental right in the care and custody of his daughter, Justina.

200. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

201. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

### COUNT XXVI
### LOSS OF CONSORTIUM

202. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

203. As a direct and proximate result of the defendant's negligence, the plaintiff has suffered the loss of the society, companionship and consortium of his daughter.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

### CLAIMS OF LINDA PELLETIER
### AGAINST THE DEFENDANT, COLLEEN RYAN, M.D.

### COUNT XXVII
### VIOLATION OF CIVIL RIGHTS

204. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

205. The plaintiff, enjoyed a fundamental right in the care and custody of her daughter, Justina.

206. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

207. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

### COUNT XXVIII
### LOSS OF CONSORTIUM

208. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

209. As a direct and proximate result of the defendant's negligence, the plaintiff has suffered the loss of the society, companionship and consortium of her daughter.

WHEREFORE, the plaintiff demands judgment against the defendant for the above-described damages, plus interest and costs.

### CLAIM OF JUSTINA PELLETIER PPA LOUIS AND LINDA PELLETIER AGAINST THE DEFENDANT, CHILDREN'S HOSPITAL BOSTON

### COUNT XXIX
### VIOLATION OF CIVIL RIGHTS

210. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

211. The plaintiff enjoyed a right of liberty, a right to a free public education, and a right to worship.

212. The defendant, by its agents, servants and/or employees, knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

213. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

### CLAIM OF LOUIS PELLETIER AGAINST THE DEFENDANT, CHILDREN'S HOSPITAL BOSTON

### COUNT XXX
### VIOLATION OF CIVIL RIGHTS

214. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

215. The plaintiff, enjoyed a fundamental right in the care and custody of his daughter, Justina.

216. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

217. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

### CLAIM OF LINDA PELLETIER AGAINST THE DEFENDANT, CHILDREN'S HOSPITAL BOSTON

### COUNT XXXI
### VIOLATION OF CIVIL RIGHTS

218. The plaintiff repeats and incorporates herein the foregoing paragraphs as if each were set forth here in its entirety.

219. The plaintiff, enjoyed a fundamental right in the care and custody of her daughter, Justina.

220. The defendant knowingly and willfully conspired with state actors through intimidation, coercion, and threats to impede on the fundamental rights to which the plaintiff was entitled.

221. As a result, the plaintiff suffered extreme emotional distress, anxiety, shame, and humiliation and was driven into bankruptcy.

WHEREFORE, pursuant to Massachusetts General Laws Chapter 112, section 11(I), the plaintiff demands judgment against the defendant for the above-described damages, including emotional distress, and attorney's fees, punitive damages plus interest and costs.

### JURY CLAIM

The plaintiffs request a jury trial on all claims as set herein.

Respectfully submitted,
Attorneys for the Plaintiff,
KJC Law Firm, LLC

KATHY JO COOK, BBO # 631389
kjcook@kjclawfirm.com
TIMOTHY WILTON, BBO # 530120
twilton@kjclawfirm.com
JOHN MARTIN, BBO # 676344
jmartin@kjclawfirm.com
10 Tremont Street, 6TH floor
Boston, MA 02108
(617)720-8447

35



≡

**POLITICS**    07/05/2016 11:48 pm ET | **Updated** Jul 06, 2016        *Exhibit 128*

# This Federal Prosecutor Is Building A Career Indicting The Good Guys

### But is U.S. Attorney Carmen Ortiz the one gone wrong?

**By Daniel Marans and Ryan Grim**



PAT GREENHOUSE/THE BOSTON GLOBE VIA GETTY IMAGES

U.S. Attorney Carmen Ortiz is under scrutiny for her aggressive prosecutorial tactics.

Last week, Carmen Ortiz, the top federal prosecutor in Massachusetts, announced a big indictment.

At 6:30 in the morning, Tim Sullivan, an aide to Boston Mayor Marty Walsh, was arrested at his home and accused of conspiring to withhold permits from a music festival until its organizers hired union stagehands. Pressuring a company to pay union wages and benefits, Ortiz contends, is quite literally a federal crime.




# Last chance to become a HuffPost founding member!

Sign up for membership to become a founding member and help shape HuffPost's next chapter

Yes, I want to support HuffPost

That argument might surprise many people in Boston, a heavily unionized city where organized labor's role in municipal decision-making is often mandated by law. The city law that created the Boston Employment Commission is one example: The commission's seven members must include representatives of organized labor. And Boston, like the federal government and many other cities and states, requires its private contractors to pay the locally "prevailing wage," which effectively means a wage comparable to what a union would demand. That diminishes the incentive for those contractors to seek non-union labor.

There's a public safety element, too. Concert work can be surprisingly dangerous and exhausting, not to mention low-paying. Big concert producers are currently driving down wages in the industry through the use of temps and "independent contractors." Using union labor is one way not just to prop up pay and working conditions in the field, but to help make sure trained stagehands are doing the risky work.

