12/10/2019 | Case 1:18-cv-10836-PGG | Aaron Hernandez's Suicide Highlights Systemic Problem In Massachusetts Jails And Prisons | HuffPost | Filed 12/17/19 Page 1 of



☰

and these abhorrent practices before action is taken? I hope none.

Are the Massachusetts Board of Registration and Medicine and Department of Mental Health mere rubber stamps? I hope not.

How much time will go by before the governor's office and attorney general address these human rights violations and their tragic consequences? I hope not long.

Best Regards,

Martin "MartyG" Gottesfeld

ID #71225, BS1 Bed 6

PCCF

26 Long Pond Road

Plymouth, MA 02360

CC: Joan Mikula, Commissioner, Commonwealth of Massachusetts Department of Mental Health

Beth McLaughlin, Chief of Staff/General Counsel, Commonwealth of Massachusetts Department of Public Safety

Daniel Bennett, Secretary, Commonwealth of Massachusetts Executive Office of Public Safety and Security (EOPSS)

Massachusetts Bar Association

*Do you have information you want to share with HuffPost? Here's how.*

 **BEFORE YOU GO**



Marty Gottesfeld <mgottesfeld@gmail.com>

Exhibit 138

## Since you like to threaten women while their husbands are away...
1 message

**Marty Gottesfeld** <mgottesfeld@gmail.com>  Mon, Aug 21, 2017 at 12:01 PM
To: adam.bookbinder@usdoj.gov
Bcc: abandler@dailywire.com, jjamitis@gmail.com, alexnewman_85@hotmail.com, Dana Barach <danabarach@gmail.com>, freemartyg@gmail.com

Mr. Bookbinder,

Your recent threat against my wife raises important questions and since you and your cronies will see to it that I don't get to ask these at my trial in January, I figured I'd pose them to you here and now.

First, what's it like to try desperately to intimidate a lady, but fail because she has more courage and integrity in the pinky finger she used to type a YouTube description than you and your entire crooked, god forsaken office can muster to protect and seek justice for a tortured child?

Second, when you see the attached pictures of Justina before and during the awful things your alma mater's teaching hospital did to her, does any sense of conscience bother you at all or is your sole concern protecting your allies who tortured her? Do you feel any instinctual drive to use your position of authority to seek justice for her or are you irredeemably without conscience?

Do you and your associates think that going to Harvard means never having to admit your wrong and never having to apologize? Do you think you're totally unaccountable? If so, how would your office explain its failure to apply the law to protect Justina and her family?

What would you tell President Trump or Attorney General Sessions if they were to ask you why a private citizen ever had to take such extraordinary action to protect an American child on your watch?

If you have the decency to answer these questions, you know how to reach me.


Martin



**2nd before and after.jpg**
11K

Exhibit 139





Fb page: https://www.facebook.com/FreeMartyGottesfeld/

# Protesters offer U.S. Attorney Ortiz not-so-fond farewell

By: Kris Olson January 12, 2017



April Love (left) and Dana Gottesfeld hold up signs highlighting what they say is a legacy of overzealous prosecution, particular under the Computer Fraud and Abuse Act, being left by outgoing U.S. Attorney Carmen M. Ortiz.

As U.S. Attorney Carmen M. Ortiz was celebrating her final week as Massachusetts' top federal prosecutor, a small group of protesters gathered Jan. 11 outside the Moakley Courthouse to mark more somber milestones related to a pair of her more controversial prosecutions.

Among the protesters was Dana Gottesfeld, the wife of imprisoned hacktivist Martin Gottesfeld, who has been on a near-100-day hunger strike while being held, now in New York, in connection to charges under the Computer Fraud and Abuse Act. Gottesfeld allegedly conspired with members of the hacktivist group Anonymous to organize an "online sit-in," which crashed Boston Children's Hospital's public website as a means of protesting the treatment — or "torture" — of 15-year-old Justina Pelletier. Dana Gottesfeld shared copies of a statement from her husband, which began: "During the past 95 days, I have given a lot of thought to Justina Pelletier and the horrific abuse that thousands of institutionalized children just like her face every day. I've also thought a lot about the power of Boston Children's Hospital and how those corrupt medical staff who abused Justina — who conspired to take her away from her parents, are presently free, sitting in the rooms of Bader 5, likely repeating the same offense. And finally, I have thought a bit about U.S. Attorney Carmen Ortiz — and the legacy she will leave behind — a legacy built on fear, intimidation, rebuke."

The statement continued that the "only justice affiliated with [Ortiz] is the fact that she is now leaving."

He urged Pelletier's other supporters to "stay strong" and not to give up, and to that end he said he was ending his hunger strike "to gain strength so that I can maintain the ability and God-given right to continue to defend those who cannot defend themselves — the children."

Signs at the protest also highlighted the fact that Jan. 11 was the four-year anniversary of the suicide of Aaron Swartz, whom Ortiz prosecuted under the Computer Fraud and Abuse Act of 1986. Swartz had downloaded a trove of 4 million journal articles from JSTOR, a not-for-profit archive of scientific journals and academic work, using MIT's computer network and an account he had been given as a Harvard research fellow. Swartz was indicted on charges of wire fraud, computer fraud, unlawfully obtaining information from a protected computer, and recklessly damaging a protected computer, crimes that carried a maximum penalty of 35 years in prison and a fine of up to $1 million.

Months before his death, Swartz had rejected a deal that would have seen him spend six months behind bars. On Jan. 11, 2013, he was found hanging in his New York apartment, an act his family and others have attributed to what they say is the overzealous pursuit of criminal charges against him.

"We are hoping the next U.S. attorney takes a different approach," Dana Gottesfeld said.
**Share this:**

**PRIORITY MAIL**

RECEIVED DEC 17 2019 PRO SE OFFICE

FROM:
Dana Gottesfeld In care of
Martin Gottesfeld, Reg #
Fci Terre Haute
PO Box 33
Terre Haute, IN 47808

TO:
SDNY Pro Se Office
500 Pearl St.
NY, NY 10007

UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL**

- Date of delivery specified for domestic use.
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.
- Order supplies online.
- When used internationally, a customs declaration may be required.

Retail
US POSTAGE PAID
$10.15
Origin: 02205
12/11/19
2400790109-16

PRIORITY MAIL 2-DAY®
3 Lb 1.30 Oz
1006
C014

EXPECTED DELIVERY DAY: 12/16/19

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® NUMBER
9505 5145 7861 9345 6357 57

RECEIVED DEC 17 2019 PRO SE OFFICE

PRESS FIRMLY TO SEAL