Hon. Paul G. Gardephe
U.S. DISTRICT JUDGE
U.S. District Court
500 Pearl St.
N.Y., N.Y., 10007

12/19/19

RECEIVED JAN - 3 2020 PRO SE OFFICE

RE: Gottesfeld v. Hurwitz, 18-CV-10836(PGG);
EMERGENCY VIDEO CONFERENCE, SHOW Cause order;

Dear Judge Gardephe

My name is Demetrius Hill, I am a prisoner currently confined at FCI Terre Haute SHU, I was just moved from the FCI Terre Haute (FTH) CMU-SHU where I was kept in solitary confinement for the past 6½ month - I had been designated to the CMU October 2018. I write on mr. Gottesfeld's (whom I know & call "Marty G") behalf to urge this Court to hold an immediate/emergency video or phone conference and issue a show cause order into his conditions of confinement, health & well-being. Marty G was 10 days into a hunger strike, locked in the CMU-SHU, which has only 6 - HOT, insect infested, filthy cells. The water in these cells is obviously contaminated (it has a gray fog, and has a rank odor and is so strong it's left a visible brownish/greenish corrosion in the sink & toilet that

1

can not be scrubbed out) so that Marty G has refused to drink it, and Medical has finally decided to bring him 2 - 4 oz ounce containers of water. Although his mind, heart & spirit are strong, he's fighting the good fight w/ courage - he has: complained of muscle pains & joint pains & feeling excessively tired at times, he has not been given his blood pressure medication, and is being denied any fluids other than water, when I left he was being threatened w/ force feeding - they refuse to allow him to simply drink ensure or boost. This facility uses force-feeding as a brutal coersive tactic...

From my CMU-SHU cell I witnessed Marty G send several letters (w/ postage affixed to them) to this Court, however b/c the mail leaving the CMU must all be "cleared & approved" by the Counter Terrorism unit (CTU) and CMU staff repeatedly hold/delay outgoing & incoming mail for weeks, months and some time never send the mail out (or let it in for that matter) he has no way of knowing if the Court has received his numerous letters. I myself have been subjected to this, and have first hand experience of dealing

2

with my mail being delayed, rejected or simply disappearing. Hence why I had another prisoner place his name on the envelope for this letter b/c although I have been moved to the FCI SHU, only CMU-staff are allowed to pick-up my outgoing mail (or deliver incoming mail) and it still must go thru CTU, so to ensure it went out I "fished" the letter to a fellow prisoner who had the courage to mail it.

Marty G. also wanted me to inform the Court, that I too was confined at MCC-N.Y. in 2016 (me & Marty must of missed one another by weeks) on G-tier aka 10 South Lower, and I too filed litigation over the conditions of confinement, inter alia, See, HILL v. TATUM (2017 or 18 I don't have the docket number), I was actually there on a writ, litigating HILL v. Laird, 06-cv-126(JS)(EDNY) which arose out of draconian conditions of confinement, 1st Amendment retaliation, and excessive force - in which one defendant was prosecuted (weakly) & aquitted, for similar acts against another prisoner. The BoP settled Hill v. Laird, supra, for $30,000, and the start of the litigation was minimally covered by The N.Y. Post, See "Con Lover claims Jail violence". One of the only articles they got correct.

3

While in MCC-NY, I managed to be interviewed by reporter Joe Shapiro of NPR news about the extremely violent & dangerous "Special Management Unit" (SMU) at USP Lewisberg, PA. It was shortly after that, that the BoP had me placed in the (FTH) CMU here and when I began filing complaints about being placed in the CMU - I have now been designated back to the SMU at AUSP Thomson! After 18 years of imprisonment for the alleged Robbery of drug dealers with a BeeBee,,, I have 2 years until my release in 2022 and the BoP has no intention of aiding my reintergration into society,,, or placing me in a half-way house (RRC) so I can acclimate to being free - no they are sending me to the SMU the most violent prison in the country. And I'll walk out of prison after 20 years in penitentiary - I'll be released from solitary confinment...

