United States District Court
Southern District of New York

Martin S. Gottesfeld, pro se,
Plaintiff
— against —
Hugh J. Hurvitz, et al.

Case No.: 18-cv-10836-PGG-GWG

RECEIVED JAN -6 2020 PRO SE OFFICE

## MOTION FOR AN EXTENSION OF TIME

Plaintiff Martin S. Gottesfeld (herein "plaintiff"), acting pro se, hereby moves the Honorable Court for an extension of time in which for him to file pursuant to the prison-mailbox rule a specific motion for leave to file a sur-reply to the defendants' reply memorandum (D.E. 111), as well as all other responsive filings, until January 19th, 2020.

In support of this motion, the plaintiff notes the circumstances detailed in his filings dated December 12th, 14th, and 18th, 2019; and he herewith provides and moves the Court pursuant to Fed. R. Evid. 201(c)(2) to take mandatory judicial notice of Exhibit 1 hereto, Declaration of Martin S. Gottesfeld; and Exhibit 2 hereto, diagram of the cell in which he is confined twenty-two (22) to twenty-four (24) hours per day without a work surface.

Should the Court be left with any questions or should the defendants oppose this motion, the plaintiff requests a hearing.

The plaintiff further notes Exhibit 1 hereto ¶22.

Respectfully mailed in accordance with the prison-mailbox rule in an envelope bearing sufficient affixed pre-paid first-class U.S. postage handed to Ms. J. Wheeler on Thursday, Dec. 19th, 2019, or the next chance thereafter

1 of 1    by: /s/ MSG Martin S. Gottesfeld, pro se

Exhibit 2 - FCI-THA CMU SHU
Cell Floor Plan

Legend:
A. Sink (corroded), drinking water is brown
B. Corrosion at base (lots of brown paint), paint chips were at my feet
C. Bunk beds
D. 4-point restraint hooks
E. Exposed rebar — burn hazard
F. Pipes with burst insulation (w/possibly asbestos residue)
G. Floor stains
H. Space where 3rd bunk bed was a year ago

Drawn by Martin S. Gottesfeld, 2019-12-19

(floor plan sketch with labels: Door, 1 piece, 3 piece, 5 piece, Toilet, window)



NAME: Martin S. Gottesfeld
NUMBER: 12152-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

U.S. District Court
Pro Se Clerk's Office
500 Pearl St.
New York, NY 10007

Thursday, December 19th, 2019
Houston v. Lack, 487 U.S. 266
(1988)

RECEIVED
JAN - 6 2020
PRO SE OFFICE




NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Wednesday, December 18th, 2019, Houston v. Lack, 487 U.S. 266 (1988)

US District Court
Pro Se Clerk's Office
500 Pearl St.
New York, NY 10007