**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

January 9, 2020

BY ECF

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Gottesfeld v. Hurwitz*, 18 Civ. 10836 (PGG)

Dear Judge Gardephe:

      On January 6, 2020, Plaintiff Martin Gottesfeld filed a motion seeking an extension of time to file a sur-reply to Defendants' motion to dismiss. Dkt. No. 124. Defendants oppose this motion. Notably, the Court has not granted Plaintiff permission to file a sur-reply at all, thus this motion is improperly characterized as a "motion for extension of time."

      As noted in Defendants' reply memorandum of law, *see* Dkt. No. 111 at 14, Plaintiff has already submitted a memorandum in opposition that is well in excess of the typical number of pages permitted by courts in this District. Your Honor's individual rules of practices permit opposition briefs to be 25 pages in length. While these rules of practice except *pro se* cases, Plaintiff's filing of a 163-page opposition (along with a great many exhibits) surely is sufficient to have given him adequate opportunity to present his arguments. *See* Dkt. No. 101.

      I thank the Court for its attention to this matter.

        Sincerely,

        GEOFFREY S. BERMAN
        United States Attorney of the
        Southern District of New York

By:   /s/ Alexander J. Hogan
      ALEXANDER J. HOGAN
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2799
      Fax: (212) 637-2686
      E-mail: alexander.hogan@usdoj.gov

cc:    Martin Gottesfeld, Register Number 12982-104
       FCI Terre Haute
       Federal Correctional Institution
       P.O. Box 33
       Terre Haute, IN  47808