C

Dana Gottesfeld in reference to Martin Gottesfeld
Martin Gottesfeld, Register Number 12982-104
FCI Terre Haute Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Honorable Paul G. Gardephe
United States District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 1007
Re: Gottesfeld v. Hurwitz, 18 Civ. 10836 (PGG)



RECEIVED
JAN - 8 2020
PRO SE OFFICE

Re: *Gottesfeld v. Hurwitz*, 18. Civ. 10836 (PGG)

Dear Judge Gardephe,

I hope this letter finds you well. I speak as next of friend and wife to plaintiff Martin Gottesfeld. As Mr. Gottesfeld has explained, on Monday December 9th he was placed inside of the Solitary Housing Unit (SHU) inside the Communications Management Unit (CMU) at FCI Terre Haute. Mr. Gottesfeld has gone into great detail in docket entries 116 forward (as of now to 119) explaining what happened, the conditions inside the SHU, and the attempts from the instant defendants to sabotage this case in front of the Honorable Court by retaliating against him by placing him in the SHU without potable water. On Friday January, 3rd the government responded. Per the history of mail room interference on this docket, one may expect not to hear back from Mr. Gottesfeld for over a month. (Please see d.e. 93, page 3), therefore I feel that I must address Your Honor in a timely fashion and of my own volition.

In docket entry 116 Mr. Gottesfeld references specific codes and statutes which authorize The Honorable Court's jurisdiction over this matter. Mr. Hogan did not challenge or dispute any of those laws and his silence and his unwillingness should be interpreted as his inability to do so, given that the case law is abundantly clear in opposition to his position. I pray Your Honor sees the audacious and unfair steps Mr. Hogan and his clients are taking to undermine the authority of your judgement by precluding Mr. Gottesfeld from arguing his case. The case should be adjudicated on the merits of the arguments, in which Mr. Gottesfeld is confident that he will prevail and for which he is well-prepared.

Mr. Gottesfeld is undertaking a hunger strike to prove the impossibility of calling the court to appear by phone for an emergency hearing. I have called Your Honor's chambers to draw attention to the motion to request a hearing and that The Honorable Court please order the CMU to produce Mr. Gottesfeld for participation over phone.

Monday January 6th marks the 5th week of Mr. Gottesfeld's strike. In addition his request to participate in an emergency hearing, he is requesting the most basic, fundamental, and inalienable human right – access to non-toxic drinking water. The defendants will likely assert that the water at the Communications Management Unit (which reads mail between attorneys and clients and plaintiff's and the court and blocks mail to the OIG and congressmen), is clean, but given the dispute, I beseech Your Honor to speak to the people who have to actually drink it, as no sane person, would take the lengths Mr. Gottesfeld has gone to, including to risk the excruciatingly painful process of force-feeding (if it hasn't already begun), if that were the case. Non-toxic water does not corrode sink basins. If there is any doubt, I would respectfully request your Honor assign independent authorities to investigate the matter, order samples to be tested in New York, or simply order the prison to allow him to purchase bottled water like he could do outside the SHU.

The instant defendants are breaking federal laws in other ways in order to break Mr. Gottesfeld's soul, spirit, and will to fight. They've placed him in extreme isolation in a room crawling with cockroaches. They're undermining his brain and ability to work efficiently by making sure he can't sleep by forcing him onto an unsanitary mattress. They are prohibiting him access to a radio, his newspaper and magazine subscriptions (in violation of 28 CFR 540.70) leaving him in exceptionally cruel and extreme isolation. It is beyond a miracle that he's been able to get out what he has to The Honorable Court thus far and there is no telling how much he will last.

To explicitly sabotage the case they are withholding sufficient writing materials, postage, a desk to write on, a typewriter to type with, and allowing only 1-2 hours of access to an inadequate law library, when outside of the SHU he would spend the majority of every day there. This is especially heinous given that the charges are fabricated against Mr. Gottesfeld. He needs the relief now.

Keeping him there under these conditions at such a pivotal point in the case is meant to derail these court proceedings by making sure Mr. Gottesfeld cannot litigate and thereby loses the case. I have strong reason to believe that the motion for sanctions which instigated the instant defendants to throw Mr. Gottesfeld into the SHU will be forthcoming and nakedly reveal why the government is willing to take these measures to ensure it does not meet the watchful eye of the Honorable Court.

All this is to say, that this wife humbly and from the deepest part of her soul respectfully asks The Honorable Court to protect and restore the rule of law by ordering an emergency hearing and that Mr. Gottesfeld be produced to participate. For the reasons Mr. Gottesfeld laid out in docket entry 116, Mr. Hogan is incorrect that This Honorable Court lacks the authority to do so.

On a personal note, my husband is truly wonderful man. We have been married for 6 years and I have never met a more kind, generous, and wonderful person. He donates to Wounded Warrior Project, often gives pan-handling vets $20 a pop, defends children from abuse, shelters the homeless, and is a very competent and professional engineer. He is respected in his community and a wonderful son to his nearly 90-year-old mother, a benevolent uncle to his nieces and nephews, and one day will be the most loving and wonderful father to our children.

Your Honor, The Honorable Courts actions here have reverberations beyond the instant case. My husband's life literally hangs in the balance and The Honorable Court is our last line of defense against people petitioning Your Honor to turn his back and let this wonderful man die. Further, facing all the same obstacles, Mr. Gottesfeld is not able to meet his mid-January deadline for his appellate case further depriving him of his Constitutionally-protected relief from the Courts. The injustice is palpable.

Respectfully, it is appropriate for The Honorable Court to order Mr. Gottesfeld to attend an emergency hearing via telephone and to protect him from the extra-judicial torture imposed upon him by the instant defendants in defiance of the Honorable Court's authority and which is being used to undermine the judicial process.

I humbly thank Your Honor for his attention to this urgent matter and pray for expeditious wisdom, strength, and justice upon The Honorable Court.

Sincerely,
Dana Gottesfeld
Wife of plaintiff Martin Gottesfeld

CC: Alexander J. Hogan

**PRIORITY MAIL**
FLAT RATE
POSTAGE REQUIRED

VISIT US AT USPS
ORDER FREE SUPPLIES

**PRIORITY MAIL**

FROM:

Dana Gottesfeld in ref. to:
Martin Gottesfeld, Reg ID # 12982
FCI Terre Haute
PO Box 33
Terre Haute, IN

RECEIVED JAN - 8 2020 PRO SE OFFICE

TO:
Pro Se Intake
U.S. District Court for SDNY
500 Pearl St., Room 200
NY, NY 10007



To schedule free Package Pickup, scan the QR code.

Retail

US POSTAGE PAID
$7.35
Origin: 02205
01/04/20
2400790109-14

PRIORITY MAIL 2-DAY®
0 Lb 2.50 Oz
1006
C014

EXPECTED DELIVERY DAY: 01/06/20

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® NUMBER
9505 5145 7859 0004 7156 00