United States District Court
Southern District of New York

RECEIVED JAN -8 2020 PRO SE OFFICE

Martin S. Gottesfeld, pro se,
  Plaintiff
  — against —
Hugh J. Hurwitz, et al.

Case No.: 18-cv-10836-PGG-GWG

[ELECTRONICALLY FILED  DATE: 1-8-20]

Notice Regarding Exhibits to Docket Entry 101

Plaintiff Martin S. Gottesfeld (herein the "plaintiff"), acting pro se, hereby provides notice of the following regarding the exhibits to instant docket entry (D.E.) 101. The plaintiff makes no motion hereunder at this time.

- Exhibit 101 is currently unaccounted-for. It is a public statement in the form of a blog entry posted by an expert witness slated to testify for the defense in United States v. Swartz. The plaintiff previously linked to this statement in his published work on the Swartz case. The expert witness was of the opinion that Swartz was a legitimate user of the MIT network and that no policy limited in any way Swartz's access to JSTOR. Therefore, Swartz's access in controversy IV. was authorized and not illegal.

- Exhibits 106 and 107 were previously provided to the plaintiff as part of a larger Master List. They should be available from the public website of the Government Printing Office (GPO). If too voluminous, the condensed versions from the aforementioned Master List will suffice.

- The email currently exhibited as Exhibit 138 (D.E. 115-7 at 2) is not the email intended by the plaintiff. It followed subsequent events to the plaintiff's confinement at MCC New York (D.E. 115-2 at 9). The email the plaintiff intends to exhibit instead was sent following the 2016 elections, but prior to the plaintiff's transfer to MCC's SHU on November 14th, 2019. The plaintiff regrets any confusion.

The plaintiff is very grateful to The Honorable Court for its continued patience as the First Amendment contexts relevant to the instant case continue to become better illuminated.

The plaintiff also notes in relation thereto, that he wishes to express — but cannot due to the actions and omissions of the instant defendants and their counsel — his pride, love, and gratitude for his next friend(s) who have made the filing of these exhibits possible ~~technical and other difficulties~~ despite technical and other difficulties. As the plaintiff begins the third (3rd) week of his new hunger strike in the FCI Terre Haute communications-management unit (CMU) special-housing unit (SHU), principally protesting that agents of the instant defendants and their counsel will not allow him to call The Clerk of The Court to request a hearing, he is cognizant of the extremes to which the defendants and their counsel have gone illegitimately in order to suppress this information from the public and The Court.

Respectfully submitted,*

by: _____

Martin S. Gottesfeld, pro se,
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808


* Filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid first-class U.S. postage, handed to Ms. ~~Jewels~~ Ro Rosels of the FCI Terre Haute CMU unit team, acting in her official capacity as an agent of the defendants, on Monday, December 30th, 2019, or the first opportunity thereafter.

