

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martin S. Gottesfeld, pro se,
   Plaintiff
   - against -
Hugh J. Hurwitz, et al.

Case No.: 18-cv-10836-PGG-GWG

## MOTION TO AMEND DOCKET ENTRIES

Plaintiff Martin S. Gottesfeld (herein the "plaintiff"), acting pro se, hereby moves The Honorable Court pursuant to Castro v. United States, 540 U.S. 375 (2003) to order The Clerk of The Court to amend the following docket entries in the instant case as follows:

- Docket entry (D.E.) 92 appears in the docket report as "Miscellaneous Relief." Plaintiff requests it instead appear as captioned by the plaintiff, "MOTION FOR SUFFICIENT TIME TO FILE FOR LEAVE TO FILE A SUR-REPLY REGARDING DEFENDANTS' MOTION TO DISMISS (D.E. 51)." The plaintiff further notes that Exhibit 1 to D.E. 92 is missing from the public docket and that it details the typical delays encountered by correspondence between the plaintiff and The Court and supports his argument for equitable tolling in both directions, i.e. sending and receiving.
- D.E. 93 appears in the docket report as "Show Cause." The plaintiff requests it instead appear as captioned by the plaintiff, or at the least, as, "MOTION FOR ORDER TO SHOW CAUSE."
- D.E. 95 appears in the docket report as "Remark." The plaintiff requests it instead appears he captioned it, or at the least, as, "MOTION FOR ACCESS."
- D.E. 96 appears in the docket report as "Notice (Other)." The plaintiff requests it instead appear as he captioned it, or at the least, as, "MOTION TO COMPEL."

- D.E. 97 appears in the docket report as, "Extension of Time." The plaintiff requests that it instead appear as he captioned it, or at the least, as, "MOTION FOR AN EXTENSION OF TIME."
- D.E. 98 appears in the docket report as, "Remark." The plaintiff requests that it instead appear as he captioned it, "MOTION TO ADD DEFENDANTS."
- D.E. 99 appears in the docket report as, "Notice (Other)." The plaintiff requests that it instead appear as, "CLAIM FOR MANDATORY JUDICIAL NOTICE (Fed. R. Evid. 201(c)(2))."
- D.E. 100 appears in the docket report as, "Notice (Other)." The plaintiff requests that it instead appear as, "NOTICE OF FILINGS."
- D.E. 102 appears in the docket report as, "Affirmation in Opposition to Motion." The plaintiff requests that it instead appear as he captioned it.
- D.E. 103 appears in the docket report as, "Extension of Time to File." The plaintiff requests that it instead appear as he captioned it.
- D.E. 104 appears in the docket report as, "Remark." The plaintiff requests that it instead appear as he captioned it.
- D.E. 106 appears in the docket report as, "Miscellaneous Relief." The plaintiff requests that it instead appear as he captioned it.
- D.E. 107 appears in the docket report as, "Letter." The plaintiff requests that it instead appear as, "LETTER MOTION."

The plaintiff thanks The Court and The Clerk for their attention to these mundane matters and notes his ongoing inability to serve timely process. This motion was ready for filing on Monday, December 23rd, 2019, but the plaintiff did not receive the stamps he ordered from agents of the defendants until Friday, December 27th, 2019, at which time he affixed sufficient pre-paid First-class U.S. postage to the envelope bearing this filing pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988) and provided said envelope at his next opportunity thereafter to Ms. J. Wheeler of the FCI Terre Haute CMU unit team, for mailing to the Court in her official capacity as an agent of the defendants,

Page 2 of 3

by: /s/ MSG
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

[Purple Heart stamp]

INDIANAPOLIS IN 460
DEC 2019 PM 4 L

Friday, December 27th, 2019
(Houston v. Lack, 487 U.S. 266 (1988))

RECEIVED
JAN - 8 2020
PRO SE OFFICE

U.S. District Court
Pro Se Clerks Office
500 Pearl St.
New York, NY 10007

10007-131608

[Return address, partially visible:]
___ S. Gates ___
_____-___
____tional Institution
_47808