United States District Court
Southern District of New York

Ruben Estrada, Movant
- against -
United States of America, Respondent

19-CV-10639 (PGG)
13-CR-0272-03 (PGG)

Honorable District Judge
Paul G. Gardephe

— Notice of Change of Address —

I Ruben Estrada 67442-054 hereby notify the court that my address has changed to the following: Administrative United States Penitentiary P.O. Box 1001, Thomson, IL 61285 Unit-E1. Be advised that I've been in transit since December 19, 2019. This is my current address and designation.

Certificate of Service

I certify that on ~~_____~~ 1-2-20 caused the foregoing motion to be served by regular legal mail.

Pursuant to 28 U.S.C. § 1746, I Declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted
Ruben D. Estrada
67442-054

RECEIVED JAN 15 2020 PRO SE OFFICE

