RECEIVED
JAN 15 2020
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martin S. Gottesfeld, pro se,
Plaintiff
-against-
Hugh J. Hurwitz, et al.

Case No.: 18-cv-10836-PGG-GWG

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-15-20

# MOTION TO ADD DEFENDANTS

Plaintiff Martin S. Gottesfeld (herein the "plaintiff"), acting pro se, hereby moves The Honorable Court to order the addition of the below-enumerated defendants for his claims under The False Claims Act on the instant docket.

In support of this motion, the plaintiff herewith provides Exhibit 1 hereto, Declaration of Martin S. Gottesfeld; and Exhibit 2 hereto, article for publication pursuant to 31 U.S.C. § 3730(b)(2).

Unless otherwise noted, each of the proposed defendants can be reached at the administrative address for FCI Terre Haute, which is unavailable to the plaintiff, but known to the defendants.

Proposed defendants:

- Mr. B. Lammer, Exhibit 1 hereto at 6 ¶ 29;
- Mr. Jesse R. Bell, Id. ¶ 30. Address unknown since retirement;
- Mr. T. J. Watson, Id. ¶ 31; Address will be at FCC Terre Haute;
- Mr. J. E. Krueger, Id. ¶ 32, Address will be at the FBOP's North Central Regional Office (currently unavailable to the plaintiff);
- S.I.S. Lieutenant Baker, Id. ¶ 33;
- Ms. Katherine Siereveld, Id. ¶ 34;
- Associate Warden E. Emmerich, Id. ¶ 35;

- Captain Brogan, Id. at 7 ¶36;
- Unknown named heavy-set red-haired male lieutenant, Id. ¶37;
- Lieutenant R. Cruz, Id. ¶38;
- Mr. R. Blythe, Id. ¶39, address will be that of the FBOP's counterterrorism unit in Martinsburg, West Virginia (available easily to the defendants but not currently available to the plaintiff);
- Ms. Rebekka Eisele, Id. ¶40;
- Mr. Todd Royer, Id. ¶41;
- a further ten (10) current and former John Doe associate wardens to be discovered; addresses will vary;
- a further fifty (50) current and former John Doe lieutenants to be discovered; addresses will vary;
- a further twenty-five (25) current and former John Doe S.I.S. personnel to be discovered; ~~and~~ addresses will vary; and
- a further one hundred (100) current and former John Doe other administrators and line staff to be discovered, addresses will vary.

Pursuant to Castro v. United States, the plaintiff declines any construal of the instant motion as one seeking to file an amended complaint.

Respectfully filed pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid first-class U.S. postage and handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team, acting in her official capacity as an agent of the defendants on Sunday, January 5th, 2020, or the first opportunity thereafter,

by: [signature]
Martin S. Gottesfeld, pro se

Exhibit 1

Declaration of Martin S. Gottesfeld:

I, Martin S. Gottesfeld, declare that the following is true and correct under the penalty of perjury under the laws of The United States pursuant to 28 U.S.C. § 1746(1) on this 5th day of January, 2020:

1. I am Martin S. Gottesfeld and I am the sole plaintiff in the case of Gottesfeld v. Hurwitz, et al., 18-cv-10836-PGG-GWG, ~~currently~~ (herein "the case"), currently pending before The Honorable U.S. District Court for The Southern District of New York (herein "The Court").

2. I arrived at FCI Terre Haute on April 1st, 2019, and I have not since left.

3. From the outdoor recreation cage at the FCI Terre Haute communications-management unit (herein "CMU"), I have a clear view of the two (2) guard towers on either side of the entry/exit gate to the FCI.

4. I have never once seen a human being in the guard towers.

5. Instead, they are stationed by mannequins.

6. Everyone - both staff and prisoners - know they are mannequins because they don't move and don't change shift.

7. It has come to my attention that on rare occasions staff go into each guard tower to move its mannequin, but in the eight (8) months between my arrival here and my placement in solitary confinement away from any view of the towers, I never once saw staff in the towers or noticed that the mannequins were moved; they did not move from April 1st through December 8th, 2019, and I doubt they have moved since.

