RECEIVED
JAN 22 2020
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martin S. Gottesfeld, pro se,
    Plaintiff
    — against —
Hugh J. Hurwitz, et al.

Case No.: 18-cv-10836-PGG-GWG

USDC SDNY
DOCUMENT
ELECTRONICALLY
D...

## RENEWED MOTION FOR COPY OF GOVERNMENT'S LETTER

Plaintiff Martin S. Gottesfeld (herein the "plaintiff"), acting pro se, hereby renews his motion for the Honorable Court to order The Clerk of The Court to mail to the plaintiff a copy of the government's previous March 21st, 2019, ex parte filing, referenced by The Court in its order at docket entry (D.E.) 66 at 4 as "Gov't. March 21, 2019 Ltr. (Dkt. No. 65)."

The Court granted the plaintiff's previous motion for exactly such an order on December 10th, 2019. D.E. 109.

The defendants then filed D.E. 110 and served upon the plaintiff D.E. 110-1, which the plaintiff is unable to compare to D.E. 65.

The Clerk of The Court then mailed to the plaintiff a copy of D.E. 109, accompanied by a copy of D.E. 108 instead of D.E. 65.

The plaintiff regrets the confusion, but he is yet to see and he still wishes to see, D.E. 65.

To avoid any further confusion and hopefully put this pre-trial matter to rest the plaintiff clarifies and renews his motion for the Court to order The Clerk of The Court to mail to him a copy of D.E. 65. The plaintiff thanks The Court and The Clerk for their attention to this mundane matter.

The plaintiff hereby reincorporates herein by reference Exhibit 1 to his same-dated motion to compel at 2 ¶ 7.

Respectfully filed pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988) by mailing to the Court in an envelope bearing sufficient

a ffixed pre-paid First-class U.S. postage and handed to Ms. J. Wheeler
of the FCI Terre Haute CMU unit team, acting in her official ~~costody~~
capacity as an agent of the defendents, on Sunday, December 22nd, 2019,
or the first opportunity thereafter,

by: _(signature)_ MSG

Martin S. Gottesfeld, pro se

Reg. No.: 12982-104

Federal Correctional Institution

P.O. Box 33

Terre Haute, IN 47808

2 of 2



Sunday, December 22nd, 2019,
Harston v. Leahy 487 U.S. 266
(1986)



RECEIVED
JAN 22 2020
PRO SE OFFICE

U.S. District Court
Office of the Pro Se Clerk
500 Pearl St.
New York, NY 10007

**NAME:** Martin S. Gottesfeld
**NUMBER:** 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808