UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martin S. Gottesfeld, pro se,
    Plaintiff
    - against -
Hugh J. Hurwitz, et al.

Case No.: 18-cv-10836-PGG-GWG

## MOTION TO AMEND DOCKET ENTRIES

Plaintiff Martin S. Gottesfeld (herein the "plaintiff"), acting pro se, hereby moves The Honorable Court pursuant to Castro v. United States, 540 U.S. 375 (2003), to order The Clerk of The Court to amend as follows the below docket entries in the instant case:

- Docket entry (D.E.) 116 appears in the docket report as "Hearing." The plaintiff requests that it instead appear as captioned by the plaintiff, "EMERGENCY MOTION FOR HEARING AND ORDER ~~TO SHOW~~ REQUIRING COUNSEL FOR THE DEFENDANTS TO SHOW CAUSE FOR VIOLATIONS OF LOC. CIV. R. 1.5(b)(5) AND NEW YORK R. PROF. COND. 1.16(a)," or in the alternative as, "EMERGENCY MOTION FOR HEARING AND ORDER TO SHOW CAUSE..."

- D.E. 117 appears on the docket report as, "Temporary Restraining Order." The plaintiff instead requests that it appear as he captioned it, "EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER"

- D.E. 118 appears on the docket report as, "Miscellaneous Relief." The plaintiff instead requests that it appear as he captioned it, "CLAIM FOR MANDATORY JUDICIAL NOTICE (FED. R. EVID. 201(c)(2)),"

- D.E. 119 appears on the docket report as, "Letter." The plaintiff

insteed requests that it appears as, "Letter re: Docket Entry 105."

- D.E. 122 appears on the docket report as, "Miscellaneous Relief." The plaintiff insteed requests that it appears as he captioned it, "MOTION FOR THE RECRUITMENT OF COUNSEL TO PURSUE CLASS CERTIFICATIONS."

- The plaintiff further notes that pages five (5) through nine (9) of D.E. 122 are insteed Exhibit 1 of D.E. 124 and requests that they be moved to D.E. 124 at 2.

- D.E. 123 appears on the docket as, "Declaration (non-motion)." The plaintiff notes that three (3) separate declarations, beginning, respectfully, Id. at 1, 7, and 8, as well as a separate CERTIFICATE OF BELATED SERVICE, Id. at 9, appear to have been filed as a single docket entry. The plaintiff further notes that the image of the envelope that bore these filings, each of which dated Wednesday, December 18th, 2019, now appears at D.E. 124 at 4. The plaintiff requests that D.E. 123 be split into four (4) separate filings, with each declaration captioned as, "Declaration (non-motion), December 18th, 2019," and the Certificate of Service captioned as it was by the plaintiff; and further that the envelope image now found at D.E. 124 at 4 insteed be associated with these four (4) filings.

- D.E. 124 appears on the docket report as, "Extension of Time to File Document." The plaintiff insteed requests that it appear as he captioned it, "MOTION FOR AN EXTENSION OF TIME," and, as requested supra, that pages five (5) through (9) of D.E. 122 be moved to D.E. 124 at 2, as well as that, as requested supra, D.E. 124 at 4 insteed be associated with the four (4) filings which it bore that are currently D.E. 123.

- The plaintiff further notes that he has never seen D.E. 113 or D.E. 121 and he requests that The Court order The Clerk of The

Court to mail him a copy of each.

    The plaintiff thanks The Court and The Clerk for their attention to these mundane matters once again and he notes his ongoing inability to serve $ process.
    Respectfully filed pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid first-class U.S. postage and handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team, acting in her official capacity as an agent of the defendants, on Wednesday, January 15th, 2020 — the thirty-seventh (37th) day of the plaintiff's hunger-strike — or the first opportunity thereafter,
by: [signature]
Martin S. Gottesfeld, pro se



Wednesday, January 28th, 2020
Kiston v. Loch, 487 U.S. 266 (1988)

U.S. District Court
Pro Se Clerk's Office
500 Pearl St.
New York, NY 10007



NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808