UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED FEB 7 - 2020 PRO SE OFFICE

Martin S. Gottesfeld, pro se,
Plaintiff
 - against -
Hugh J. Hurwitz, et al.

Case No.: 18-CV-10836-PGG-GWG

## NOTICE OF FILINGS/REFILINGS

Plaintiff Martin S. Gottesfeld (herein the "plaintiff"), acting pro se, hereby notifies the Honorable Court of his simultaneous filing/refiling of the following five (5) items:

(1) MOTION TO AMEND DOCKET ENTRIES and exhibits 1-3 thereto;

(2) the previously-missing first page of docket entry 132, Exhibit 1;

(3) RENEWED MOTION FOR COPY OF GOVERNMENT'S LETTER, originally mailed and filed on Sunday, December 22nd, 2019;

(4) MOTION TO COMPEL AUDIO AND VIDEO RECORDING(S) OF FORCED-FEEDING(S), originally mailed and filed on Sunday, December 22nd, 2019, and exhibits 1-2 thereto; and

(5) CLAIM FOR MANDATORY JUDICIAL NOTICE (F. R. Evid. 201(c)(2)) and exhibits 1-6 thereto, originally mailed and filed on Sunday, December 22nd, 2019.

Page 1 of 2

The above, totalling to thirty-six (36) pages, were mailed/remailed to The Court in a separate envelope pursuant to the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), being sufficient

affixed pre-paid first-class U.S. postage and handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team, acting in her official capacity as an agent of the defendants, on Monday, January 27th, 2020, or the first opportunity thereafter.

This notice is similarly – though separately – filed in accordance with the prison-mailbox rule in the same manner on Monday, January 27th, 2020.

by: /s/ MSG
Martin S. Gottesfeld, pro se

Page 2 of 2

