**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARTIN S. GOTTESFELD,
                Plaintiff,

-against-

ACTING DEPUTY DIRECTOR DAVID
ANDERSON, WARDEN ESKER L. TATUM,
MEDICAL DIRECTOR ANTHONY
BUSSONICH, and ACTING DIRECTOR
HUGH J. HURWITZ,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020

18 CIVIL 10836 (PGG)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 6, 2020, Defendants' motion is granted, and Plaintiff's claims are dismissed. Any pending motions are denied as moot. This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal; accordingly, the case is closed.

**Dated:** New York, New York
       March 9, 2020

                                                 **RUBY J. KRAJICK**
                                                      Clerk of Court
                        **BY:**
                                                       **Deputy Clerk**