UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2020 MAR 10  AM 11:49

| Martin S. Gottesfeld, pro se, |
| Plaintiff, |
| - against - |
| Hugh J. Hurwitz, et al. |

Case No.: **18-cv-10836-PGG-GWG**

## NOTICE FOR CALENDAR CALL

To: Ruby J. Krajick
    Clerk of The Court
    United States District Court
    The Southern District of New York
    Daniel Patrick Moynihan U.S. Courthouse
    500 Pearl St.
    New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10-20

Sunday, March 1st, 2020

Ms. Krajick:

This is a request for a calendar call for the following motions and claims that are pending in the above-captioned case: docket entries 68, 69, 79, 80, 84, 93, 95, 96, 98, 99, 103, 104, 106, 114, 116, 117, 118, 122, 129, 130, 132, 133, 134, 136, 137, 138, 139, 140, 147, 149, 149 at 4, and 150.

It is also worth noting that filings made by the plaintiff in the above-captioned case continue to be miscaptioned on the docket report despite Castro v. United States, 540 U.S. 375 (2003). Please see docket entries 129, 139, 147, and 149 at 4, inter alia. It would be a shame if objective members of the public start reasonably questioning if the plaintiff's filings are being miscaptioned intentionally so as to help the defendants in the case avoid calendar calls and rulings in the wake of the death of pre-trial detainee and potential class member Jeffrey Epstein and the current controversy over the (mis)treatment of Michael Avenatti.

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing

sufficient affixed pre-paid first-class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4792 9869 59, handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the defendants in the above-captioned case on Sunday, March 1st, 2020, or the first opportunity thereafter,

by:

Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

RECEIVED
SDNY PRO SE OFFICE
2020 MAR 10   AM 11: 48

Separate docket entry please

Notice For Calendar Call