UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martin S. Gottesfeld, pro se,
    Plaintiff,
    - against -
Hugh J. Hurwitz, et al.

Case No.: 18-cv-10836-PGG-GWG

RECEIVED
SDNY PRO SE OFFICE
2020 MAR 10 AM 11:49

## MOTION TO AMEND DOCKET ENTRIES

Plaintiff Martin S. Gottesfeld (herein the "plaintiff"), acting pro se, hereby moves The Honorable Court pursuant to Castro v. United States, 540 U.S. 375 (2003) to order The Clerk of The Court to amend the following instant docket entries as stated infra:

• Docket entry (D.E.) 141 currently appears in the instant docket report as "Reply (non-motion)" and the plaintiff asks that it instead appear as the plaintiff captioned it, or at the least, "REPLY TO DEFENDANTS' OPPOSITION (D.E. 125)";

• D.E. 142 currently appears in the instant docket report as "Reply (non-motion)" and the plaintiff asks that it instead appear as the plaintiff captioned it, or at the least, "REPLY TO DEFENDANTS' OPPOSITION (D.E. 120)";

• D.E. 143 currently appears in the instant docket report as "Letter" and the plaintiff asks that it instead be merged with D.E. 101 and 115, or at the least, "Exhibits In Support of docket entry number 101";

• D.E. 146 currently appears in the instant docket report as "Reply (non-motion)" and the plaintiff asks that it instead appear as the plaintiff captioned it, or at the least, "REPLY TO DEFENDANTS' OPPOSITION (D.E. 135)";

• D.E. 147 currently appears in the instant docket report as "Miscellaneous Relief" and the plaintiff asks that it instead appear as the plaintiff captioned it, "MOTION TO AMEND DOCKET ENTRIES";

• D.E. 148 currently appears in the instant docket report as "Leave to File Document" and the plaintiff asks that it instead appear as the plaintiff

captioned it, "NOTICE OF FILINGS";

• <u>D.E. 149</u> is in fact the following three (3) distinct and discrete filings and the plaintiff requests that it be split into three (3) separate docket entries as follows: (1) at pages 1-3, the plaintiff's <u>MOTION FOR LEAVE TO FILE A SUR-REPLY TO D.E. 111</u> and Exhibit 1 thereto, Declaration of Martin S. Gottesfeld (Friday, February 7th, 2020); (2) at pages 4-5, the plaintiff's <u>MOTION TO AMEND DOCKET ENTRIES</u>; and (3) at pages 6-7, the plaintiff's <u>NOTICE FOR CALENDAR CALL</u> to The Clerk of The Court; and

• <u>D.E. 150</u> currently appears in the instant docket report as "Miscellaneous Relief" and the plaintiff asks that it instead appear as the plaintiff captioned it, or at the least, "CLAIM (Motion) FOR MANDATORY JUDICIAL NOTICE".

The plaintiff thanks The Court and The Clerk of The Court for their attention to these mundane matters.

Respectfully filed in accordance with <u>the prison-mailbox rule</u> of <u>Houston v. Lack</u>, 487 U.S. 266 (1988), by mailing to The Court in an envelope bearing sufficient affixed pre-paid first-class U.S. postage and U.S.P.S. tracking number 9114 9023 0722 4792 9869 59, handed to Ms. J. Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the instant defendants on Sunday, March 1st, 2020, or the first opportunity thereafter,

by: _____
Martin S. Gottesfeld, <u>pro se</u>
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

ottesfeld
2982-104
rectional Institution

IN 47808

STATES
ERVICE

TRACKING #

0722 4792 9869 59

RECEIVED
SDNY PRO SE OFFICE

2020 MAR 10  AM 11:49




12982-104
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

Sunday, March 1st, 2020; <u>Houston v. Lack</u>, 487 U.S. 266 (1988)