United States District Court
Southern District of New York

RECEIVED
SDNY PRO SE OFFICE
2020 MAR 20 PM 2:25

Martin S. Gottesfeld, pro se,
Plaintiff,
— against —
Hugh J. Hurwitz, et al.

Case No.: 18-cv-10836-PGG-GWG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-20-20

## Notice of Filings

Plaintiff Martin S. Gottesfeld (herein the "Plaintiff"), acting pro se, hereby notifies the Honorable Court and the parties of the following filings:

o Claim for Mandatory Judicial Notice (Fed. R. Evid. 201(c)(2)) and Exhibit 1 thereto, Supplemental Statement of Facts (Tuesday, January 21st, 2020), Filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), on Tuesday, January 21st, 2020, but apparently yet to be entered;

o Notice of Filings/Refilings, Filed in accordance with the prison-mailbox rule on Monday, January 27th, 2020, but not yet entered; and

o Motion to Compel, Filed in accordance with the prison-mailbox rule in an envelope bearing U.S.P.S. tracking number 9114 9023 0722 4291 1824 63 on Monday, February 10th, 2020, but apparently not yet entered.

Shall any of the following fail to appear on the instant docket, the petitioner would request a hearing to determine

1 of 2

chain of custody.

Respectfully filed in accordance with the prison-mailbox rule of Houston v. Lack, 487 U.S. 266 (1988), by mailing to the Court in an envelope bearing sufficient affixed pre-paid first-class U.S. postage, handed to Ms. Jamie Wheeler of the FCI Terre Haute CMU unit team while acting in her official capacity as an agent of the defendants on Friday, March 13th, 2020, or the first opportunity thereafter,

by: /s/
Martin S. Gottesfeld, pro se
Reg. No.: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460

17 MAR 2020 PM 2 L

Friday, March 13th 2020; Houston v. Lack, 487 U.S. 266 (1988)

⇨ 12982-104 ⇨
U S District Court
Pro Se Clerk
500 Pearl ST
NEW YORK, NY 10007
United States

RECEIVED
SDNY PRO SE OFFICE
2020 MAR 20  PM 2: 25

10007-131608

NAME: Martin S. Gottesfeld
NUMBER: 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808