**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Southern District of New York

File Number 18-cv-10836-PGG-GWG

Martin S. Gottesfeld, pro se,  )
    *Plaintiff,*  )
                    )
v.                   )        Notice of Appeal

Hugh S. Hurwitz, David Anderson,  )
Anthony Bussanich, and Esker Tatum  )
    *Defendant.*  )

Notice is hereby given that Martin S. Gottesfeld, pro se (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 6th day of March, 2020.

                              /s/ [signature]

Attorney for
Address: Federal Correctional Institution;
P.O. Box 33; Terre Haute, IN 47808

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

---

*See Rule 3(c) for permissible ways of identifying appellants

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of _Southern District of New York_

_Martin S. Gottesfeld, pro se_
        Plaintiff,                    )
                                      )
        v.                            )        Case No. _18-cv-10836-PGG-GWG_
                                      )
_Hugh J. Hurwitz, David Anderson,_    )
_Anthony Bussanich, and Esther Tatum_ )
        Defendant.                    )

   I am an inmate confined in an institution. Today, _April 20th, 2020_ [insert date], I am depositing the _Notice of Appeal_ [insert title of document; for example, "notice of appeal"] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

   I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

   Sign your name here _/s/_

   Signed on _April 20th, 2020_ [insert date]

[**Note to inmate filers:** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Southern District of New York
File Number 18-cv-10836-PGG-GWG

Martin S. Gottesfeld, pro se,    )
        *Plaintiff*,    )
   v.    )    Notice of Appeal
            )
Hugh J. Hurwitz, David Anderson,    )
Anthony Bussanich, and Esker Tatum    )
        *Defendant*.    )

Notice is hereby given that Martin S. Gottesfeld, pro se , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 6th day of March, 2020.

/s/ [signature]

Attorney for:
Address: Federal Correctional Institution; P.O. Box 33; Terre Haute, IN 47808

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of ___The Southern District of New York___

```
Martin S. Gottesfeld, pro se,      )
              Plaintiff,           )
                                   )       Case No. _18-cv-10836-PGG-GWG_
         v.                        )
                                   )
Hugh J. Hurwitz, David Anderson,   )
Anthony Bussanich and Esker Tatum  )
              Defendant.           )
```

    I am an inmate confined in an institution. Today, __April 20th, 2020__ [*insert date*], I am depositing the __Notice of Appeal__ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

    I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here ___[signature]___

Signed on ___April 20th, 2020___ [*insert date*]

[*Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
The Southern District of New York

File Number 18-cv-10836-PGG-GWG

Martin S. Gottesfeld, pro se,
    *Plaintiff*,

v.                                                          Notice of Appeal

Hugh J. Hurwitz, David Anderson,
Anthony Bussanich, and Esker Tatum
    *Defendant*.

Notice is hereby given that Martin S. Gottesfeld, pro se, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 6th day of March, 2020.

/s/ [signature]

Attorney for
Address: Federal Correctional Institution;
P.O. Box 33; Terre Haute, IN 47808

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

---

*See Rule 3(c) for permissible ways of identifying appellants

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of  The Southern District of New York

Martin S. Gottesfeld, pro se,
Plaintiff,

v.

Hugh J. Hurwitz, David Anderson,
Anthony Bussanich and Resker Tatum
Defendant.

Case No. 18-cv-10836-PGG-GWG

I am an inmate confined in an institution. Today, April 20th, 2020 [insert date], I am depositing the Notice of Appeal [insert title of document; for example, "notice of appeal"] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____

Signed on April 20th, 2020 [insert date]

[*Note to inmate filers:* *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
The Southern District of New York
File Number 18-cv-10836-PGG-GWG

Martin S. Gottesfeld, pro se,
  *Plaintiff,*

v.                                          Notice of Appeal

Hugh J. Hurwitz, David Anderson,
Anthony Bussanich, and Esker Tatum
  *Defendant.*

Notice is hereby given that Martin S. Gottesfeld, pro se , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 6th day of March , 20 20 .

/s/ [signature]

Attorney for
Address: Federal Correctional Institution;
P.O. Box 33; Terre Haute, IN 47808

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

*See Rule 3(c) for permissible ways of identifying appellants

**Federal Rules of Appellate Procedure Form 7.  Declaration of Inmate Filing**

United States District Court for the District of The Southern District of New York

Martin S. Gottesfeld, pro se,
  *Plaintiff,*

v.