What wouldn't surprise Boston is that Ortiz, the U.S. attorney for Massachusetts since 2009, is once again bringing the full force of the law down on semi-high-profile people for minor or legally ambiguous crimes.

And once again, those alleged misdeeds seemingly worthy of prosecution are not the acts of hardened criminals, but were committed in the pursuit of progressive social goals. "You'd like to think the focus would be on those organizations like human trafficking rings, drug smuggling rings, the kind of organizations that in and of themselves represent a threat to safety, public safety," said Martha Coakley, a former Massachusetts attorney general. But with many of Ortiz's prosecutions, she said, "there's a competing social interest, sort of civil disobedience context."

 

# [Ortiz] has a long history of what I consider to be highly questionable prosecutions, particularly against political figures.

—Defense attorney Harvey Silverglate

Many less-aggressive prosecutors might not have pursued Sullivan or Kenneth Brissette, another mayoral aide indicted in May on the same charges, at all. Neither one had direct control over issuing city permits. And there is no allegation that either man asked for anything for himself or was interested in anything other than encouraging the festival to hire some union workers. As FBI Director James Comey demonstrated Tuesday, not every mistake must bring charges from a reasonable prosecutor.

Under the federal statute that Ortiz is invoking, "the term 'payment' is specifically mentioned," wrote Jon Keller, a local CBS News political analyst, last week. "But there is no mention in the indictment of Sullivan or his co-defendant receiving anything for themselves."

"They are accused only of pursuing wages and benefits for others, i.e. union workers," Keller wrote. "Is this now illegal?"

To Ortiz, the answer seems to be yes. The "imposed, unwanted, and unnecessary and superfluous services and wages and benefits" that event organizers paid to hire eight union stagehands and a foreman were a heavy-enough cost to justify criminal charges.

The pursuit of Walsh's aides isn't the first time that Ortiz has prosecuted progressives for minor offenses. Her past targets include technologist and activist Aaron Swartz, a politically sensitive oral history archive at Boston College, an official who didn't rush to deport an undocumented immigrant, and a bevy of public officials engaging in the give and take of political access.

It would be fair for Ortiz's bosses at the U.S. Department of Justice to inquire how she is choosing her targets, said Coakley. DOJ, she said, could ask, "What is the focus of this? And not only what are you choosing to investigate and indict, but how are you handling that process in terms of your obligations as prosecutors — and fairness?"

The U.S. Attorney's office declined to comment on the latest case. But the region's most

powerful media outlet, The Boston Globe, has her back on this one, running story after story casting shade on the Walsh administration's ties to organized labor.

Nancy Gertner, a federal judge in Massachusetts from 1994 to 2011, told HuffPost that the indictments are "an abuse of power."

Ortiz "has a long history of what I consider to be highly questionable prosecutions, particularly against political figures," said Harvey Silverglate, a veteran criminal defense attorney in Boston who's a fierce critic of federal prosecutors in general, and Ortiz in particular. "I consider this to be one of them."



JESSICA RINALDI/THE BOSTON GLOBE VIA GETTY IMAGES

Ortiz got indictments against two officials in the administration of Boston Mayor Marty Walsh for "union-related extortion." But who's the real target?

## A Pattern Of Abuse

Lorraine Henderson seemed to be an upstanding public servant — until the U.S. Attorney's Office decided she wasn't.

Henderson took a job as a receptionist in 1975, shortly after graduating high school, for what



was then known as the U.S. Customs Service. By dint of hard work and native intelligence, Henderson, although not a college graduate, rose steadily through the ranks," the judge in her case later wrote.

After the Sept. 11, 2001, attacks, the Customs Service was reorganized into the new Department of Homeland Security, and Henderson eventually gained authority over some immigration matters. So the feds were concerned when they learned — thanks to a tip from a colleague who had lost out on a promotion to Henderson — that every two weeks or so, a woman living in the country without papers cleaned Henderson's condo.

The feds compelled the woman, under the threat of deportation, to wear a wire and ask Henderson for advice about her undocumented status. Henderson, not an expert on immigration law, erroneously thought that the woman's U.S. citizen child made her a legal resident. When Henderson learned it didn't work that way, she told the woman not to leave the country, lest she be barred from returning, and promised to look into how the woman could apply for legal status. That was enough for prosecutors. Henderson was arrested and charged in December 2008 with "encouraging" or "inducing" an undocumented immigrant to remain in the United States.

Ortiz's predecessor had launched the investigation, but Ortiz pressed forward with the case after she took over in 2009. Henderson was convicted in March 2010. She appealed her conviction, and by 2012 the judge overseeing the matter had had enough.