  I thought the First Step Act (FSA) was suppose to prevent this? But as I told Marty G. prisoners are the forgotten, constituents of no one in Congress, theres More compassion for immigrants, Represenitives do

4

suprise visits at immigration detention facility,s, yet NOT one Representitive has ever done a suprise visit at any U.S. penitentiary, the Special Management unit, or question the abuse of prisoners who are american citizens. Me & Marty G are subjected to extreme sensory deprivation, no newspapers, no magazines, no radios are allowed despite the DOJ issueing a report & recommendation to the BoP saying all SHU', SMU', RHU', ADX need to have radios for news & music, yet I've just spent 6½ months locked in a concrete cage under extreme sensory deprivation, now its Marty G' turn! Marty G asked me what he had to look forward to in the BOP and about my experience. I told him,

The 1st Amendment is kidnapped, gaged, and locked in special housing units in the Bureau of Prisons, jailhouse lawyers & prisoner advocates will come to know sorrow, solitary confinement, and a deafening silence... I thank the Court for its time & hope it will grant Marty G some relief —

*Note: Enclosed my CMU Refferal & "BloodLust" article
Note: I'm from N.Y. I'm trying to reach "AOC" my Rep.
Note: Dana (Martys wife) he's strong I will write u direct once I get to the SMU - keep ur eyes on the docket he's sent a few documents, we'll talk —

Stu Struggle
Demetrius Hill
AKA
King Demetrius
TREASON

5

## SOLITARY's QUIET SILENCE

Solitary is so quiet I can hear Her silence,,,
When we met we became fast friends,
No matter what I said or did she always listened,
Silent, yet I could feel Her presence
She never got upset or impatient when I said the same thing
again & again & again
She never interupted,
I always had Her attention
When I yelled, cursed or threatened
Not once was she offended
Her indifference was a different kind of violence
I feel captured like an Angel in the whirlwind
five senses left senseless, Solitary's speach is always speachless, yet,,,
Solitary is so quiet I can hear Her silence,,,
She's quiet as I make my Confession
She's quiet as I pray my lil brother made it to Heaven
   quiet as I ask God for forgiveness
   quiet as I ask God for vengeance
   quiet as I speak to dead friends & relatives
Yet only Solitary hears the man caged in a cage,
I heard Her say "If Jesus were alive today, he'd pray
never to feel Solitary's embrace,
yet Jesus too would be caged in a cage at ADX, CMU, SMU
or Guantanomo Bay" and the Lord would say
Solitary ur so Quiet, but I can hear uR silence....

                                    In Struggle
                                    King Demetrius
                                    TRZN

6

## NOTICE TO INMATE OF TRANSFER TO COMMUNICATION MANAGEMENT UNIT

**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

| Inmate Name (Last, First, Middle): DEMETRIUS, Hill | Register Number: 68133-053 |
|---|---|
| Warden (print and signature): J. R. Bell, Warden | Institution: FCI Terre Haute, Indiana |

**NOTICE:** This notice informs you of your transfer to a Federal Bureau of Prisons (Bureau) facility that allows greater management of your communication with persons in the community through more effective monitoring of your telephone use, written correspondence, and visiting. Your communication by these methods may be limited as necessary to allow effective monitoring. Your general conditions of confinement in this unit may also be restricted as necessary to provide greater management of your communications. Your transfer to this unit, by itself, will have no effect on the length of your incarceration. You will continue to earn good-conduct sentence credit in accordance with Bureau policy.

Your transfer to this facility under these conditions is based on the following specific information: On August 27, 2018, the SIS Office at USP Terre Haute completed the investigation which determined, that you and Floyd Black Spotted Horse, Reg. No. 13173-073, formed a group identified as "Treason," while housed in general population at USP Terre Haute. Allegedly, the group was initially formed to fight for equality for all inmates and individuals, who felt oppressed by the government. As the group began to gain members and notoriety, the focus shifted from standing up for the oppressed, to organizing a movement to overthrow the government. In an effort to advance that agenda, you dispersed informational packets to the members of the group, which included the varying definitions of treason in different countries and the penalty imposed by those countries for committing treason. The investigation further determined that you and Black Spotted Horse created a hierarchy within the group and identified specific individuals with varying degrees of authority. Each leader was designated the responsibility for the oversight of the other members of the group and for the recruitment of new members.