8. I do not know if the guard towers at the nearby U.S. Pennetiary are also using obvious decoys, but I wouldn't be surprised.

9. The nation's only Federal death row is located within the Fence of FCI Terre Haute, it is filled with some of the most dangerous murderers and rapists from all across The United States, and they are seperated from the unsuspecting public by unmanned guard towers with mannequins in them.

10. One of the nation's two (2) CMUs is located within the Fence of FCI Terre Haute, and while it contains a concentration of non-violent political prisoners, it also contains one of the nation's largest groups of convicted Jihadi terrorists and other terrorists. They too are seperated from the unsuspecting public by unmanned guard towers with mannequins in them, and the distance from the CMU's recreation cage to the FCI Fence is approximately two hundred (200) feet.

11. It has come to my understanding — and discovery will prove — that the guard towers have been unmanned for years, going at least as far back as when J.B. Krueger was the complex warden and likely further.

12. As a result of the presence of the nation's sole Federal death row, the execution chamber, and the CMU, FCI Terre Haute is one of the highest-profile FBOP facilities, a status it shares with MCC New York, which is prominent due to its 10-South SAMs unit.

13. Both FCI Terre Haute and MCC New York ~~are~~ have ~~an~~ especially-prominent roles in the working life of the FBOP's top brass, including its director.

14. After being complex warden in Terre Haute and overseeing the mannequins in the watch towers, J.B. Krueger was promoted to the North Central Regional director of the FBOP.

15. FBOP employees have a special duty of care and responsibility to ~~so~~ the public to secure the perimeter of FCI Terre Haute, given the classes of criminals confined here.

16. The mannequins are meant to fool the public and not the FCI's prison population or staff — who both easily observe that the figures in the guard towers do not move or change shift.

17. There may be cameras along the fence, but a camera cannot shine a flood light or shoot an escapee in the leg.

18. Escapes are not impossible events. Less than two (2) months after I left the Donald W. Wyatt maximum-security detention facility for MCC New York, a detainee at Wyatt stole a pair of wire cutters, climbed a recreation cage, cut the top of the recreation cage, ran along the roof of the facility, got over multiple barbed-wire fences, ~~and led the authori~~ stole a car at a nearby gas station, and led the authorities on a days-long manhunt, and he wasn't facing terrorism charges or ~~the~~ lethal injection.

19. At the very least, it is a squandering of tax dollars to buy mannequins to put in the guard towers overlooking the federal death row and a CMU, in order to fool the very public whose funding purchased the mannequins, but which then was kept ignorant as to the use and purpose of the mannequins.

20. Based on my training and experience as a nationally-published political journalist covering DOJ malfeasance, I believe that the American public will be shocked and upset to learn the truth about the mannequins in the guard towers at FCI Terre Haute and that once the public finds out, the political pressure will be too great to continue the practice. Exhibit 2.

21. If for some reason ~~unavoiding~~ ~~unthinkable~~ unpredictable to me, ~~the~~ it is no longer necessary to man the guard towers, then that's still no reason to waste taxpayer money on mannequins that could never be reasonably expected to deter prisoners.

22. I did not want to break this story at this time, but the flagrant

and escalating retaliatory conduct of the defendants in the case, their counsel, and their collective agents here at FCI Terre Haute while they delay the mailing of my clearly-captioned emergency motions for a week or longer, has left me no choice as their plan is to cover their tracks, completely silence me, and take revenge upon me for my Constitutionally-protected work on behalf of prisoners and the public, with the acquiescence of The Honorable Court to their depraved actions. Please Cf. docket entry (D.E.) 116 at 2, dated Thursday, December 12th, 2019, and Id. at 19, not postmarked until a full week later on Thursday, December 19th, 2019.