Hugh J. Hurwitz, David Anderson,
Anthony Bussanich, and Esker Tatum
  *Defendant.*

Case No. 18-cv-10836-PGG-GWG

I am an inmate confined in an institution. Today, April 20th, 2020 [*insert date*], I am depositing the Notice of Appeal [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____

Signed on April 20th, 2020 [*insert date*]

[***Note to inmate filers:*** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

UNITED STATES DISTRICT COURT FOR THE
Southern DISTRICT OF New York

File No. 18-cv-10836-PGG-GWG

Martin S. Gottesfeld, pro se,
~~A.B.~~, Plaintiff
vs.
~~C.D., Defendant~~
Hugh J. Hurwitz, David Anderson,
Anthony Bussanich, and Esker-Tatum,
Defendants,

NOTICE OF APPEAL

Notice is hereby given that Martin S. Gottesfeld (here name all parties taking the appeal), pro se (plaintiffs) (defendants) in the above named case, 2 hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 6th day of March, 20 20.

(s) [signature]

Attorney for _____

Address: Federal Correctional Institution, P.O. Box 33,
Terre Haute, IN 47808

Footnotes
2
See Rule 3(c) for permissible ways of identifying appellants.

090                                    1

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of The Southern District of New York

Martin S. Gottesfeld, pro se )
     *Plaintiff,*                                     )
     v.                                                  )     Case No. 18-cv-10836-PGG-GWG

Hugh J. Hurwitz, David Anderson, )
Anthony Bussanich and Esker Tatum )
     *Defendant.*                                  )

    I am an inmate confined in an institution. Today, April 20th, 2020 [*insert date*], I am depositing the Notice of Appeal [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

    I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____MG_____

Signed on April 20th, 2020 [insert date]

[***Note to inmate filers:*** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

UNITED STATES DISTRICT COURT FOR THE
Southern DISTRICT OF New York

File No. 18-cv-10836-PGG

Martin S. Gottesfeld (pro se)
~~A.B.~~, Plaintiff

vs.

~~C.D., Defendant~~
Hugh J. Hurwitz, Daryl Anderson,
Anthony Bussanich, and Esker Tatum,
Defendants/

NOTICE OF APPEAL

Notice is hereby given that Martin S. Gottesfeld (here name all parties taking the appeal), Pro Se (plaintiffs) (defendants) in the above named case,[2] hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 6th day of March, 20 20.

(s) [signature]

Attorney for _____

Address: Federal Correctional Institution; P.O. Box 33; Terre Haute, IN 47808

Footnotes
2
See Rule 3(c) for permissible ways of identifying appellants.

090

1

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

**Federal Rules of Appellate Procedure Form 7.  Declaration of Inmate Filing**

United States District Court for the District of  The Southern District of New York

Martin S. Gottesfeld, pro se,  )
        *Plaintiff*,                              )
                                                          )
v.                                                   )        Case No. 18-cv-10836-PGG-GWG
                                                          )
Hugh J. Hurwitz, David Anderson,  )
Anthony Bussanich and Esker Tatum  )
        *Defendant*.                          )

   I am an inmate confined in an institution. Today, April 20th, 2020 [*insert date*], I am depositing the Notice of Appeal [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

   I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

   Sign your name here _____

   Signed on April 20th, 2020 [*insert date*]

[***Note to inmate filers:*** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Southern District of New York
File Number 18-cv-10836-PGG-GWG

Martin S. Gottesfeld, pro se,  )
*Plaintiff*,                   )
                               )
v.                             )        Notice of Appeal
                               )
Hugh J. Hurwitz, David Anderson, )
Anthony Bussanich, and Esker Tatum )
*Defendant*.                   )

Notice is hereby given that Martin S. Gottesfeld, pro se, _____, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 6th day of March, 20 20.

/s/ _MG_____

Attorney for
Address: Federal Correctional Institution;
P.O. Box 33; Terre Haute, IN 47808

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of <u>The Southern District of New York</u>

<u>Martin S. Gottesfeld, pro se,</u>
Plaintiff,
v.

<u>Hugh J. Hurwitz, David Anderson,
Anthony Bussanich, and Esker Tatum</u>
Defendant.

Case No. <u>18-cv-10836-PGG-GWG</u>

I am an inmate confined in an institution. Today, <u>April 20, 2020</u> [insert date], I am depositing the <u>Notice of Appeal</u> [insert title of document; for example, "notice of appeal"] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here <u>[signature]</u>

Signed on <u>April 20th, 2020</u> [insert date]

[**Note to inmate filers:** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018