In an extraordinary 50-page opinion, U.S. District Judge Douglas Woodlock wrote that he viewed the ongoing pursuit of the case as "overkill " — the "improvident invocation of federal criminal felony process when alternative administrative sanctions more closely tailored to the significance of the misconduct are available and adequate. And I am puzzled by the dogged consistency which causes this prosecution to continue."

Woodlock tossed out Henderson's conviction. He noted that Ortiz was within her authority to try Henderson again, but his opinion left little doubt that he wouldn't allow a jury to convict again.

The arrest had made national news — and earned Henderson the label of "worst person in the world" from MSNBC's Keith Olbermann — but when Ortiz finally dropped the case in 2013, there was barely a media blip.

"Both the indictment and the leaks do take a certain tone to them and in the end, obviously,

you're innocent until proven guilty, but by then it might be too late," said Coakley. "One judge I used to appear in front of said, 'The indictment is always on page one, but the acquittal or dismissal is on the last page, several years later and a lot of expense for everybody.'"

In his opinion the previous year, Woodlock had cited a well-known but too-little-heeded warning about unchecked prosecutorial power from a future Supreme Court justice.

"The prosecutor has more control over life, liberty and reputation than any other person in America," then-Attorney General Robert H. Jackson told a conference of U.S. attorneys in 1940. "With the law books filled with a great assortment of crimes, a prosecutor stands a fair chance of finding at least a technical violation of some act on the part of almost anyone."



WENDY MAEDA/THE BOSTON GLOBE VIA GETTY IMAGES

Ortiz went after Internet activist Aaron Swartz for what many believe was a harmless act of civil disobedience.

## The Death Of A Boy Genius

When it came to Aaron Swartz, Ortiz seems to have taken Jackson's words less as a warning and more as a road map.

Swartz, a programming prodigy who helped develop the RSS feed as a teenager and co-founded



founded Reddit.com, had chosen not to cash in on his extraordinary talents by moving to Silicon Valley. Instead, he became a prominent Internet activist and co-founder of the progressive group Demand Progress.

In July 2011, Ortiz had Swartz indicted for committing fraud by allegedly violating a digital library's terms of service. Swartz had developed a simple (for him) script that allowed his laptop to download millions of academic journal articles housed in that digital library JSTOR. Although JSTOR charged a fee for many articles, they were free for users inside the MIT library, where Swartz plugged in his laptop.

Prosecutors came to believe that Swartz planned to make all the articles he'd downloaded available online for free, according to individuals involved in the case. Whether or not that was his intent, Swartz handed over the hard drives containing the JSTOR data when he was caught, and JSTOR declined to press charges.

But Ortiz continued to pursue the case, comparing Swartz's transgression to that of a common thief. The lead prosecutor on the case, Assistant U.S. Attorney Stephen Heymann, compared Swartz to a rapist who had "revictimized" MIT by not taking a plea bargain, according to a later MIT investigation. Heymann was also bothered that Swartz launched a "wild Internet campaign" in his own defense. (He had not done so.)

All together, the federal charges brought against Swartz carried a maximum penalty of 35 years in prison and $1 million in fines. Heymann eventually offered to recommend a six-month prison sentence if Swartz pleaded guilty to the 13 felonies charged. But Swartz, who had physical health problems and also battled depression, was determined to avoid a prison term and multiple felony convictions. He also strenuously resisted the prosecutors' demands that he be barred for years from using any computing technology.



# Carmen Ortiz is a prosecutor run amok.

—David Segal, Demand Progress co-founder and friend to Aaron Swartz

In the end, the prospect of imprisonment — and guilt over the stress that the ordeal was causing his family and friends — pushed Swartz deeper into despair, according to people close to him. He took his own life in January 2013.

Even before that tragedy, a wide range of activists, elected officials and legal scholars

 
had accused Ortiz of prosecutorial overreach. Many blamed her for his death.

David Segal, Swartz's friend and colleague at Demand Progress, agrees. "Carmen Ortiz is a prosecutor run amok, with a long and well-known track record of filing unscrupulous and frivolous charges," said Segal, a former Rhode Island statehouse representative. "That prosecution led to the demise of one of the world's greatest young activists, thinkers, and technologists."

Outrage at Ortiz's treatment of Swartz was not confined to the liberal side. Sen. John Cornyn (R-Texas), a former prosecutor himself, and Rep. Darrell Issa (R-Calif.) both slammed Ortiz in the wake of Swartz's death. A White House petition calling for her to be fired collected over 61,000 signatures, though the White House declined to respond on the ground that the matter was a personnel issue.

Christina Sterling, a spokeswoman for Ortiz, said in an email that federal prosecutors offered Swartz multiple plea bargain deals. The final proposal would have allowed Swartz to argue for, although not necessarily receive, probation.