While incarcerated, you have developed an extensive disciplinary history. Of those incidents, eight were for misuse/abuse of authorized communication methods.

Your communication with persons in the community requires heightened controls and review based on your recent misuse of inmate communications. To deter your attempts at using inmate communications to engage in illegal activities, it was recommended that you be submitted for placement in a Communications Management Unit (CMU) for increased monitoring of your communications to protect the safety, security, and good order of BOP institutions, government officials, and the public.

Based on this information, your transfer to this facility for greater communication management is necessary to the safe, secure, and orderly operation of Bureau institutions, or protection of the public. Your continued designation to this facility will be reviewed regularly by your Unit Team under circumstances providing you notice and an opportunity to be heard, in accordance with the Bureau's policy on Classification and Program Review of Inmates.

**OPPORTUNITY TO APPEAL TRANSFER DECISION** - You may appeal this transfer decision, or any conditions of your confinement, through the Bureau's Administrative Remedy Program, 28 C.F.R. §§ 542.10 through 542.19, and corresponding policy. A member of your Unit Team will provide you with the necessary form upon request.

**INSTRUCTIONS TO STAFF** - Provide the inmate a copy of this form and complete the following information documenting delivery.

| Staff Member Name and Position (printed): C. Swift / CSW | Staff Member (signature): | Date Issued: 10-11-2018 |
|---|---|---|

M.D. Carvajal, Acting AD Assistant Director, Correctional Programs Division

Remedy No.: 997712-F1                                    FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted November 20, 2019, in which you allege you are unaware of when your mail leaves FCC Terre Haute. As relief, you request to receive notice of when each piece of mail reaches the United States Post Office.

A review of your request reveals all mail is reviewed by CTU staff before delivery to the inmate or further processing to the post office. Therefore, your mail is being processed appropriately. There are tracking labels available to track your mail if you wish to maintain up-to-date information.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_12/05/19_
Date

B. Lammer, FCI Warden

Remedy No.: 986807-F1                                              FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted August 7, 2019, in which you allege you have been denied access to non-fiction books and denied the ability to have access to your books from your personal property. For relief, you request that you receive soft back books from your personal property.

A review of your request reveals in regards to personal books, Program Statement 5270.11, Special Housing Unit, Section 12 (h),3), states in part, "The Warden may modify the quantity and type of personal property allowed. Personal property may be limited or withheld for reasons of security, or housekeeping." As a result, local security concerns, fire safety, and housekeeping needs have dictated personal books, magazines, newspapers and radios are currently withheld from inmates housed in the Special Housing Unit. Books provided by the institution are available to be borrowed from the book cart.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, North Central Regional Office, Federal Bureau of Prisons, 400 State Avenue, Suite 800, Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

10/03/19
Date                                                               B. Lammer, Warden

Case 1:18-cv-10836-PGG Document 121 Filed 01/03/20 Page 10 of 11
Case 2:08-cv-05219-AKT Document 82 Filed 12/30/09 Page 5 of 5 PageID #: 5762
"EXHIBIT A"

# 'BLOOD' LUST OF SEX SHRINK



**CELL MATE:** Magdalena Sanchez wrote a judge a letter (below) trying to cut the 85-year sentence of her alleged lover.

**PARTY ON!** Demetrius Hill, wearing a party hat in pic with mom Ruth Crumpton, is a "manipulative" Romeo, she said. He allegedly also had an affair with a Nassau County jail officer.

## Scary jail gang-banger

**EXCLUSIVE**

By JANA WINTER, BRUCE FURMAN, STEFANIE COHEN and JEANE MacINTOSH

The mystery inmate who had a jailhouse affair with a stunning prison shrink is a violent, abusive, twice-convicted felon who is a member of the Bloods gang, The Post has learned.