23. After nearly eleven (11) months of blatant retaliation by the defendants and their counsel, The Honorable Court has never granted me a single hearing without adjourning it *sine die* based upon an assertion by the defendants that I had no opportunity to oppose through the adversarial process. Whenever the defendants oppose a hearing, they have the first, last, and only word, and they have a history of proffering frivolous arguments.

24. The Honorable Court has never clarified my filings pursuant to *Castro v. United States* before construing my motions in a way that rendered relief unavailable when I was entitled to relief under Fed. R. Civ. P. 65, Fed. R. Civ. P. 57, 28 U.S.C. §§ 2201 et seq., the APA, Fed. R. Civ. P. 11, Loc. Civ. Rule 1.5(b)(5), The New York Rules of Professional Conduct, and The Constitution.

25. For instance, there is no requirement that the injunctive relief which I seek and have sought in the past is only possible through 28 U.S.C. § 2241; that is just the most convenient (mis)construal for the defendants in the case. Under such construction, no imprisoned plaintiff can ever seek relief in The Southern District of New York from repeated, ongoing, or newly-instituted

violations of the authorities listed in above paragraph 24 once the defendants transfer the plaintiff outside the district. It is a startling implication that should not be entertained lightly. It turns a statute that is meant to provide relief from the unconstitutional acts of jailers — such as transferring me to a CMU with no prior Due Process (Aref v. Lynch (D.C. Cir. 2016)) — into a means of denying such relief when it's available under a broad range of other authorities. It allows the defendants to transfer an unrepresented incarcerated plaintiff outside the district, retaliate against him at will as he tries to exhausts remedies in the face of retaliation in the new district, and then, if he is able to exhaust, transfer him again and begin the cycle anew — precisely as the defendants have done and are trying to do to me.

26. In the face of the defendants' escalating retaliation and with little hope that I can stop it, I am forced to break the guard-tower story now and move to add the relevant defendants, lest I not have any opportunity to do so in the future.

27. The defendants admitted to their ongoing conspiracy to violate their fiduciary responsibilities to taxpayers. D.E. 99 at 11, Request Number 30; Id. at 22, 33, and 44, Request Number 30. It is now plain to see that this conspiracy extends beyond compensatory adjustments affecting pensions and beyond New York to FCI Terre Haute — where the defendants specifically sent the plaintiff in furtherance of related conspiracies of theirs. Id. at 9, 20, 31, and 42, Request Numbers 22-29.

28. This conspiracy at another one of the highest-profile FBOP facilities at a minimum encompasses the squandering of tax dollars as cited in above-paragraph 19 and possibly much more depending on where the money that the public is meant to believe through deception is funding the manning of the guard towers is actually

going—or to whom it is going.

29. Mr. B. Lammer is the current warden of FCI Terre Haute. The manning of the guard towers and the handling of the funding for that purpose is ultimately his responsibility. The mannequins could not be there without his approval.

30. Mr. Jesse R. Bell is the former warden of FCI Terre Haute. He retired in late April 2019. The mannequins were in the guard towers during his administration and could not have been, absent his approval.

31. Mr. T. J. Watson is the current complex warden of FCC Terre Haute. Perimeter security is in his purview. The mannequins could not be there without his approval and he shares responsibility for the use of funds for the watchtowers.

32. Mr. J. E. Krueger is the former complex warden of FCC Terre Haute. The mannequins were here on his watch. He is now the FBOP's North Central regional director. Funding and responsibility for perimeter security at this high-profile facility in his region remain in his purview and he has personal knowledge of the mannequins.

33. Lieutenant Baker is a leader of the Special Investigative Services (S.I.S.) department at FCI Terre Haute and one of the warden's most-important fixers. Perimeter security is within his purview. The mannequins could not be there and the watchtowers could not be unmanned without his knowledge and approval.