"All of the plea proposals made by prosecutors were a small fraction of the sentence called for by the federal sentencing guidelines," Sterling added.

Silverglate doesn't think that explanation goes nearly far enough.

"No law forced Ortiz to use an atomic bomb against a mosquito," the criminal defense attorney said.

Meanwhile, said Coakley, there's a question about whether priorities are in the right order. "If you want to look at New York, they've been focused on financial crimes, people who've committed crimes related to the integrity of our whole financial system," she said. "We still have human trafficking rings; we have enormous threats from domestic and other kinds of terrorist threats."



PETER MUHLY/AFP/GETTY IMAGES

The sons of former IRA militant Dolours Price, whose oral history was subpoenaed by Ortiz, carry her coffin in January 2013.

## Jeopardizing Free Speech — And Irish Peace

Ortiz's tactics in a case involving a decades-old murder in Northern Ireland similarly altered the course of people's lives, drawing criticism from Irish peace advocates and journalists.

In August 2011, the U.S. attorney chose to comply aggressively with a British government request to subpoena the Belfast Project, a Boston College archive of oral histories from former fighters on both sides of the late 20th century civil war in Northern Ireland. The interviews were not supposed to be made public until after the subjects' deaths. The goal was to provide closure for the survivors, both innocent and guilty, of the bloodshed that had resulted in the deaths of more than 3,500 people over three decades.

The British government was acting on media reports in 2010 that Dolours Price, a former militant in the Provisional Irish Republican Army, had confessed on tape to participating in the infamous 1972 abduction and disappearance of Jean McConville, a young mother of 10 children. Price reportedly said she had acted on the orders of Gerry Adams, now president of Ireland's Sinn Fein party and the former political leader of the resistance against British

rule in Northern Ireland.

The Northern Irish tabloid <u>Sunday Life</u>, which said it had heard Price's taped confession, also claimed that Price admitted to her role in the McConville abduction in that oral history for Boston College, which the paper mistakenly called "Boston University."

But there was no evidence that the taped confession the reporter referenced hearing was, in fact, Price's Boston College interview. British authorities could have subpoenaed Sunday Life or Irish News for the sources of their information. Instead, they asked for access to Boston College's archive on the grounds that Price's oral history, as well as those of other former IRA militants, might shed new light on McConville's disappearance.

Ortiz's subpoenas were met with resistance from a <u>wide array of individuals</u> supportive of Boston College's oral history project and the peace process in Northern Ireland, as well as academic freedom advocates concerned about the precedent that forcing open the archive would set. Those who participated in contentious times would be discouraged from speaking honestly about their pasts for fear of prosecution in their remaining days — a blow not just to history but to the process of healing and reconciliation as well.

> ## The fact that they have gone for these interviews the way they have means that no one — no one, now — is going to sit down and tell the truth about what happened.
>
> —Ed Moloney, founder of the Belfast Project

So far, the inquiry stemming from the Price interviews has not led to any convictions in connection with the McConville case and just one set of new charges, which are already being challenged.

Price <u>died in January 2013</u> at age 61 after ingesting a mixture of alcohol and prescription pills. Law enforcement did not classify her death as a suicide.

But Carrie Twomey, the wife of former IRA volunteer Anthony McIntyre who spearheaded the Boston College project, accused Ortiz of precipitating Price's death.

"Dolours Prince and Aaron Swartz died within weeks of each other," Twomey told WGBH



Boston in May 2014. The stress of the case that was taken against them really took a toll on their mental health. And Carmen Ortiz's office was aware, made aware in both cases, that the people she was pursuing, Dolours for the archive and Aaron Swartz for the MIT aspect, were vulnerable people."

Sterling, the spokeswoman for Ortiz's office, said the U.S. attorney was legally bound to subpoena the oral history archive due to "obligations under certain treaties to comply with the requests of foreign governments."

Judge Gertner told HuffPost that explanation sounds accurate. "I don't think that Ortiz was in a position to decline the Boston College subpoena request, which came from the State Department," she said.

But Silverglate argues the federal government could have invoked free speech concerns to deny the request.

Ed Moloney, the Irish journalist who founded the Belfast Project, said in an affidavit submitted to a Belfast court in September 2012 that Price did not mention McConville at all in her oral history. He believes that the U.K. wants to mine the archive for intelligence and thereby help preserve its influence over the politics of Northern Ireland.

"The fact that they have gone for these interviews the way they have means that no one — no one, now — is going to sit down and tell the truth about what happened," Moloney said.





ELISE AMENDOLA/ASSOCIATED PRESS

Massachusetts House Speaker Robert DeLeo was named an "unindicted co-conspirator." There's no official forum to contest such claims.

## Prosecuting Politics

On other occasions, Ortiz has presided over indictments that were so flimsy, the cases would later collapse.