And psychologist Magdalena Sanchez kept her lover, Demetrius Hill, on suicide watch so they could have sex in private whenever she wanted, a source close to the case said yesterday.

"She kept him on suicide watch so she could have exclusive access to him," the source said.

Sanchez, 35, was indicted last week for allegedly having cell-block romps with Hill, 29, between September 2005 and February 2006 and lying about it.

She is out on bail and living on the Upper West Side with her hubby, finance whiz Josh Spitz.

Court records reveal that just weeks before authorities discov-



**FLASHBACK:** How The Post told the story Saturday.

ered Hill be sprung from prison.

She was trying to convince Judge Denis Hurley — who was about to sentence Hill for robbery and gun possession — that the four years Hill served before his conviction were "punishment enough for his acts."

"It would be a shame for someone like Demetrius to [be] robbed of the opportunity to have a normal life..." she wrote. He

was sentenced only to 20 years, but not because of Sanchez's efforts. Court records reveal his lawyer managed to get Hurley to throw out many of the charges on jurisdictional grounds.

Hill was moved to a federal prison in West Virginia.

Hill was arrested in February 2002 and charged with robbing Nassau County drug dealers with a BB gun and a .25-caliber pistol.

Convicted in February 2005, Hill — who had previously done time for attempted robbery — was awaiting sentencing at the Metropolitan Detention Center in Brooklyn when he allegedly began his fling with Sanchez.

The pair could hook up easily because Hill was in a special "suicide cell," sources said.

"I saw her come in late at night. I know they were alone for many, many hours at a time, sometimes the whole night," recalled a retired officer, who said he was on duty when Sanchez made her house calls.

"She wore very tight, enticing clothes — like a tight, low-cut, short, red dress and very high heels that would click up and

**Dear Judge Hurley:**

I am writing on behalf of Demetrius Hill ...

When one considers everything Demetrius has faced in his mere 27 years of life, it is shocking that he is still alive and that he's not charged with more serious, heinous, and violent crimes than "robbing drug dealers with a BB gun" ...

In addition to this, Demetrius has friends like me who are willing to help and support him in the reintegration into society.

Respectfully,

**Magdalena Sanchez, Ph.D.**

Several areas of the federal pen are camera-free, including the suicide cells, where Hill was sent after swallowing a razor blade in a purported attempt to kill himself, the ex-guard said.

While Hill was on suicide watch, he was put in a padded cell and stripped naked, with only a cover-up apron for clothing.

"They are watched 24 hours a day by a guard. But if a psychologist comes in — like Sanchez did — and says, 'I'd like to meet with my patient,' the guard has to go," the former guard said.

Court records describe Hill as a violent, uncontrollable inmate who throws feces and urine at guards.

"He was very violent — she tamed him," the ex-worker said.

Despite his proclivity for violence, Hill was regarded — even by prosecutors and his jailers — as extremely intelligent, court papers show. He represented himself during much of his robbery

Hill, described by a source as "charming enough to figure out how to seduce half the world," seems to have a thing for women who hold powerful prison positions, court records show.

Before Sanchez and between prison stints, he allegedly had an affair with a Nassau County correction officer, Cynthia Plummer, who allegedly provided the car for his robbery spree.

Like Sanchez, Plummer was indicted for lying about her relationship with Hill and it cost her a $70,000-a-year job. The charges were later dropped.

Plummer yesterday denied knowing Hill.

Hill's mother, Ruth Crumpton, said yesterday she was "not surprised" to hear her son had a relationship with Sanchez.

"He is a Romeo," she told The Post as she made dinner in her Elmont, L.I., home. "He's "a very manipulative young man."

*Additional reporting by John*



23 DEC 2019 PM 5 L

NAME: TERRY BYRD
NUMBER: 16607-027
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

To: Hon. Paul G. Gardephe
U.S. District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Legal Mail —
open only in presence
of addressee

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

Legal Mail

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:

INMATE
IDENTIFICATION
CONFIRMED

DEC 20 2019

RECEIVED
JAN
PRO SE OFFICE

USDC SDNY