34. Ms. Katherine Siereveld is the de facto boss of the FCI Terre Haute legal department. She is another of the warden's fixers. Like everyone else who works or lives at the facility, she knows the mannequins are there and they could not remain without her approval because the legal liability of the mannequin practice is her purview.

35. Associate Warden E. Emerich, like all AWs, is sometimes the

highest-ranking official at FCI Terre Haute. The mannequins could not be there without his approval.

36. Captain Brogan is in charge of all the line staff, which normally would include those manning the guard towers. The mannequins could not be there without his approval.

37. Unknown named heavy-set red-haired male ~~Le~~ lieutenant; ~~he~~ he is another of the warden's fixers. His failure to meet the physical-fitness requirements for his post demonstrates his flagrant disregard for safety and policy. Like everyone else who works at the facility, he knows about the mannequins and they could not be here without his approval.

38. Lieutenant R. Cruz is another of the warden's fixers and one of, if not the only, non-Caucasians to advance to lieutenant at FCI Terre Haute. Like everyone else who works at the facility, he knows about the mannequins and they could not be here without his approval.

39. Mr. R. Blythe is a counterterrorism analyst for the CMU. The counterterrorism department is ~~obviously~~ a stakeholder in the perimeter security at FCI Terre Haute. Blythe knows about the mannequins and they could not remain without his approval.

40. Ms. Rebekka Eisele is the case manager for all the terrorism convicts in the CMU. Securing those convicts is within her purview and twice recently, ~~she~~ while the mannequins were here, she served as custody staff. She knows about the mannequins and they could not be there without her approval.

41. Mr. Todd Royer was the duty officer in 2019 when the mannequins were here. The duty officer is responsible for making rounds through the whole facility and ensuring normal operations. The mannequins could not have remained without his knowledge and approval.

42. As an actual journalist, I ~~have~~ have an ethical obligation not

to jeopardize public safety and I take this obligation very seriously – indeed far more seriously than those who put obvious decoys in the watch towers surrounding the nation's federal death row. Normally, I would alert the relevant authorities, including the U.S. attorney general's office, the acting director of the U.S. Marshals Service, and the director of homeland security, far enough ahead of the publication of Exhibit 2 in order to ensure the triage of the guard-tower situation prior to the dissemenation of the story. The defendants, however, have made this impossible. In this particular instance though, the defendants and their counsel will no doubt read this filing days or even weeks ahead of its entry onto the docket (and the fact that they have done so can easily be confirmed by comparing its date of entry to the date of this declaration). Thus, no further advanced notice is necessary and it should be assumed that Exhibit 2 is ready for immediate publication as soon as it is entered onto the public docket.

I declare under the penalty of perjury under the laws of The United States that the foregoing is true and correct. Executed on Sunday, January 5th, 2020.

by: [signature]
Martin S. Gottesfeld

Exhibit 2

Possible Headlines:

10/67 DOJ Endangers Your Family: Nation's Death Row Guarded By Mannequins

10/65 DOJ Endangers Your Family: Terrorists In US Guarded By Mannequins

Possible Taglines:

10/76 [12/94] [Acting] Federal-Prisons Director Kathleen Hawk-Sawyer Omits Issue [Ahead of | During] Confirmation [Hearing]

11/72 [11/65] [Acting] Federal-Prisons Director Kathleen Hawk-Sawyer Asleep At the Guard Tower?

¶ [Embed: 2-by-2 grid of mug shots; John Walker-Lindh, and 3 federal death-row murderers/rapists; attrib. as approp.; caption: For years, the guard towers separating your family from these convicted terrorists, murderers, and rapists have been manned by mannequins, not marksmen, as your tax dollars flow into the pensions of the people who put the ~~m~~ mannequins there.]

¶ If a condemned child rapist escapes from the ~~federal~~ sole federal death-row building or one of the nearby convicted Jihadi terrorists ~~gets outdoors,~~ makes a break for the prison fence, the watchful figures in the guard towers won't be able to fire a shot or sound any alarms.