The U.S. attorney obtained indictments, for example, of <u>Stryker Biotech</u> and several of its executives in 2009 for allegedly promoting uses of their health care products that were "off-label," or not approved by the Food and Drug Administration. The February 2012 trial was scheduled to take a month, but it lasted just two days. Ortiz's office decided to withdraw the bulk of the charges shortly after the opening statements, when it became clear that some of the surgeons the government claimed Stryker had defrauded were actually prepared to testify on the company's behalf, <u>according to Law 360</u>.

Gertner, the former judge, called the failure of the Stryker case "striking."

Ortiz's prosecutions of state officials and other politicians have also raised questions about her discretion. In 2014, after <u>supportive coverage</u> in The Boston Globe, she convicted three probation office employees of giving hiring preference to job candidates who were favored



by state legislators.

"There were leaks about the chief of probation where the chief was hiring the friends and daughters of judges and politicians. That is American politics and not a crime," said Gertner.

A higher court is now <u>taking a close look</u> at the high-profile case, and the two defendants sentenced to prison remain free.

Along the way, Ortiz's office <u>appears to have leaked</u> negative information about Robert DeLeo, then speaker of the Massachusetts state House, trying to connect him to the scandal. She later named him an "<u>unindicted co-conspirator</u>," damaging him publicly without giving him any legal forum to challenge the accusation.

"This has been, in my view, one of the leakiest offices I have ever seen," Gertner said.

Ortiz also <u>pursued another case</u> against another House speaker, which had begun under her predecessor. Salvatore DiMasi was accused of bribery, although <u>the underlying facts</u> look more like everyday lobbying. In 2011, he was sentenced to eight years.

## The Globe in Her Corner

While appellate courts can weigh in after the convictions, often the only real-time check on a runaway federal prosecutor is the media. That's welcome news for Ortiz, because the Globe named her "<u>Bostonian of the Year</u>" in 2011.

Now the two seem to share a mutual interest: The prosecutor has her eyes set on taking down Boston's mayor, and the paper is in search of a crusade that can match the impact of its investigation into the Catholic Church's pedophilia scandal. Ortiz's office is suspected of leaking a staggering amount of private information to the Globe, even <u>including details of wiretaps</u> of Walsh, the mayor.

"The wiretap is the most concerning," said Coakley. "It is highly guarded. It is under court order. The only people who would have access to that should not be in the position of leaking it."

Globe reporter Mark Arsenault chided HuffPost for presuming to know the source of the leaks. "I certainly wish I had your powers to divine other people's sources. It must be a great sense to have," he said in an email.

Indeed, there's no definitive proof that Ortiz and her team are the source of the leaks. But

Carmen Ortiz, U.S. Attorney, Would Pursue Marty Walsh Prosecution If Evidence Of Illegal Activity Surfaced | HuffPost



put it this way: Given the motive, the opportunity and the amount of circumstantial evidence that ties the U.S. attorney to the Globe, Ortiz herself would likely have sought an indictment.

*Do you have information you want to share with HuffPost? Here's how.*

 **BEFORE YOU GO** ──────────────────────────────



04:34

Mayor Walsh On Clinton Campaign, Everett Casino

 **Daniel Marans** 🐦
Reporter, HuffPost
**Ryan Grim** 🐦
Former Washington Bureau Chief, HuffPost

**Suggest a correction**

**MORE:**

( Must Reads )  ( Unions )  ( Boston )  ( Carmen Ortiz )  ( Marty Walsh )

## These Illustrations Show What Love Is Really Like Behind Closed Doors
Artist Amanda Oleander beautifully captures those relatable little relationship moments.



*Exhibit 129*

**POLITICS**　09/23/2016 07:14 pm ET | **Updated** Sep 23, 2016

# Why This Activist Hacker Is Launching A Hunger Strike In Jail

Martin Gottesfeld has two demands.

**By Daniel Marans and Ryan Grim**

Martin Gottesfeld, an activist jailed on charges stemming from a politically motivated cyberattack on Boston Children's Hospital, said he'll begin a hunger strike on Oct. 3 to bring attention to what he says is widespread mistreatment of children.

In a message published exclusively on HuffPost last week, Gottesfeld said he took out the hospital's internet in the spring of 2014 to protest the controversial treatment of teenager Justina Pelletier and to protest the "troubled teen industry" more broadly.

### ☰HUFFPOST☰

## Last chance to become a HuffPost founding member!

Sign up for membership to become a
founding member and help shape
HuffPost's next chapter

Yes, I want to support HuffPost

Gottesfeld is among those who criticize the hospital for separating Pelletier from her parents after they sought medical treatment for her. The hospital and state of Massachusetts claimed the parents had abused her with unnecessary and harmful medical treatments. (Check here for more information on Pelletier's controversial case, and here for a primer on Gottesfeld's involvement as part of the hacker collective Anonymous. And read this Huffington Post investigation into the industry.)