¶ How could they? They're mannequins.

¶ For years though, the mannequins have been the sole, silent, and motionless guardians occupying the guard towers that watch over the nation's only federal ~~federal death row~~ death row, a building that houses convicted and condemned murderers, rapists, psychopaths, and pedophiles from all over the country in one concentrated place. The same mannequins also look out on the approximately-65-yard-long zone that separates the prison fence from the nearby Communications-Management Unit (CMU), ~~that~~ which until recently [link to an article on Lindh's release that mentions the CMU or at least FCI Terre Haute] was home to convicted Jihadi terrorist and "American Taliban" [founder | leader | member] John Walker-Lindh.

¶ The upper-echelons of The Federal Bureau of Prisons, which oversees the facility and calls itself the "BOP" in its literature, has known about the

Page 1 of 7

mannequins for years. They were there when [First name, the initial is J] Krueger was the complex warden overseeing the facility and he is now the BOP's North Central regional director.

¶[Embed: Map of the BOP's regions, if possible highlight the North Central region and overlay a star at FCI Terre Haute; attrib. as approp.; caption: As the BOP's North Central regional director, [First name] Krueger's federal pension likely grew with his domain and he now oversees [number] states and an unknown number of guard towers.]

¶In Krueger's current role, he reports [note for fact check, I did not say "directly reports"] to the BOP's [acting] national director, Kathleen Hawk-Sawyer, who returned to head the BOP and replaced former-Acting-Director Hugh J. Hurwitz following the controversial death of millionaire convicted pedophile and Clinton associate Jeffrey Epstein [link to an article on Epstein's death mentioning Bill Clinton's use of his plane] in BOP custody at The Metropolitan Correctional Center (MCC) in Park Row, Manhattan. Hawk-Sawyer testified on the hill on [month] [day of month], 2019, but she did not mention the mannequins at the Federal Correctional Institution (FCI) in Terre Haute, Indiana [during her confirmation hearing that day]. Nor was she asked about them.

¶[Embed: Picture of Hawk-Sawyer testifying that day, preferably being sworn in with her right hand raised; attrib. as approp.; caption: Lack of candor? [Acting] BOP Director Kathleen Hawk-Sawyer did not advise Congressional overseers that condemned child rapists and convicted terrorists are guarded by mannequins while millions flow into federal pensions.]

¶[Senator [Full name] (R-[state]), the chairperson of the Senate Judiciary Committee, did not [immediately] return a request for comment as to whether [he/she] would investigate the mannequins and where the money is going that is supposed to be used to train and employ marksmen in their place.

Page 2 of 7

Nor did Senator [Full name] (D-[state]), the ranking democratic member on the committee, or Representatives [Full name] (D-[state]) and [Full name] (R-[state]), who are respectively the chairperson of the House Judiciary Committee and its ranking Republican member. [update this text as approp. to reflect the content of any response(s)]]

¶[Embed: the same 2-by-2 grid of mug shots from feature photo; attrib. as approp.; caption: Guarded by mannequins on American soil: Jihadi Terrorist and "American Taliban" [leader/founder/member], John Walker Lindh (top left), condemned [describe crime, i.e. child rapist] [Full name] (top right), convicted [describe crime, i.e. murderer] [Full name] (bottom left), and known [describe crime, i.e. kidnapper] [Full name] (bottom right).]