Congressional "Hearing on" Child Abuse and Deceptive Mar...

Gottesfeld, jailed since his arrest in February, says in a new statement that he has decided to go on hunger strike to renew attention on the troubled teen industry.

He says he'll begin his strike on October third and continue it unless two conditions are met: all of the presidential candidates must promise to work toward ensuring American children are spared the kind of mistreatment he says has victimized Pelletier. And the office of Carmen Ortiz, the U.S. Attorney for Massachusetts, which is prosecuting Gottesfeld, must end its "political," over-aggressive style of prosecution. (HuffPost catalogued Ortiz's underline controversial record of targeting progressives in a July report that caused a political dust-up in Massachusetts.)

Ortiz's office declined to comment on Gottesfeld's hunger strike or his demands.

**Here is Gottesfeld's full statement on his hunger strike:**

American children, marched to death, starved put into stress positions and solitary



confinement. Forced to eat their own vomit and trade sexual favors for food. Made to endure simulated executions and being denied life-saving medical care.

Before I was an advocate for Justina Pelletier, when I first encountered these and so many additional horror stories told by other survivors of institutionalized child abuse, they sounded too horrible to be true in modern America. I was stunned to find it all documented by Congressional hearings, Government Accountability reports, and a PBS documentary aptly entitled, *Who's Watching the Kids?*

How could this be happening, and how could it all be happening so quietly? Retired Congressman George Miller referred to these human rights violations as "an open secret" and worked tirelessly for decades to end this torture of America's youth. He held hearings, sponsored legislation year after year, and implored the Justice Department to investigate. Though eye opening, the hearings remain obscure. The legislation never passed and the Justice Department declined Miller's urgent request for action to protect these kids and hold the guilty accountable for past abuses.

Unfortunately in these cases, even when children died, law enforcement agencies rarely take meaningful action. For example, across the eight preventable deaths of institutionalized children examined in one of the GAO's reports, there were only two criminal prosecutions, leading to a total of one month of jail time.

Despite clear moral duty, as well as our nation's obligation under the Convention Against Torture, sadly such insufficient action is par for this very disheartening course. Knowing that there is no one else to protect these kids from this life altering, and too often life ending abuse, some advocates are compelled to act in the defense of these innocent children. In so doing, they can find themselves targeted by the same law enforcement agencies they had previously begged to safeguard the youth.

In a gross perversion of American jurisprudence, as well as an abject disregard for our nation's human rights obligations, the abusers are protected instead of the abused, and torture continues with impunity in the United States. This results in activists being scared out of the community, and potential advocates being chased away before they can author their first petition, organize their first protest, or even send their first tweet.

I've seen survivors of institutional abuse silenced by threats of both civil and criminal



prosecution, and the damage to reputation those entail. This must stop if there is ever to be justice for the kids.

So I ask my fellow citizens to join my wife and I in demanding a pledge from every presidential candidate to both work with legislators and to direct executive law enforcement action to protect our nation's most vulnerable and frequently marginalized youth, so that no future child ever has to endure the torture that Justina Pelletier and countless thousands of others have, in most cases, suffered in silence.

I humbly beg journalists from around the world to look into these matters and shine the bright spotlight which is desperately needed, and which they are uniquely suited to provide. My wife and I welcome opportunities to work with the media to raise awareness, and can be reached at FreeMartyG@gmail.com.

We encourage any members of the media who have previously inquired elsewhere, to contact us there now. We welcome the opportunity to speak with you.

Finally, having exhausted all other avenues to protect and raise awareness for these kids and their advocates, I'm announcing that absent the required pledges from our candidates, as well as an immediate change of course away from the political prosecution the Boston U.S. Attorney's Office has sadly become well known for, I will begin a hunger strike the night of Monday, October 3.

For news, updates, to speak out, or hear those who do, please follow @FreeMartyG and/or like the Facebook page. We're also seeking volunteers. There is a lot to do.

Follow @FreeMartyG



Who's Watching the Kids?

*Do you have information you want to share with HuffPost? <u>Here's how.</u>*

 **BEFORE YOU GO** ─────────────────────────

PHOTO GALLERY

Election 2016



See Gallery



**Daniel Marans** 
Reporter, HuffPost
**Ryan Grim** 
Former Washington Bureau Chief, HuffPost

<u>Suggest a correction</u>

**MORE:**

( Hunger Strike )  ( Carmen Ortiz )  ( Martin Gottesfeld )  ( Justina Pelletier )

## These Illustrations Show What Love Is Really Like Behind Closed Doors

Artist Amanda Oleander beautifully captures those relatable little relationship moments.