¶<i>(This reporter has sued Hawk-Sawyer and Hurwitz on behalf of American taxpayers, seeking the return of money lost to pension fraud in the top ranks of the BOP and over the conditions where Epstein died. For information on this suit, and a link to the complaint, which now seeks class certification, click here to read this reporter's prior coverage at The Intercept [link to Feb 2019 Intercept article]. For information on Hurwitz's attempts to suppress the suit from the public, click here to read Michael Volpe [sp?]'s fine coverage at The Daily Caller [link to Oct. 2019 Daily Caller].) </i>

¶In Terre Haute, once Krueger advanced, the 2 most-recent wardens of the FCI, Jesse [check first name] R. Bell and [First name, the initial is B] Lammer, continued the round-the-clock use of mannequins in the only guard towers covering the roughly 200 feet between John Walker-Lindh's recreation cage and the fence. Now that Walker-Lindh has been released, other radical extremists remain in the CMU alongside about 20 prisoners whom the BOP uses as "fillers" ever since it faced a discrimination lawsuit claiming that only Muslims are placed in CMUs.



¶While Krueger, Bell, and Lammer were each wardens, millions of federal

tax dollars went annually to run and to secure the Federal death row inside FCI Terre Haute and its nearby CMU, which at any given time houses about 30 prisoners in the building that used to be the death house back when Timothy McVeigh awaited execution. In contrast, the BOP estimated recently [link to the Federal Register section recently published on recalculating good time under The First Step Act, in which the following estimate appears] that it spends a daily average of $[amount; it was roughly $90.10] per prisoner in its custody. By that estimate, it costs under $1 million/year to confine 30 average Federal prisoners — and that's with <i>actual</i> guards in the corresponding guard towers. Taxpayers are thus billed several times the national average for each CMU prisoner.

¶So, where is the money going that is meant to pay the guards who are supposed to be in the guard towers watching the nation's only Federal death row and the nearby CMU, taxpayers and their representatives might ask.

¶[Embed: 3-by-1 side-by-side photos, if avail.; if not avail., use photo(s) of question mark(s) or cut the unavail.; attrib. as approp.; caption: Pocketing tax dollars while using mannequins to guard your family from terrorists: BOP North Central Regional Director and Former-Complex Warden [First name] Krueger (left), current-Warden [First name] Lammer (center), and Former-Warden Jesse R. Bell (right).]

¶Perhaps part of the answer is related to the BOP's longstanding status as the laughing stock and black sheep of Federal agencies. In 2016, an officer with the Justice Prisoner Alien Transport System (JPATS) openly told prisoners boarding the real <i>Con Air</i> that BOP actually stands for "[expletive deleted] Backwards On Purpose." Employees of the BOP reportedly face difficulties applying for jobs at other Federal

Page 4 of 7

agencies once hiring managers see BOP experience on their resumes [add accent].

~~¶This can create a "grab what you can before it's gone" atmosphere inside the federal agency that perhaps more than any other is perennially known for scandal, fraud, pay-to-play, nepotism, waste, and abuse.~~

¶As a string of Wardens have left Terre Haute with coveted federal pensions, a large help-wanted sign has continually graced the front gate of the prison complex despite the BOP's status as one of the largest employers in Vigo County, Indiana. Even offering an objectively-attractive federal-employee benefits package, no warden recently has been able to fill the employee rolls and as many as 100 jobs or more remain open at any given time. Line staff are routinely required to work "forced overtime."

¶All of this can create an atmosphere of "grab what you can while you can before it's gone" inside the BOP, which is known perennially perhaps more than any other federal agency for scandal, fraud, pay-to-play, nepotism, waste, and abuse. The ~~agency itself~~ BOP has been unable to maintain a Senate-confirmed director for some time due to high-profile mismanagement, including but not limited to Epstein's death. Many ~~feel~~ opine that it has become a rudderless ship.

¶Perhaps a mannequin in a guard tower over-looking the Terre Haute death house is now a fitting mascot.

¶For their part, the CMU prisoners ~~long ago~~ noticed long ago that the figures in the guard towers don't move or change shift. They openly joke that the mannequin in the closest tower is the prison's ~~"employee~~ "employee of the year," because he works 168 hours/week for free, never calls out sick or takes a day off, and is yet to be caught taking a bribe or be named as a defendant in a lawsuit.