**HuffPost**

## MOST SHARED

**Trump's Strongest Allies In Congress Don't Care How History Will Remember Them**

**William Shatner Reportedly Files For Divorce From His Fourth Wife**

**Billie Eilish Shocks Alicia Keys With 'Fallin' Cover She Did At 12**

**Mick Mulvaney Says Politics 'Should Influence Foreign Policy'**

## WHAT'S HOT

SIGN IN   **SUBSCRIBE**

*Exhibit 130*

**TECH & SCIENCE**

# ANONYMOUS HACKER BEGINS SECOND WEEK OF HUNGER STRIKE IN PRISON

BY **ANTHONY CUTHBERTSON** ON 10/11/16 AT 6:21 AM EDT



A still from an Anonymous video from the #OpJustina campaign.
ANONYMOUS #OPJUSTINA/ YOUTUBE



SIGN IN   **SUBSCRIBE**

**A**n alleged Anonymous hacker has begun his second week of a hunger strike in prison to protest perceived institutionalized torture and political prosecutions against the likes of the late internet activist Aaron Swartz.

Martin Gottesfeld, 32, began the hunger strike on October 3 and tells *Newsweek* he has already lost eight pounds. Gottesfeld faces charges under the Computer Fraud and Abuse Act after allegedly being involved in the hacking of Boston Children's Hospital in 2014 following the apparent mistreatment of one of its patients.

A video released by the hacker collective Anonymous in 2014 called for attacks against the hospital in response to the controversial Justina Pelletier child-custody case. The video claimed that 15-year-old Pelletier was held against her will by the State of Massachusetts and was "tortured physically and mentally."

abuse of children.

SIGN IN **SUBSCRIBE**

After seeing and hearing of so many such atrocities against children, understanding the struggle of advocates and survivors against already seemingly impossible odds, and now witnessing how little has changed as a result of the last tragic prosecution of an activist in Boston under the CFAA, I would rather die than allow Carmen Ortiz to succeed in this attempt to rewrite history. So, I have begun a hunger strike. I will not eat, nor consent to any artificial nutrition until the might of The United States of America is once again focused on protecting its children, instead of those who abuse them.

Sincerely,

Martin S. Gottesfeld

A letter written by Martin Gottesfeld from prison detailing the motivations of his hunger strike.

**MARTIN GOTTESFELD**

Gottesfeld says he will continue the hunger strike until two demands are met. Firstly, he has asked for the U.S. presidential candidates to promise to help ensure children are not mistreated in the way he claims Pelletier was.

"My motive for the strike is to get pledges from candidates so that something can finally happen after decades of children being tortured, abused and killed," Gottesfeld tells *Newsweek* through his wife Dana Gottesfeld.

"It's inexcusable for the death and abuse of so many children go unpunished. We should do better for America's youth."

SIGN IN  **SUBSCRIBE**



Martin Gottesfeld was arrested in Miami in February on hacking charges. He has now been indicted despite being on hunger strike in prison.
FREEMARTYG

**RELATED STORIES**

**Hacker Stranded at Sea Rescued by Disney Cruise Ship**

**'Thousands of Hospitals' at Risk to ISIS Hackers**

SIGN IN   **SUBSCRIBE**

4.8K

Does the case of a donor's DNA replacing the
host of a transplant's DNA concern you?

◯ Yes, I wouldn't want that to happen to me

◯ Somewhat, but I also find it interesting

◯ No, not really

◯ I don't know

Powered by

Secondly, Gottesfeld has called for an end to the "political" style of prosecution waged by Carmen Ortiz, the U.S. attorney for Massachusetts.

Ortiz is involved in Gottesfeld's prosecution and was previously involved in the case against Reddit co-founder Aaron Swartz, who committed suicide while under federal indictment for alleged computer crimes. Ortiz's office has declined to comment on the hunger strike.

Dana says her husband is hopeful his conditions will be met, adding: "If the candidates make the pledge but don't make good on it, he plans to strike again."

Gottesfeld faces up to five years in prison and a $380,000 fine. A FreeMartyG campaign has been launched by his friends, family and supporters to help raise awareness of his case.

Gottesfeld was originally arrested by the FBI after he was rescued off the coast of Cuba in February by a Disney cruise ship. Gottesfeld and his wife were aboard a sailboat in the Caribbean when they encountered problems and were forced to issue a distress signal.

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

# Popular in the Community

Exhibit 131

SIGN IN  **SUBSCRIBE**

**TECH & SCIENCE**

# ANONYMOUS HACKER INDICTED AS HUNGER STRIKE CONTINUES

BY **ANTHONY CUTHBERTSON** ON 10/21/16 AT 12:42 PM EDT



Martin Gottesfeld was arrested in Miami in February on hacking charges. He has now been indicted despite being on hunger strike in prison.
FREEMARTYG

  

SIGN IN    **SUBSCRIBE**

A member of Anonymous has been indicted on hacking charges whilst on the third week of a prison hunger strike protesting perceived institutionalized torture and political prosecutions.