¶[Embed: Pic of Jeff Dunham's puppets, Achmed the dead terrorist with the surprised look on his face, ~~[illegible]~~ the one where his eyebrows are very

emotive, superimpose an orange prison jumpsuit over Achmed with "BOP" written on it, and have Walter (another of Dunham's puppets) staring at Achmed with a CO's uniform superimposed on Walter; attrib. as appropri caption: Employee of the year? Achmed thinks not.]

¶ Or perhaps there's something more illicit ~~&~~ going on than simple neglegence and mismanagement. Given that the mannequins aren't fooling the prisoners and the staff, who have the opportunity to observe over a long time that they don't move, then who are the mannequins placed in the towers to fool, one might ask. The primary answer arrived at by deduction is visitors and the public, i.e. the taxpayers who fund the prison ~~and its guard towers~~ (and its guard towers).

¶ And, where is the tax money going that the public is meant to think is used to keep families safe by professionally staffing the Federal death-row guard towers, again becomes an important question.

¶ It might be worth noting that FCI Terre Haute is accredited by the American Correctional Association. Doesn't the ACA audit the log books from the watchtowers, one might wonder. How has the ACA overlooked for years that there are no guards in the guard towers of America's Federal death row, people concerned with the safety of children might ask.

¶ It turns out that the ACA is more of a prison-industry trade group than an independent accreditation ~~agency~~ body. It overlooks dozens of problems at the facilities that it supposedly inspects. For instance, in [year], the ACA audited the Bristol County Jail and House of Corrections [check exact name], ~~in Dartmouth [check town], Massachusetts~~ run by Sheriff [first name] Hodgeson in Dartmouth [check town], Massachusetts, and gave it a <i>perfect</i> score. [Time period] later, the state department of public health went in and cited Hodgeson's facility for ~~##~~ 72 [check #] <i>repeat</i> healthcode violations, meaning that none of those violations

were new and had arisen after the ACA left.

¶ Given what an ACA accreditation does and does not mean, why would prison administrators seek it in the first place when it might serve as more of a red flag than a feather in the cap, one might wonder. But to taxpayers who're unfamiliar with ACA accreditation, it might seem like an impeccable credential, when in reality the former leader of the ACA, [full name], is now serving a 19-plus-year prison sentence for bribery and corruption [check exact charges/sentence and link to relevant article], after he called himself, "the tallest hog at the trough."

¶ [Embed: Booking photo of former ACA leader; attrib. as approp.; caption: Self-described "tallest hog at the trough," [full name], upon booking into federal custody.]

¶ So, some of that guard money could be used to get a certain class of auditors and inspectors to look the other way while other hogs feed "at the trough" of federal tax dollars. Curiously, the DOJ's internal watchdog, the Office of the Inspector General, does not interview people at FCI Terre Haute who report violations of the Prison-Rape Elimination Act and the falsification of federal documents. Something has caused the local agents of the OIG to look the other way, it appears.

¶ This report further estimates that nationwide, as much as $30 of the daily $90.10 [check figure] that the BOP supposedly spends on each of its prisoners, or about a third of its custodial budget, is skimmed off the top via a variety of schemes. That'd be a lot of tall hogs "at the trough." Paychecks, pensions, and other gimmicks for mannequins is likely just another method for them.

¶ Then again, if Jeffrey Epstein was guarded by mannequins instead of corruptible humans, he might be alive today and answering questions.

¶ <i>Coming up next: are predatory prison staff the new pedophile priests? Federal FOIAs from Indiana indicate they are.</i>

n S. Gottesfeld
2982-104
onal Institution
47808

Sunday, January 5th, 2020,
Houston v. Lack, 487 U.S. 266 (1988)

U.S. District Court
Pro Se Clerk's Office
500 Pearl St.
New York, NY 10007

RECEIVED
JAN 15 2020
PRO SE OFFICE