Martin Gottesfeld, 32, was charged this week in relation to the hacking of Boston Children's Hospital in 2014 following the alleged mistreatment of one of its patients. Gottesfeld has previously admitted to targeting the hospital, though says he did it in defense of "an innocent, learning-disabled, 15-year-old girl."

Justina Pelletier, referred to in the indictment as 'Patient A', was placed in state custody in 2013 after the Massachusetts hospital claimed her parents were interfering with her care. A video released by the hacker collective Anonymous, which was allegedly produced by Gottesfeld, appeared online in 2014 in the hope of drawing attention to the alleged injustices.

"Gottesfeld posted a YouTube video calling, in the name of the hacking organization Anonymous, for action against Children's Hospital in response to its treatment of Patient A," the indictment states. The video does not explicitly call for an attack.

Since beginning his hunger strike on October 3, Gottesfeld tells *Newsweek* from prison he has lost 16.5 pounds. He says he will continue his hunger strike until two demands are met: a promise from the presidential candidates that children are not mistreated in the way he claims Pelletier was; and an end to the "political" style of prosecution waged by Carmen Ortiz, the U.S. attorney for Massachusetts.

The office of Carmen Ortiz is yet to respond to a request for comment on the matter.

The prosecutors allege that the subsequent DDoS attack against the hospital lasted for seven days and disrupted the institution's day-to-day operations, as well as research being done at the hospital. Gottesfeld denies that it caused disruption to patient care.

**RELATED STORIES**

**Anonymous Hacker Begins Second Week of Hunger Strike**

**Anonymous Hackers Declare War on Donald Trump**

**Google Hires Founder of 4chan, Birthplace of Anonymous**

The cost of responding to and mitigating the damage from the cyber attack, according to the indictment, came to more than $300,000.

SIGN IN **SUBSCRIBE**

Man's blood and semen found to contain only donor's DNA after bone marrow tran…

Does the case of a donor's DNA
replacing the host of a
transplant's DNA concern you?

4.9K

○ Yes, I wouldn't want that to happen to me

○ Somewhat, but I also find it interesting

○ No, not really

○ I don't know

Powered by

In response to the indictment, Gottesfeld issued the following statement from prison: "It's shocking, the treatment Justina and her family endured has been held to violate the Convention Against Torture. Her case was much more than a medical and custody dispute. She suffered horribly for over a year and could have died.

"Now their opponent is an imprisoned human rights activist on the third week of a hunger strike, and they still won't engage in a public debate where they hold every advantage, except the whole truth. This indictment, and the manner in which it was unsealed, were cowardly acts."

A FreeMartyG campaign has been launched by his friends, family and supporters to help raise awareness of his case.

_To Whom It May Concern,_

_What happened to Justina Pelletier goes far beyond a medical or custody dispute, and beyond child abuse. Justina was tortured. Tragically, tens, if not hundreds, of thousands of children have suffered horrific abuse at fraudulent places who have no legitimate right to call themselves "residential treatment programs." As I found early in my [advocacy], no two survivors' stories are the same. These atrocities are well_

SIGN IN  **SUBSCRIBE**

documented and one of these places is probably closer than you would think.

I volunteered as an advocate until the FBI knocked on my door. Sadly, the same United States Attorney and FBI office that ignored Justina's suffering and her family's pleas for over a year have decided to spend our tax dollars protecting those who tortured her as well as those who have tortured thousands of children elsewhere. No matter what the intent of this ill-conceived effort, if successful, it would result in victimizers being relabelled as victims, the intimidation of activists and advocates, and worst of all the continued and unchallenged institutional abuse of children.

After seeing and hearing of so many such atrocities against children, understanding the struggle of advocates and survivors against already seemingly impossible odds, and now witnessing how little has changed as a result of the last tragic prosecution of an activist in Boston under the CFAA, I would rather die than allow Carmen Ortiz to succeed in this attempt to rewrite history. So, I have begun a hunger strike. I will not eat, nor consent to any artificial nutrition until the might of The United States of America is once again focused on protecting its children, instead of those who abuse them.

Sincerely,

Martin S. Gottesfeld

A letter written by Martin Gottesfeld from prison detailing the motivations of his hunger strike.

**MARTIN GOTTESFELD**

Gottesfeld was originally arrested by the FBI after he was rescued off the coast of Cuba in February by a Disney cruise ship. Gottesfeld and his wife were aboard a sailboat in the Caribbean when they encountered problems and were forced to issue a distress signal.

**REQUEST REPRINT & LICENSING, SUBMIT CORRECTION** OR **VIEW EDITORIAL GUIDELINES**

# Popular in the Community